**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Integrated Healing Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Pioneer Technology, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8449167** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100A Beta Drive** <br> **Franklin, TN 37064** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.ihtwoundcare.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3842__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

## ▄ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [✓] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [✓] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct. Notwithstanding this statement, the information in this petition is from the Debtor's corporate records. I have no knowledge other than my reliance upon the company's books and records, as to the accuracy of the information provided. Further, to the extent values are listed for any asset, the values do not necessarily reflect the fair market or liquidation value of such assets, merely what the Debtor's records show.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on    07/09/2018
                MM / DD / YYYY

**X** /s/ **Albert Rodewald**                     **Albert Rodewald**
Signature of authorized representative of debtor

Title    **Co-Chair of the Board**

**X** /s/ **Robert Lipman**                       **Robert Lipman**
Signature of authorized representative of debtor

Title    **Co-Chair of the Board**

**18. Signature of attorney**

**X** /s/ **JOHN C. TISHLER**                     Date  07/09/2018
Signature of attorney for debtor                        MM / DD / YYYY

**JOHN C. TISHLER 013441**
Printed name

**Waller Lansden Dortch & Davis LLP**
Firm name

**511 Union Street**
**Suite 2700**
**Nashville, TN 37219-1791**
Number, Street, City, State & ZIP Code

Contact phone   **615-244-6380**      Email address   john.tishler@wallerlaw.com

**013441 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Integrated Healing Technologies, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 9, 2018**      X **/s/ Albert Rodewald**
                                        Signature of individual signing on behalf of debtor

                                        **Albert Rodewald**
                                        Printed name

                                        **Co-Chair of the Board**
                                        Position or relationship to debtor

                                X **/s/ Robert Lipman**
                                        Signature of individual signing on behalf of debtor

                                        **Robert Lipman**
                                        Printed name

                                        **Co-Chair of the Board**
                                        Position or relationship to debtor

Debtor name     **Integrated Healing Technologies, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:**     **Summary of Assets**

1.     *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................     $_____**0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................     $_____**3,352,603.11**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................     $_____**3,352,603.11**

---

**Part 2:**     **Summary of Liabilities**

2.     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
       Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $_____**0.00**

3.     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................     $_____**157.42**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$_____**16,334,105.46**

4.     **Total liabilities** ........................................................................................................
       Lines 2 + 3a + 3b                                                                                                        $_____**16,334,262.88**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:18-bk-04526     Doc 1     Filed 07/09/18     Entered 07/09/18 17:42:22     Desc Main
Document          Page 6 of 78

Debtor name **Integrated Healing Technologies, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FirstBank** | **Checking** | **9397** | **$35,500.00** |
| 3.2. | **FirstBank** | **Payroll Account** | **0940** | **$500.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$36,000.00** |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Office Lease Security Deposit** | **$2,850.00** |
|---|---|---|

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
                Document        Page 7 of 78

| | | |
|---|---|---|
| 7.2. | **MTEMC - Electricity Deposit** | $350.00 |

| | | |
|---|---|---|
| 7.3. | **Atmos Energy - Gas Deposit** | $350.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Credit on Comcast Account** | $150.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| $3,700.00 |

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 18,720.88 | - | 0.00 | = .... | $18,720.88 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 10,272.99 | - | 0.00 | =.... | $10,272.99 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| $28,993.87 |

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **NovaBay - 1,725 shares of NBY Common Stock** | N/A | $4,347.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Describe:

| | | |
|---|---|---|
| 17. | **Total of Part 4.** | $4,347.00 |
| | Add lines 14 through 16.  Copy the total to line 83. | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     Raw materials | | | | |
| 20.     Work in progress | | | | |
| 21.     Finished goods, including goods held for resale See Attachment B.21. | Q1 2017 | $2,535,324.00 | Recent cost | $2,535,324.00 |
| 22.     Other inventory or supplies FloSure and Qtips provided in kits - Included in Finished Goods Attachment B.21. | Q1 2017 | $21,568.24 | Recent cost | $21,568.24 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $2,556,892.24 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.     **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 39. | **Office furniture**<br>**Up Front Costs  for 7 Yearlink Headsets,**<br>**furniture - bookshelf/end table, Desktop for**<br>**Development, 4 Drawer Vertical File with Lock,**<br>**(4) 2 Drawer Filing Cabinets, Pallet Truck, 10**<br>**Shelving Units, Exhibit Booth, Fellowes**<br>**C-225CI Paper Shredder, Cubicles - Used, TV**<br>**Monitor for Exhibit Booth, Herman Miller**<br>**Chairs, Booths** | $23,840.00        N/A | $23,840.00 |

| | |
|---|---|
| 40. | **Office fixtures** |

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**E5470 Dell Laptops: S/Ns F8CCPC2, 6DXFQF2,**<br>**6HXFQF2, HHXFQF2, F87PSF2, CWTSSF2,**<br>**77MQSF2, 475T1G2, 75T1G2, F6262G2,**<br>**4GST2H2, 3S931G2, 1YK01G2, BLR01G2,**<br>**CMM71G2, H98B3H2, 13GM9H2, F5GM9H2;**<br>**and**<br>**PowerEdge T330 Server S/N 44ZBJL2** | $29,521.00        N/A | $29,521.00 |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                      $53,361.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

| **Manufacturing Equipment - Stand Assy Flexible ARM, C115 UV Wand System 98850, Radiometer 7020 UV Wand Sys, Sngl Light Guide 1M x 5MM** | $2,970.00 | | $2,970.00 |

---

51.   **Total of Part 8.**                                                    | $2,970.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54.   **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **100A Beta Drive Franklin, TN 37064** | **Leased Office Space** | $0.00 | N/A | $0.00 |

---

56.   **Total of Part 9.**                                                    | $0.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 60. | Patents, copyrights, trademarks, and trade secrets<br>**Trademark: Integrated Healing Technologies**<br>**See Attachment B.60 for list of Registered IP** | $132,050.00 | N/A | $132,050.00 |
|---|---|---|---|---|

| 61. | Internet domain names and websites<br>**www.ihtwoundcare.com** | Unknown | N/A | Unknown |
|---|---|---|---|---|

| 62. | Licenses, franchises, and royalties<br>**NovaBay** | $368,045.00 | N/A | $368,045.00 |
|---|---|---|---|---|

63.    **Customer lists, mailing lists, or other compilations**

| 64. | Other intangibles, or intellectual property<br>**FDA 510K approvals:**<br>**K142956 - NewEra Dome Kit**<br>**K143301 - NewEra REVA Kit** | Unknown | N/A | Unknown |
|---|---|---|---|---|

65.    **Goodwill**

66.    **Total of Part 10.**                                  **$500,095.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                      **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**

**every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Used Assets - Used MediTop pumps for
       demonstrations, evaluations and testing**                                    $166,244.00

78.    **Total of Part 11.**                                                         | $166,244.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,993.87 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $4,347.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,556,892.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $53,361.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,970.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500,095.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $166,244.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,352,603.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,352,603.11 |

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document        Page 14 of 78

**Company Name:** Integrated Healing Technologies LLC

**Report Name:** Inventory Valuation

**Created On:** 6/18/2018

| Item ID | Description | Prod Line | Costing Method | UOM | DLA | Last Cost | QOH | UC | Value lass for Disolutio | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for 75 items | | | | | | | | | 2,556,892.75 | |
| 621 | Bridge Kits | NPWT - | Average | Each | 11/02/2017 | 19.00 | 21.00 | 19.06 | 400.34 | Finished |
| 636 | IHT Private Label Dome | Components - | Average | Each | 11/09/2017 | 6.47 | 94.00 | 6.47 | 607.80 | Finished |
| 810 | IHT Private Label Mini-Dome | Components - | Average | Each | 11/16/2017 | 6.13 | 1.00 | 6.13 | 6.13 | Finished |
| 4109 | IHT Dome Version 3 | Components - | Average | Each | 12/13/2016 | 2.02 | 1,721.00 | 2.23 | 3,844.53 | Finished |
| 14037 | Pinch Clamp White (Small) | Components - | Average | Each | 12/13/2016 | 0.05 | 11,313.00 | 0.05 | 565.65 | Finished |
| 15040 | 40mL PhaseOne 250ppm | PhaseOne - | Average | Each | 06/18/2018 | 6.46 | 70,949.00 | 6.38 | 452,532.27 | Finished |
| 15235 | 235mL PhaseOne | PhaseOne - | Average | Each | 06/18/2018 | 17.31 | 65,049.00 | 17.24 | 1,121,626.89 | Finished |
| 16235 | OmniPhase 235mL | PhaseOne - | Average | Each | 06/07/2018 | 16.62 | 1,316.00 | 16.95 | 22,305.50 | Finished |
| 16602 | Y-connector | Other - | Average | Each | 12/05/2017 | 0.00 | 997.00 | 2.79 | 2,783.00 | Finished |
| 16670 | NewEra I Canister 900mL + Gel | NPWT - | Average | Each | 04/12/2018 | 33.08 | 3,291.00 | 13.85 | 45,573.49 | Finished |
| 16690 | NewEra II Canister 300mL + Gel | NPWT - | Average | Each | 04/12/2018 | 21.84 | 1,708.00 | 9.93 | 16,956.96 | Finished |
| 17844 | MinisartPTFE_0.2Aum_4mm_nsterile_500 | Components - | Average | Each | 04/20/2018 | 1.33 | 475.00 | 1.33 | 631.75 | Finished |
| 3000723-USA | Charger for NewEra I and NewEra II Pump | Other - | Average | Each | 08/14/2017 | 80.21 | 50.00 | 80.21 | 4,010.59 | Finished |
| 31327 | Pinch Clamp White (Large) | Components - | Average | Each | 12/15/2016 | 0.05 | 14,525.00 | 0.05 | 735.52 | Finished |
| 6-1142 | REVA sub assembly | Components - | Average | Each | 01/19/2017 | 16.29 | 1,759.00 | 17.07 | 30,019.14 | Finished |
| 72165-00 | Cutimed Sorbact Swab 7x9 cm | Components - | Average | Each | 06/14/2018 | 1.53 | 108,856.00 | 1.53 | 166,635.39 | Finished |
| 759-10mm | 10MM Unitary Drain | Components - | Average | Each | 12/31/2016 | 3.87 | 1,558.00 | 3.87 | 6,029.46 | Other |
| 98118 | Sorbact® Ribbon Gauze 1 x 50 cm | AWC - | Average | Each | 03/13/2018 | 1.74 | 532.00 | 1.75 | 929.60 | Finished |
| 98119 | Sorbact® Ribbon Gauze 10 x 200 cm | AWC - | Average | Each | 04/12/2018 | 4.93 | 372.00 | 4.95 | 1,841.11 | Finished |
| 98120 | Sorbact® Ribbon Gauze 5 x 200 cm | AWC - | Average | Each | 06/11/2018 | 3.46 | 290.00 | 3.46 | 1,003.93 | Finished |
| 98121 | Sorbact® Ribbon Gauze 2 x 50 cm | AWC - | Average | Each | 05/17/2018 | 1.77 | 280.00 | 1.77 | 495.61 | Finished |
| 98125 | Sorbact® Compress 7 x 9 cm | AWC - | Average | Each | 06/18/2018 | 1.07 | 25,177.00 | 1.07 | 26,913.70 | Finished |
| 98126 | Sorbact® Round Swab (5pc x 14) 03 cm | AWC - | Average | Each | 04/18/2018 | 0.00 | 14.00 | 0.45 | 6.29 | Finished |
| 98128 | Sorbact® Compress 4 x 6 cm | AWC - | Average | Each | 06/15/2018 | 0.00 | 7,998.00 | 0.73 | 5,839.56 | Finished |
| 98136 | Sorbact® Gel Compress 7.5 x 7.5 cm | AWC - | Average | Each | 06/14/2018 | 0.00 | 3,110.00 | 1.47 | 4,564.61 | Finished |
| 98137 | Sorbact® Gel Compress 7.5 x 15 cm | AWC - | Average | Each | 04/20/2018 | 0.00 | 5,076.00 | 2.15 | 10,907.46 | Finished |
| 98139 | Sorbact® Gel Compress 3 x 15 cm | AWC - | Average | Each | 06/18/2018 | 0.00 | 10.00 | 1.84 | 18.35 | Finished |
| 98140 | Sorbact® Surgical Dressing 5 x 7 2 cm | AWC - | Average | Each | 10/13/2017 | 0.18 | 18,454.00 | 0.19 | 3,527.11 | Finished |
| 98141 | Sorbact® Surgical Dressing 8 x 10 cm | AWC - | Average | Each | 06/18/2018 | 0.00 | 9,249.00 | 0.46 | 4,208.56 | Finished |

**Company Name:**    Integrated Healing Technologies LLC

**Report Name:**    Inventory Valuation

**Created On:**    6/18/2018

| Item ID | Description | Prod Line | Costing Method | UOM | DLA | Last Cost | QOH | UC | Value | lass for Disolutio |
|---|---|---|---|---|---|---|---|---|---|---|
| 98142 | Sorbact® Surgical Dressing 8 x 15 cm | AWC - | Average | Each | 06/04/2018 | 0.00 | 3,536.00 | 0.55 | 1,953.44 | Finished |
| 98143 | Sorbact® Surgical Dressing 10 x 20 cm | AWC - | Average | Each | 06/14/2018 | 0.78 | 3,662.00 | 0.79 | 2,901.58 | Finished |
| 98144 | Sorbact® Surgical Dressing 10 x 25 cm | AWC - | Average | Each | 05/09/2018 | 0.00 | 25,895.00 | 0.94 | 24,305.41 | Finished |
| 98145 | Sorbact® Surgical Dressing 10 x 30 cm | AWC - | Average | Each | 01/19/2018 | 0.00 | 9,410.00 | 1.09 | 10,282.10 | Finished |
| 98146 | Sorbact® Surgical Dressing 10 x 35 cm | AWC - | Average | Each | 06/14/2018 | 1.33 | 10,300.00 | 1.33 | 13,664.63 | Finished |
| 98222 | Sorbact® Absorption Dressing 10 x 10 cm | AWC - | Average | Each | 05/01/2018 | 2.47 | 360.00 | 1.92 | 692.19 | Finished |
| 98223 | Sorbact® Absorption Dressing 10 x 20 cm | AWC - | Average | Each | 05/01/2018 | 3.39 | 240.00 | 2.93 | 703.22 | Finished |
| 98224 | Sorbact® Absorption Dressing 7 x 9 cm | AWC - | Average | Each | 06/14/2018 | 2.12 | 504.00 | 1.69 | 853.48 | Finished |
| 98501 | Sorbact® Superabsorbent 10 x 10 cm | AWC - | Average | Each | 06/15/2018 | 2.49 | 1,005.00 | 1.85 | 1,860.18 | Finished |
| 98502 | Sorbact® Superabsorbent 10 x 20 cm | AWC - | Average | Each | 06/11/2018 | 0.00 | 2,942.00 | 2.92 | 8,595.89 | Finished |
| 98503 | Sorbact® Superabsorbent 20 x 20 cm | AWC - | Average | Each | 06/11/2018 | 5.08 | 1,015.00 | 5.08 | 5,154.55 | Finished |
| 98504 | Sorbact® Superabsorbent 20 x 30 cm | AWC - | Average | Each | 06/14/2018 | 9.47 | 949.00 | 7.99 | 7,584.92 | Finished |
| 98531 | Sorbact® Foam Gentle Boarder 7.5 x 7.5 cm | AWC - | Average | Each | 06/11/2018 | 0.00 | 2,140.00 | 2.98 | 6,376.64 | Finished |
| 98532 | Sorbact® Foam Gentle Boarder 10 x 10 cm | AWC - | Average | Each | 03/12/2018 | 0.00 | 1,989.00 | 4.30 | 8,545.92 | Finished |
| 98533 | Sorbact® Foam Gentle Boarder 15 x 15 cm | AWC - | Average | Each | 03/13/2018 | 0.00 | 718.00 | 6.64 | 4,770.34 | Finished |
| 100520 | FloSure Ventilation Patch | Components - | Average | Each | 11/09/2017 | 2.90 | 5,302.00 | 2.90 | 15,399.96 | Other |
| 316670 | NewEra I Canister Luer Lock 900mL + Gel | NPWT - | Average | Each | 01/05/2017 | 12.88 | 1,000.00 | 12.88 | 12,879.79 | Finished |
| 700221 | NewEra Dome Kit - Medium | NPWT - | Average | Each | 04/02/2018 | 25.78 | 448.00 | 25.78 | 11,550.82 | Finished |
| 700226 | NewEra Dome Basic Kit - Medium | NPWT - | Average | Each | 06/06/2018 | 23.29 | 416.00 | 23.82 | 9,909.24 | Finished |
| 700331 | NPAK - Negative Pressure Application Kit | PAK - | Average | Each | 06/14/2018 | 5.87 | 160.00 | 7.18 | 1,148.03 | Finished |
| 8884541300 | Cotton Tipped Applicator | Components - | Average | Each | 06/14/2018 | 0.04 | 3,796.00 | 0.04 | 138.83 | Other |
| BAG-ERAII | New Era Il Bag - Individual | Other - | Average | Each | 10/31/2016 | 6.16 | 500.00 | 6.16 | 3,080.00 | Finished |
| CMP-9GA | Wire Bed Hanger - Cork Medical | NPWT - | Average | Each | 06/18/2018 | 25.77 | 5.00 | 26.12 | 130.59 | Finished |
| CPC-250 | 250 Canister - Cork Medical | NPWT - | Average | Each | 06/18/2018 | 12.44 | 24.00 | 12.52 | 300.53 | Finished |
| CPC-500 | 500 Canister - Cork Medical | NPWT - | Average | Each | 06/18/2018 | 14.39 | 45.00 | 14.58 | 655.89 | Finished |
| CS-012 | Spike-able Caps for PhaseOne 235ml | Other - | Average | Each | 06/18/2018 | 0.16 | 44,202.88 | 0.15 | 6,840.63 | Finished |
| CSP-100-ES-B | Port Pad Assembly - Cork Medical | Components - | Average | Each | 12/30/2017 | 10.00 | 10.00 | 10.00 | 100.00 | Finished |
| CSP-100-ES-C-D-F | Sterile Port Pad Assembly Prototype with Filter - Cork Medical | Components - | Average | Each | 05/29/2018 | 17.62 | 30.00 | 17.62 | 528.56 | Finished |
| CSP-100-ES-EXT | Tube Extenders - Cork Medical | Components - | Average | Each | 05/29/2018 | 4.74 | 28.00 | 4.73 | 132.43 | Finished |

**Company Name:** Integrated Healing Technologies LLC
**Report Name:** Inventory Valuation
**Created On:** 6/18/2018

| Item ID | Description | Prod Line | Costing Method | UOM | DLA | Last Cost | QOH | UC | Value lass for Disolutio | |
|---|---|---|---|---|---|---|---|---|---|---|
| CSP-PP with Filter | Port Pad Assembly with Filter - Cork Medical | Components - | Average | Each | 02/08/2018 | 20.00 | 12.00 | 20.00 | 240.00 | Finished |
| CWD-200 | 10"x12" 1.2.3 Drape - Cork Medical | NPWT - | Average | Each | 04/03/2018 | 5.70 | 10.00 | 5.70 | 56.98 | Finished |
| CWF-100-ES-B | Medium Foam - Cork Medical | NPWT - | Average | Each | 11/30/2017 | 6.00 | 30.00 | 6.00 | 180.00 | Finished |
| CWY-100 | Y Connector - Cork Medical | Other - | Average | Each | 06/18/2018 | 5.15 | 36.00 | 5.18 | 186.52 | Finished |
| FM-BRDG-A-16 | Foam Bridge Kit - Cork | NPWT - | Average | Each | 06/18/2018 | 16.23 | 56.00 | 16.29 | 912.40 | Finished |
| IHT-082-125-2 | Tubing 0.125 x 0.25 x 3' | Components - | Average | Each | 06/02/2017 | 0.79 | 4,626.00 | 0.79 | 3,662.68 | Finished |
| M020302 | NewEra Dome Kit - Medium | NPWT - | Average | Each | 06/15/2018 | 34.88 | 440.00 | 34.88 | 15,345.00 | Finished |
| MS407-WB | Skin Tac Wipe | Components - | Average | Each | 06/14/2018 | 0.21 | 4,737.00 | 0.21 | 995.22 | Finished |
| N761310 | IHT Drape - Convenience Kit | NPWT - | Average | Each | 06/14/2018 | 0.00 | 10,316.00 | 5.44 | 56,098.98 | Finished |
| N761311 | IHT Drape Kit (1 Drape) | NPWT - | Average | Each | 11/17/2017 | 3.31 | 15,317.00 | 3.32 | 50,869.86 | Finished |
| NEWERAIC | New Era Pump I - Purchase | NPWT - | Average | Each | 08/11/2017 | 1,846.43 | 106.00 | 1,925.20 | 204,071.23 | Finished |
| NEWERAIIC | New Era Pump II - Purchase | NPWT - | Average | Each | 12/21/2017 | 1,203.86 | 74.00 | 1,276.28 | 94,444.69 | Finished |
| WXL-BAG | NewEra I Bag | Other - | Average | Each | 10/31/2016 | 7.15 | 2,500.00 | 7.15 | 17,875.00 | Finished |
| WXS-BAG | NewEra II Bag | Other - | Average | Each | 10/31/2016 | 6.16 | 2,499.00 | 6.16 | 15,393.84 | Finished |
| **Total for 75 items** | | | | | | | | | **2,556,892.75** | |

|  | |
|---|---|
| 2,535,324.25 | Finished |
| 21,568.24 | Other |

**ATTACHMENT B.60.**

Registered IP Collateral

| Application No. | Application Status | Filing Date | Patent No. | Issue Date |
|---|---|---|---|---|
| 11602653 | Issued | Nov. 21, 2006 | 7648488 | Jan. 19, 2010 |
| 12033558 | Issued | Feb. 19, 2008 | 8357130 | Jan. 22, 2013 |
| 12688485 | Abandoned | Jan. 14, 2010 | | |
| 13534597 | Abandoned | June 27, 2012 | | |
| 14061672 | Abandoned | Oct. 23, 2013 | | |
| 14378306 | Pending | Aug. 12, 2014 | | |
| 14378309 | Pending | Aug. 12, 2014 | | |
| 14425570 | Pending | Mar. 3, 2015 | | |
| 14491487 | Pending | Sept. 19, 2014 | | |
| 15836392 | Pending | Dec. 8, 2017 | | |
| 15960264 | Pending | Apr. 23, 2018 | | |
| 15963005 | Pending | Apr. 25, 2018 | | |
| 29494485 | Issued | June 20, 2014 | D758572 | June 7, 2016 |
| 60738690 | Expired | Nov. 21, 2005 | | |
| 60890275 | Expired | Feb. 16, 2007 | | |
| 61571366 | Expired | June 27, 2011 | | |
| 61633509 | Expired | Feb. 13, 2012 | | |
| 61633515 | Expired | Feb. 13, 2012 | | |
| 61633516 | Expired | Feb. 13, 2012 | | |
| 61633517 | Expired | Feb. 13, 2012 | | |
| 61633527 | Expired | Feb. 13, 2012 | | |
| 61633528 | Expired | Feb. 13, 2012 | | |
| 61633529 | Expired | Feb. 13, 2012 | | |
| 61696660 | Expired | Sept. 4, 2012 | | |
| 61880049 | Expired | Sept. 19, 2013 | | |
| PCT/US06/45036 | Expired | Nov. 12, 2006 | | |
| PCT/US13/58062 | Expired | Sept. 4, 2013 | | |
| PCT/US13/25875 | Expired | Feb. 13, 2013 | | |
| PCT/US13/25901 | Expired | Feb. 13, 2013 | | |
| PCT/US18/28928 | Pending | Apr. 23, 2018 | | |
| CA 2864414 | Pending | Aug. 12, 2014 | | |
| CA 2864419 | Pending | Aug. 12, 2014 | | |
| EP 2006844464 | Granted | Sept 30, 2008 | 2010245 | Oct. 14, 2015 |
| EP 2013749565 | Granted | Sept. 11, 2014 | 2814556 | Dec. 7, 2016 |
| EP 2013749574 | Granted | Sept. 11, 2014 | 2814532 | Apr. 5, 2017 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name **Integrated Healing Technologies, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.52 | $23.52 |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**GEORGIA DEPT OF REVENUE**
**COMPLIANCE DIV - ARCS**
**BANKRUPTCY**
**1800 CENTURY BLVD NE STE**
**9100**
**ATLANTA, GA 30345-3202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $23.52    Priority amount $23.52

Date or dates debt was incurred
**5/2018 & 6/2018**

Basis for the claim:
**SALES TAX**

Last 4 digits of account number **4217**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**TN DEPARTMENT OF REVENUE**
**TN ATTY GENERAL'S OFFC,**
**BANKR DIV**
**PO BOX 20207**
**NASHVILLE, TN 37202-0207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $133.90    Priority amount $133.90

Date or dates debt was incurred
**Q2 2018**

Basis for the claim:
**SALES TAX**

Last 4 digits of account number **5SLC**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document    Page 20 of 78

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.72** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|---------------|
| | **ABIGO MEDICAL SB**<br>**SE-436**<br>**33EKONOMIVAGEN 5**<br>**SWEDEN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **4/16/18** | Basis for the claim: **TRADE DEBT** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.94** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|------------|
| | **ATMOS ENERGY**<br>**PO BOX 790311**<br>**SAINT LOUIS, MO 63179-0311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **6/14/18** | Basis for the claim: **UTILITY** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,403.00** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|----------------|
| | **BLOUNT, JOHN**<br>**212 LARKTON PL**<br>**FRANKLIN, TN 37069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/18/17** | Basis for the claim: **MONEY LOANED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|-----------------|
| | **BLOUNT, JOHN**<br>**212 LARKTON PL**<br>**FRANKLIN, TN 37069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **SUBROGATION RIGHTS** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,076.00** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|----------------|
| | **BRITTON, JIM**<br>**3 GIBSON**<br>**LITTLEROCK, AR 72227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/20/17** | Basis for the claim: **MONEY LOANED** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|-----------------|
| | **BRITTON, JIM**<br>**3 GIBSON**<br>**LITTLEROCK, AR 72227** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **SUBROGATION RIGHTS** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,007.00** |
|-----|------------------------------------------------------|----------------------------------------------------------------------|-----------------|
| | **CALDWELL, MEREDITH**<br>**28 INVERARAY**<br>**NASHVILLE, TN 37215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **MONEY LOANED** | |
| | Last 4 digits of account number **9271** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document      Page 21 of 78

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**CARMICHAEL, CROM**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SUBROGATION RIGHTS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,850.00** |
|---|---|---|---|

**CARR RIGGS & INGRAM**
**3011 ARMORY DRIVE STE190**
**NASHVILLE, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/18/18__

Last 4 digits of account number _

Basis for the claim: __SERVICES RENDERED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,365.84** |
|---|---|---|---|

**CIT**
**21146 NETWORK PLACE**
**CHICAGO, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/31/18 & 6/31/2018__

Last 4 digits of account number _

Basis for the claim: __COPIER LEASE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,924.85** |
|---|---|---|---|

**COPY SOLUTIONS**
**4091 MALLORY LANE STE 128**
**FRANKLIN, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/23-6/13/18__

Last 4 digits of account number _

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,338.34** |
|---|---|---|---|

**CORK MEDICAL**
**8050 CASTELWAY DR**
**INDIANAPOLIS, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/15-6/30/18__

Last 4 digits of account number _

Basis for the claim: __TRADE DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,636.00** |
|---|---|---|---|

**CRAIG, MARGARET C**
**27 LEXINGTON GREEN**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __9238__

Basis for the claim: __MONEY LOANED__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00** |
|---|---|---|---|

**CRUMP LAW PC**
**PO BIX 604**
**NEW CASTLE, IN 46552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/1/18__

Last 4 digits of account number _

Basis for the claim: __SERVICES RENDERED__

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|---|

**CRYSTAL SPRINGS**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred  6/6/18

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,674.58 |
|---|---|---|---|

**CSI MEDICAL**
**170 COMMERCE WAY**
**GALLATIN, TN 37066**

Date(s) debt was incurred  1/17/17 & 5/29/18

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**DICKE, JAMES F II**
**40 S WASHINGTON ST**
**NEW BREMEN, OH 45869**

Date(s) debt was incurred  11/28/17

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MONEY LOANED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,140.00 |
|---|---|---|---|

**EAG INC**
**PO BOX 604**
**NEW CARLISLE, IN 46552**

Date(s) debt was incurred  1/15/18

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435,188.00 |
|---|---|---|---|

**FERGUSON, GARY**
**9233 OLD SMYRNA RD**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MONEY LOANED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|

**FIRSTBANK**
**211 COMMERCE ST, STE 300**
**NASHVILLE, TN 37201**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LINE OF CREDIT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,640.00 |
|---|---|---|---|

**FISHER, JACK**
**5867 FREDERICKSBURG DR**
**NASHVILLE, TN 37215**

Date(s) debt was incurred  8/9/17 - 6/19/18

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MONEY LOANED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,000.00 |
|---|---|---|---|

**FISHER, JACK**
**5867 FREDERICKSBURG DR**
**NASHVILLE, TN 37215**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUBROGATION RIGHTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**FISHER, JEFF**
**539 CLOSE LANE**
**NASHVILLE, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUBROGATION RIGHTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366,392.00 |
|---|---|---|---|

**FIVE STAR VENTURE FUNDING**
**2002 TYNE BLVD**
**NASHVILLE, TN 37215**

Date(s) debt was incurred _9/8/17_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MONEY LOANED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,583.00 |
|---|---|---|---|

**FLATT, STEPHEN F**
**1872 SANCTUARY PL**
**MURFREESBORO, TN 37128**

Date(s) debt was incurred _

Last 4 digits of account number _9240_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MONEY LOANED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**FOLLIN, KATHY**
**4416 GERALD PL**
**NASHVILLE, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUBROGATION RIGHTS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**FOLLIN, KATHY**
**4416 GERALD PL**
**NASHVILLE, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439,495.00 |
|---|---|---|---|

**GOAD, FRED**
**917 STUART LANE**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred _8/25 & 11/28/17_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **MONEY LOANED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,786,626.00 |
|---|---|---|---|

**GRAYMAR INVESTORS**
**411 GREAT CIRCLE RD**
**NASHVILLE, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/25/17 - 6/18/18__

Basis for the claim: __MONEY LOANED__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,733.00 |
|---|---|---|---|

**INGRAM, ORIN H II**
**1475 MORAN RD**
**FRANKLIN, TN 37069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/4/17__

Basis for the claim: __MONEY LOANED__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,316.77 |
|---|---|---|---|

**INVICTA TECHNOLOGY LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SERVICES RENDERED__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,900.00 |
|---|---|---|---|

**JARAMILLO, ONESIMO**
**4114 TRINITY LA**
**FRANKLIN, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/26/18__

Basis for the claim: __LEASE OF 100 BETA DR, FRANKLIN, TN__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.80 |
|---|---|---|---|

**LBMC TECHNOLOGY SOLUTIONS**
**PO BOX 1869**
**BRENTWOOD, TN 37024-1869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/31/18__

Basis for the claim: __SERVICES RENDERED__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,506,000.00 |
|---|---|---|---|

**LIPMAN, ROBERT**
**411 GREAT CIRCLE RD**
**NASHVILLE, TN 37228**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __SUBROGATION RIGHTS__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,544.00 |
|---|---|---|---|

**MARY ELIZABETH FRANKLIN REVOCABLE**
**TRUST**
**301 BOWLING AVE**
**NASHVILLE, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __MONEY LOANED__

Last 4 digits of account number __9241__

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,587.14 |
| --- | --- | --- | --- |

**MEDITOP**
**VLASAKKER 22**
**MONTFOORT  0 3417 XT**

Date(s) debt was incurred  9/7 & 9/28/17

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,298.40 |
| --- | --- | --- | --- |

**MERCY SURGICAL DRESSING GROUP INC.**
**4 ZESTA DR**
**PITTSBURGH, PA 15205**

Date(s) debt was incurred  6/18/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PRODUCT REFUND

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.97 |
| --- | --- | --- | --- |

**MIDDLE TN ELECTRIC MEMBERSHIP CORP**
**555 NEW SALEM HWY**
**MURFREESBORO, TN 37129**

Date(s) debt was incurred  5/2018 - 6/2018

Last 4 digits of account number  7577

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439,495.00 |
| --- | --- | --- | --- |

**MULLINS, KEITH**
**301 PLUS PARK BLVD STE 500**
**NASHVILLE, TN 37217**

Date(s) debt was incurred  8/25 & 11/28/17

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  MONEY LOANED

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.81 |
| --- | --- | --- | --- |

**MY OFFICE SUPPLY**
**PO BOX 306003**
**NASHVILLE, TN 37230-6003**

Date(s) debt was incurred  5/8 & 6/6/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,149.78 |
| --- | --- | --- | --- |

**NATIONAL DISTRIBUTION AND**
**CONTACTING**
**402 BNA DR STE 500**
**NASHVILLE, TN 37217**

Date(s) debt was incurred  6/18/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  PRODUCT REFUND

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
| --- | --- | --- | --- |

**NDC**
**DEPT 169 PO BOX 37904**
**CHARLOTTE, NC 28237-7904**

Date(s) debt was incurred  7/4/18

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INVENTORY STORAGE

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,204.19 |
|---|---|---|---|

**OXFORD UNIVERSITY PRESS**
**THE CASHIERS OFFC**
**GREAT CLARENDON ST**
**OXFORD  OX2 6DP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/18**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,702.92 |
|---|---|---|---|

**PATTERSON INTELLECTUAL PROPERTY**
**LAW PC**
**ROUNDABOUT PLAZA**
**1600 DIVISION ST**
**NASHVILLE, TN 37203-2774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/18**

Basis for the claim:  **PROFESSIONAL SERVICES RENDERED**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**PORTER, STEPHEN**
**127 HABERSHAM RD**
**COLUMBIA, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**PREMIER HEALTHCARE SOLUTIONS**
**5882 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/18**

Basis for the claim:  **TRADE DEBT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.70 |
|---|---|---|---|

**PROTECTION 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**R & B BUILDING MAINTENANCE**
**PO BOX 291652**
**NASHVILLE, TN 37229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/18**

Basis for the claim:  **SERVICES**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $991,667.00 |
|---|---|---|---|

**REBROVICK, LINDA**
**5202 CLOSE CIR**
**NASHVILLE, TN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **EMPLOYMENT AGREEMENT**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,292,636.00** |
|------|------|------|------|
| | **RODEWALD, ALBERT**<br>**4814 BYRD LN**<br>**COLLEGE GROVE, TN 37046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** **MONEY LOANED** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$634,000.00** |
|------|------|------|------|
| | **RODEWALD, ALBERT**<br>**4814 BYRD LN**<br>**COLLEGE GROVE, TN 37046** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** **SUBROGATION RIGHTS** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$73,793.57** |
|------|------|------|------|
| | **RUSH FOUNDATION HOSPITAL**<br>**1314 9TH AVE**<br>**MERIDIAN, MS 39301-4116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **6/18/18** | **Basis for the claim:** **PRODUCT CREDIT** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,964.03** |
|------|------|------|------|
| | **SALESFORCE.COM INC**<br>**PO BOX 203141**<br>**DALLAS, TX 75320-3141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **5/20/18** | **Basis for the claim:** **Annual Contract** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,874.27** |
|------|------|------|------|
| | **SHERRARD ROE VOIGHT & HARBISON PLC**<br>**150 3RD AVE S**<br>**NASHVILLE, TN 37201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **2/28 - 5/31/18** | **Basis for the claim:** **PROFESSIONAL SERVICES RENDERED** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$456.32** |
|------|------|------|------|
| | **SHIP MY ORDERS INC**<br>**1401 POPLAR LANE**<br>**NASHVILLE, TN 37210-4519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** **SERVICES RENDERED** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$642.00** |
|------|------|------|------|
| | **SKYLINE EXHIBITOR SOURCE**<br>**144 BAIN DR, STE 100**<br>**LAVERGNE, TN 37086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **7/2/2018** | **Basis for the claim:** **SERVICES RENDERED** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,865.00 |
|---|---|---|---|

**STANFORD UNIVERSITY**
**PO BOX 44253**
**SAN FRANCISCO, CA 94144-4253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2018

Basis for the claim:  TRADE DEBT

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.05 |
|---|---|---|---|

**STERICYCLE INC**
**PO BOX 6575**
**CAROL STREAM, IL 60197-6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/18

Basis for the claim:  SERVICES RENDERED

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,000.00 |
|---|---|---|---|

**TIMOTHY J PATTON TRUST**
**2100 LONDONDERRY**
**ANN ARBOR, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/31/17

Basis for the claim:  MONEY LOANED

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**TRK AESTHETIC CONSULTING**
**1302 GULLES HILL CT**
**BRANDON, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/18

Basis for the claim:  SERVICES RENDERED

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.49 |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/5/18

Basis for the claim:  TRADE DEBT

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,204.98 |
|---|---|---|---|

**UPS**
**28013 NETWORK PL**
**CHICAGO, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4-6/18/18

Basis for the claim:  TRADE DEBT  - UPS 6Y1855 AND UPS FREIGHT

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **UPS 6Y1855**<br>**LOCKBOX 577**<br>**CAROL STREAM, IL 60132-0577** | Line  3.62<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 157.42 |
| **5b. Total claims from Part 2** | 5b. + | $ | 16,334,105.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,334,262.88 |

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **COPIER LEASE** | |
| | State the term remaining | | **CIT**<br>**21146 NETWORK PLACE**<br>**CHICAGO, IL 60673-1211** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE LEASE** | |
| | State the term remaining | **EXP 9/30/2019** | **JARAMILLO, ONESIMO**<br>**4114 TRINITY LA**<br>**FRANKLIN, TN 37067** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **SPONSORSHIP** | |
| | State the term remaining | **EXP 3/31/2020** | **PREMIER HEALTHCARE SOLUTIONS**<br>**5882 COLLECTIONS CENTER DR**<br>**CHICAGO, IL 60693** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYMENT AGREEMENT** | |
| | State the term remaining | **EXP 4/21/2021** | **REBROVICK, LINDA**<br>**5202 CLOSE CIR**<br>**NASHVILLE, TN** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:18-bk-04526   Doc 1   Filed 07/09/18   Entered 07/09/18 17:42:22   Desc Main
Document       Page 31 of 78

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest   **CRM SOFTWARE** | |
| State the term remaining   **EXP 6/15/2019** | |
| List the contract number of any government contract | **SALESFORCE.COM INC**<br>**PO BOX 203141**<br>**DALLAS, TX 75320-3141** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name **Integrated Healing Technologies, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ <br> Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document      Page 33 of 78

Fill in this information to identify the case:

Debtor name **Integrated Healing Technologies, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $112,848.00 |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☑ Operating a business<br>☐ Other _____ | $311,527.00 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | $76,973.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **BCBST** **GROUP RECEIPTS DEPT** **PO BOX 6539** **CAROL STREAM, IL 60197-6539** | **3/28/18, 5/2/18, 5/31/18** | **$56,065.84** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.2.** **FIRSTBANK** **211 COMMERCE ST, STE 300** **NASHVILLE, TN 37201** | **3/27/18, 4/30/18, 5/30/18** | **$51,720.50** | ☐ Secured debt ☑ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.3.** **SHERRARD ROE VOIGHT & HARBISON PLC** **150 3RD AVE S** **NASHVILLE, TN 37201** | **4/12/18, 5/17/18** | **$35,439.71** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.4.** **PATTERSON INTELLECTUAL PROPERTY LAW PC** **ROUNDABOUT PLAZA** **1600 DIVISION ST** **NASHVILLE, TN 37203-2774** | **3/28/18, 6/5/18** | **$24,775.87** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.5.** **INVICTA TECHNOLOGY, LLC** | **3/18/18, 4/20/18, 5/16/18, 6/18/18** | **$24,001.73** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.6.** **TRK AESTHETIC CONSULTING** **1302 GULLES HILL CT** **BRANDON, FL 33511** | **3/28/18, 5/2/18, 6/6/18** | **$22,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.7.** **CSI MEDICAL** **170 COMMERCE WAY** **GALLATIN, TN 37066** | **3/28/18, 4/12/18, 4/20/18, 5/8/18, 5/17/18, 5/23/18** | **$20,750.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.8.** **REGULATORY AND QUALITY SOLUTIONS LLC** **2790 MOSSIDE BLVD, STE 800** **MONROEVILLE, PA 15146** | **3/19/18, 4/12/18, 5/11/18, 5/31/18** | **$18,941.25** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| **3.9.** **CORK MEDICAL** **8050 CASTELWAY DR** **INDIANAPOLIS, IN 46250** | **3/28/18, 4/20/18, 4/26/18, 5/10/18, 5/31/18, 6/5/18, 6/6/18** | **$18,221.46** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **HELL YEAH, LLC**<br>**2518 37TH AVE NE**<br>**MINNEAPOLIS, MN 55421** | **3/28/18,**<br>**5/2/18,**<br>**5/31/18** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **ROBERT STEPHEN PORTER**<br>**127 HABERSHAM RD**<br>**COLUMBIA, TN 38401** | **4/12/18,**<br>**5/16/18,**<br>**6/18/18** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **TN DEPARTMENT OF REVENUE**<br>**TN ATTY GENERAL'S OFFC, BANKR**<br>**DIV**<br>**PO BOX 20207**<br>**NASHVILLE, TN 37202-0207** | **4/6/18,**<br>**4/12/18,**<br>**4/16/18,**<br>**4/19/18,**<br>**4/26/18,**<br>**4/26/18,**<br>**5/4/18,**<br>**5/4/18,**<br>**6/13/18** | **$13,250.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Taxes** |
| 3.13. **MEDITOP**<br>**VLASAKKER 22**<br>**MONTFOORT  0 3417 XT** | **4/16/18,**<br>**4/20/18,**<br>**5/17/18** | **$12,298.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **SALESFORCE.COM INC**<br>**PO BOX 203141**<br>**DALLAS, TX 75320-3141** | **3/28/18** | **$10,914.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.15. **CARR RIGGS & INGRAM**<br>**3011 ARMORY DRIVE STE190**<br>**NASHVILLE, TN 37204** | **6/6/18** | **$9,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.16. **COMMERCIAL INSURANCE**<br>**ASSOCIATES, LLC**<br>**103 POWELL CT**<br>**BRENTWOOD, TN 37027-5050** | **4/12/18** | **$8,794.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **BES STUDIOS**<br>**5711 OLD OSBORNE TURNPIKE**<br>**HENRICO, VA 23231** | **3/28/18** | **$6,584.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
    may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **WALLER LANSDEN DORTCH & DAVIS LLP 511 UNION ST, STE 2700 NASHVILLE, TN 37219** | | **6/22/2018** | **$20,000.00** |
| **Email or website address www.wallerlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **103 FORREST CROSSING BLVD, STE 103 FRANKLIN, TN 37064** | **2/2012 - 5/2018** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US BANK**<br>**PO BOX 1800**<br>**SAINT PAUL, MN 55101-0800** | **XXXX-0544** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/2018** | **$201.15** |
| 18.2. | **US BANK**<br>**PO BOX 1800**<br>**SAINT PAUL, MN 55101-0800** | **XXXX-0502** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2018** | **$0.00** |
| 18.3. | **US BANK**<br>**PO BOX 1800**<br>**SAINT PAUL, MN 55101-0800** | **XXXX-4011** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2017** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document      Page 39 of 78

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **NDC**<br>**407 NEW SANFORD RD**<br>**LA VERGNE, TN 37086** | **LINDA REBROVIK**<br>**5202 CLOSE CIR**<br>**NASHVILLE, TN 37205**<br><br>**DAVE JOHNSON**<br>**407 NEW SANFORD RD**<br>**LA VERGNE, TN 37086** | **PhaseOne (40ml and 235ml)** | ☐ No<br>☑ Yes |
| **SHIP MY ORDERS INC.**<br>**1401 POPLAR LANE**<br>**NASHVILLE, TN 37210-4519** | **LINDA REBROVIK**<br>**5202 CLOSE CIR**<br>**NASHVILLE, TN 37205** | **PhaseOne (40ml and 235ml),**<br>**OmniPhase, Spikeable Caps,**<br>**NewEra Dome Kits (new)** | ☐ No<br>☑ Yes |
| **US STORAGE CENTERS**<br>**7102 BAKERS BRIDGE AVE**<br>**BRENTWOOD, TN 37027** | **LINDA REBROVIK**<br>**5202 CLOSE CIR**<br>**NASHVILLE, TN 37205** | **Unit G203- NEII Pump Bags,**<br>**Conference Materials,**<br>**Samples, etc.**<br>**Unit C222- Items for Disposal,**<br>**some Conference Materials,**<br>**etc.** | ☐ No<br>☑ Yes |
| **RED CARPET SELF STORAGE**<br>**108 WERTHAN CIR**<br>**FRANKLIN, TN 37064** | **LINDA REBROVIK**<br>**5202 CLOSE CIR**<br>**NASHVILLE, TN 37205** | **Unit 3090- Limited Active**<br>**Stock (Sorbact, pumps, etc.),**<br>**Shelving Units, and Samples**<br>**Unit 2060- Active Stock**<br>**(Sorbact, NEI and NEII**<br>**Canisters, etc. - desk and**<br>**conf table)**<br>**Unit 2062- Active Stock**<br>**(Sorbact, etc.)**<br>**Unit 1163- Active Stock**<br>**(Sorbact, Pumps, P1, Kits,**<br>**etc.)**<br>**Unit 1152- Pump cleaning**<br>**room - Few Pumps, Folding**<br>**Table, Stericycle bins,**<br>**Shelving Unit** | ☐ No<br>☑ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document      Page 40 of 78

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **PAM DAVIS** <br> **1235 BROADGATE DR** <br> **FRANKLIN, TN 37067** | **8/1/16 - 6/18/18** |
| 26a.2.   **LAURI PEARSON** <br> **502 HUNTINGTON RIDGE DR** <br> **NASHVILLE, TN 37221** | **4/1/16 - 12/1/17** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **CARR RIGGS & INGRAM** <br> **3011 ARMORY DRIVE STE 190** <br> **NASHVILLE, TN 37204** | **2014-2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document      Page 41 of 78

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **CARR RIGGS & INGRAM**<br>**3011 ARMORY DRIVE STE 190**<br>**NASHVILLE, TN 37204** | |
| 26c.2. | **LINDA REBROVICK**<br>**5202 CLOSE CIRCLE**<br>**NASHVILLE, TN 37205** | |
| 26c.3. | **JEFF FISHER**<br>**539 CLOSE LANE**<br>**NASHVILLE, TN 37205** | |
| 26c.4. | **PAM DAVIS**<br>**1235 BROADGATE DR**<br>**FRANKLIN, TN 37067** | |
| 26c.5. | **JOHN BLOUNT**<br>**212 LARKTON PL**<br>**FRANKLIN, TN 37069** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **FIRSTBANK**<br>**211 COMMERCE ST, STE 300**<br>**NASHVILLE, TN 37201** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **CARR, RIGGS & INGRAM** | **Q1 2017** | **$740,473.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **ROB SUMMERFORD**<br>**3011 ARMORY DR, STE 190**<br>**NASHVILLE, TN 37204** |

| | | | |
|---|---|---|---|
| 27.2. | | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **DAVIS, PAM**<br>**1235 BROADGATE DR**<br>**FRANKLIN, TN 37067** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **REBROVICK, LINDA** | **5202 CLOSE CIR**<br>**NASHVILLE, TN 37205** | **Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **FISHER, JEFF** | **539 CLOSE LN**<br>**NASHVLLE, TN 37205** | **Chief Financial Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BLOUNT, JOHN** | **212 LARKTON PL**<br>**FRANKLIN, TN 37069** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRITTON, JAMES** | **3 GIBSON**<br>**LITTLEROCK, AR 72227** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **FISHER, JACK** | **5867 FREDERICKSBURG DR**<br>**NASHVILLE, TN 37215** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **GOAD, FRED** | **917 STUART LN**<br>**BRENTWOOD, TN 37027** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **HEATH MD, ANDREW** | **1 CARLYLE MANSIONS**<br>**LONDON  SW3 5LS** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **LIPMAN, ROBERT** | **411 GREAT CIRCLE RD**<br>**NASHVILLE, TN 37228** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MULLINS, KEITH** | **301 PLUS PARK BLVD STE 500**<br>**NASHVILLE, TN 37217** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **RODEWALD, ALBERT** | **4814 BYRD LN**<br>**COLLEGE GROVE, TN 37046** | **DIRECTOR** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **\*SEE SHAREHOLDER**<br>**ATTACHMENT SOFA.30** | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| MARTIN BROWN, JR | 208 CRAIGHEAD ST NASHVILLE, TN 37205 | Board Member, Unit Holder | 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| CHARLES MARTIN | 40 BURTON HILLS BLVD, STE 100 NASHVILLE, TN 37215 | Board Member, Unit Holder | Q1 - Q3 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| CARLTON STINSON | 1120 TYNE BLVD NASHVILLE, TN 37220 | Board Member, Unit Holder | Q1 - Q3 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| PETE CARINO | 1089 BROOKHAVEN SQ NE ATLANTA, GA 30319 | Chief Sales Officer | 5/2016 - 7/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 9, 2018**

**/s/ Albert Rodewald**                                                    **Albert Rodewald**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Co-Chair of the Board**

**/s/ Robert Lipman**                                                      **Robert Lipman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Co-Chair of the Board**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 3:18-bk-04526    Doc 1    Filed 07/09/18    Entered 07/09/18 17:42:22    Desc Main
Document        Page 45 of 78

| Member | Total Units Ownership 6/8/18 | Issued Units Ownership % | Street Address | City | ST | Zip |
|---|---|---|---|---|---|---|
| Alexiares, LLC (M Brown Sr, M Brown Jr.) | 3,634.31 | 2.84% | 208 Craighead Street | Nashville | TN | 37205 |
| Alfery MD, David | 1,147.56 | 0.90% | 22 Wynstone | Nashville | TN | 37215 |
| Anderson, Stefanie | 244.29 | 0.19% | 2728 Blue Heron Dr. | Florissant | MO | 63031 |
| Andrews, Thomas | 1,025.36 | 0.80% | 208 Jackson Blvd. | Nashville | TN | 37205 |
| Baird, Ian | 366.70 | 0.29% | 175 Baypointe Pkwy, APT 422 | San Jose, | CA | 95134 |
| Baird, James | 2,540.78 | 1.99% | 5214 Rustic Way | Old Hickory | TN | 37138 |
| Bateman, Suzanne | 48.88 | 0.04% | 1200 General McArthur Dr | Brentwood | TN | 37027 |
| Bates, Reeda | 146.63 | 0.11% | 497 Whispering Hills Dr | Nashville | TN | 37211 |
| Baurle MD, Eric J | 277.15 | 0.22% | 1806 Ivy Crest Drive | Brentwood | TN | 37027 |
| Bean Realty Partners LLC (Mark McDonald) | 195.51 | 0.15% | 3841 Green Hills Village Dr, STE 400 | Nashville | TN | 37215 |
| Bechert, Kari | 97.75 | 0.08% | 1024 Ashland Avenue | Evanston | IL | 60202 |
| Bence, Staci | 39.10 | 0.03% | 497 Whispering Hills Drive | Nashville | TN | 37211 |
| Bengel Living Trust (Charles Bengel) | 391.02 | 0.31% | 1107 Fleming St | Key West | FL | 33040 |
| Benrud, Constance | 391.02 | 0.31% | 510 W. Erie, #1901 | Chicago | IL | 60654 |
| Bergan, Jamie | 97.75 | 0.08% | 5382 Cobbler Way | Camillus | NY | 13031 |
| Betsy V Matlock Rev Trust | 641.43 | 0.50% | 353 Cuddy Ct | Naples | FL | 34103 |
| Bickel, Becky | 19.55 | 0.02% | 1888 Wilson Pike | Franklin | TN | 37067 |
| Blount, John E. | 9,852.38 | 7.70% | 212 Larkton Place | Franklin | TN | 37069 |
| Blount, Scott C. | 641.96 | 0.50% | 3001 Del Curoto Rd, Unit B | Austin | TX | 78704 |
| Bovender Jr, Jack | 1,329.50 | 1.04% | 520 Belle Meade Blvd | Nashville | TN | 37205 |
| Brindle, Tod | 244.39 | 0.19% | 6165 Bootsie Blvd. | Henrico | VA | 23231 |
| Britton, James L | 1,238.65 | 0.97% | 3 Gibson | Little Rock | AR | 72227 |
| Brown MD, Phillip | 774.87 | 0.61% | 518 Park Center Drive | Nashville | TN | 37205 |
| Browne, Michelle | 14.66 | 0.01% | 3617 18th Street, NE | Washington | DC | 20018 |
| Buford, Mark | 439.72 | 0.34% | 1003 Heathrow Hills Court | Brentwood | TN | 37027 |
| Bumstead, Frank | 391.02 | 0.31% | P.O. Box 340020 | Nashville | TN | 37203 |
| Burd, Paul | 146.57 | 0.11% | 5516 Stanford Drive | Nashville | TN | 37215 |
| Burr, Robert (Panther Exploration) | 633.50 | 0.50% | 1314 Fairview Ave | Bowling Green | KY | 42103 |
| Carmichael, Oliver Crom | 802.24 | 0.63% | 2605 Elm Hill Pike, Ste I | Nashville | TN | 37214 |
| Castello, Chris | 14.66 | 0.01% | 104 Bennington Rd | Greer | SC | 29650 |
| Castrasim Holdings LLC  (Holly Wall) | 195.51 | 0.15% | 8600 Fern Avenue | Shreveport | LA | 71106 |
| Church, Dallas Warren | 195.51 | 0.15% | 95 Christopher Street, APT 7i | New York | NY | 10014 |
| Coble, G. W. II | 195.51 | 0.15% | 5033 Old Hickory Blvd | Nashville | TN | 37218 |
| Coble, George William III | 977.56 | 0.76% | 7620 Old Charlotte Pike | Nashville | TN | 37209 |

| Member | Total Units Ownership 6/8/18 | Issued Units Ownership % | Street Address | City | ST | Zip |
|---|---|---|---|---|---|---|
| Conway-Welch, Colleen | 391.02 | 0.31% | c/o Frank Bumstead PO BOX 340020 | Nashville | TN | 37203 |
| Davis, Pam | 39.10 | 0.03% | 1235 Broadgate Drive | Franklin | TN | 37067 |
| Dixon, Paul | 244.29 | 0.19% | 1651 Tammarron Ave SE | Grand Rapids | MI | 49546 |
| Downs, Doug | 97.76 | 0.08% | 18723 Brookshade Ln | Louisville | KY | 40245 |
| Dudley MD, Bunyan S. | 97.76 | 0.08% | 507 Sandpiper Cir | Nashville | TN | 37221 |
| Dudley, Jonathan | 97.76 | 0.08% | 325 Ideal Way | Charlotte | NC | 28203 |
| Eaton, Karin C. | 726.58 | 0.57% | 2012 25th Ave S | Nashville | TN | 37212 |
| Entrekin, Hugh | 581.78 | 0.45% | 1432 Tyne Blvd | Nashville | TN | 37215 |
| Eskind, MD Jeffrey | 391.02 | 0.31% | 416 Ellensdale Ave | Nashville | TN | 37205 |
| Eskind, MD Steven | 391.02 | 0.31% | 2322 Golf Club Lane | Nashville | TN | 37215 |
| Fella, Henry | 629.10 | 0.49% | 1306 Elizabeth Blvd | Fort Worth | TX | 76110 |
| Ferguson, Gary | 1,645.86 | 1.29% | 9233 Old Smyrna Road | Brentwood | TN | 37027 |
| Fisher MD, Jack | 5,502.88 | 4.30% | 5867 Fredericksburg Drive | Nashville | TN | 37215 |
| Fisher, Jeff | 391.02 | 0.31% | 539 Close Lane | Nashville | TN | 37205 |
| Fisher, Patrick | 65.17 | 0.05% | 15334 Azra Drive | Odessa | FL | 33556 |
| Follin, Katherine | 2,373.31 | 1.85% | 4416 Gerald Place | Nashville | TN | 37205 |
| Freiberg, MD Craig | 138.32 | 0.11% | 4021 Overbrook Dr | Nashville | TN | 37204 |
| Gabriel, Allen | 195.51 | 0.15% | 785 NW Valley Street | Camas | WA | 98607 |
| GDSA, LLC (Gary Sasser) | 977.56 | 0.76% | 1393 Old Hillsboro Rd | Franklin | TN | 37069-9132 |
| Geurin, Cassandra | 1,663.58 | 1.30% | 2201 Bowman Road | Franklin | TN | 37064 |
| Gingrass, MD Mary | 220.59 | 0.17% | 1915 State St | Nashville | TN | 37203 |
| Goad, Fred | 210.17 | 0.16% | 917 Stuart Lane | Brentwood | TN | 37027 |
| Graham, Ritchey | 754.43 | 0.59% | 65 Brookdwood Terrace | Nashville | TN | 37205 |
| Graymar Investors (Robert Lipman) | 3,262.14 | 2.55% | 411 Great Circle Rd | Nashville | TN | 37228 |
| Grindstaff, Edward D. | 195.51 | 0.15% | 6210 Belle Rive Dr | Brentwood | TN | 37027 |
| Grotting MD, James C. | 195.51 | 0.15% | 2610 Caldwell Mill Lane | Birmingham | AL | 35243 |
| Haws, MD Melinda | 275.73 | 0.22% | 35 Erwin Ct | Nashville | TN | 37205 |
| Heath, MD Andrew | 1,609.06 | 1.26% | 1, Carlyle Mansions 52, Cheyne Walk | London | | SW3 5LS |
| Hooper, John M III | 2,130.02 | 1.66% | 4410 Gerald Place | Nashville | TN | 37205 |
| Ingram POA, Orrin H. | 575.97 | 0.45% | 4400 Harding Rd | Nashville | TN | 37205 |
| Jackson, Clay | 1,069.65 | 0.84% | 5819 Hillsboro Pike | Nashville | TN | 37215 |
| Johnson, Mac | 97.76 | 0.08% | 1380 Old 122nd Rd | Lebanon | OH | 45036 |
| Kelleher, Kathleen | 236.44 | 0.18% | 6275 Jones Road | Burlington | WI | 53105 |

| Member | Total Units Ownership 6/8/18 | Issued Units Ownership % | Street Address | City | ST | Zip |
|---|---|---|---|---|---|---|
| Kerth, Andrew | 19.55 | 0.02% | 5150 E Poinsettia Dr. | Scottsdale | AZ | 85254 |
| Lipman, Larry | 293.15 | 0.23% | 5906 Hillsboro Pike | Nashville | TN | 37215 |
| Mann, Charles | 5,131.96 | 4.01% | 5853 Godwin Road | Sante Fe | TN | 38482 |
| Martin Investment Holdings (Series 11)/Warrant | 19,493.38 | 15.24% | 40 Burton Hills Blvd, STE 100 | Nashville | TN | 37215 |
| Martin, Charles | 161.30 | 0.13% | 40 Burton Hills Blvd, STE 100 | Nashville | TN | 37215 |
| Maxwell, MD G. Patrick | 2,910.79 | 2.27% | c/o Frank Bumstead PO BOX 340020 | Nashville | TN | 37203-0020 |
| Mitchell, Williams, Selig, Gates PLLC (Harold Hamlin) | 391.02 | 0.31% | 425 W. Capitol Ave, STE 1800 | Little Rock | AR | 72201 |
| Mixon, Josh | 696.52 | 0.54% | P. O. Box 13353 | Lexington | KY | 40583 |
| Moore, Janine E. | 1,164.84 | 0.91% | 4650 Everal Lane | Franklin | TN | 37064 |
| Moss-Dudley, Laurie | 97.76 | 0.08% | 507 Sandpiper Cir | Nashville | TN | 37221 |
| Mullins, Keith | 14.66 | 0.01% | 301 Plus Park Blvd, STE 500 | Nashville | TN | 37217 |
| Mulron, Timothy | 179.09 | 0.14% | 717 Bresslyn Road | Nashville | TN | 37205 |
| Nelson, Meredith B. | 291.15 | 0.23% | 2704 Tyne Blvd | Nashville | TN | 37215 |
| OLK Investments LLC (Lisa Monaco) | 195.51 | 0.15% | 3468 W Bluff Ave | Fresno | CA | 93711 |
| O'Shaughnessy, MD Kristina | 138.12 | 0.11% | 2016 Sunset Hills Terrace | Nashville | TN | 37215 |
| Owen, Rhonda | 244.27 | 0.19% | 4113 Helena Bay Ct | Hermitage | TN | 37076 |
| Pearson, Lauri | 156.41 | 0.12% | 502 Huntington Ridge Dr. | Nashville | TN | 37211 |
| Poe, Antoine (Tony) | 391.02 | 0.31% | 2223 Kavanaugh Blvd | Little Rock | AR | 72205 |
| Porter, Stephen | 2,127.42 | 1.66% | 127 Habersham Rd | Columbia | TN | 38401 |
| Reddy, MD V Sreenath | 138.45 | 0.11% | 3513 Woodmont Blvd | Nashville | TN | 37215 |
| Rehberg, Kyle | 146.63 | 0.11% | 5370 N. Hillbrooke Trace | Alpharetta | GA | 30005 |
| Reyes Ortega, Amerelis | 39.10 | 0.03% | 7817 Heaton Way | Nashville | TN | 37211 |
| Ridgefield Properties (Marc Stengell) | 2,834.92 | 2.22% | 201 4th Avenue North. STE 1960 | Nashville | TN | 37219 |
| Rodewald, Albert | 16,412.75 | 12.83% | 4814 Byrd Ln | College Grove | TN | 37046 |
| Ross, Jay Hardin | 1,086.94 | 0.85% | 4420 Gerald Place | Nashville | TN | 37205 |
| Salene Trust (David Salene) | 1,101.79 | 0.86% | 3821 Inlet Isle Dr | Corona Del Mar | CA | 92625 |
| Santi, MD Steve F. | 214.29 | 0.17% | 1105 Radnor Glen Drive | Brentwood | TN | 37027 |
| Schwaber, MD Mitchell | 267.22 | 0.21% | 703 Overton Park | Nashville | TN | 37215 |
| Seezen, Hans | 1,107.81 | 0.87% | 1204 Saxon Drive | Nashville | TN | 37215 |
| Shock, Karen | 97.76 | 0.08% | 682 CR 431 | Thorndale | TX | 76577 |
| Simonsen, Christopher M | 276.12 | 0.22% | 4013 Copeland Dr | Nashville | TN | 37215 |
| Sitar, Ami | 14.66 | 0.01% | 21304 S. Forrest View Drive | Shorewood | IL | 60404 |
| Smith Jr., George D. | 195.51 | 0.15% | 1207 Nichol Lane | Nashville | TN | 37205 |
| Smith, David | 2,011.22 | 1.57% | 735 East Iron Hill Road | Burns | TN | 37029 |

**Integrated Healing Technologies, LLC**
**IHT Capitalization Summary - Sorted by Ownership**
**June 8, 2018**

| Member | Total Units Ownership 6/8/18 | Issued Units Ownership % | Street Address | City | ST | Zip |
|---|---|---|---|---|---|---|
| Smith, Joe | 1,875.43 | 1.47% | 570 Grand Drive, NE | Cleveland | TN | 37312 |
| Smith, Joshua | 1,745.22 | 1.36% | 7002 Westbelt Drive | Nashville | TN | 37209 |
| Smoot, DiAnn | 14.66 | 0.01% | 3605 Poinciana Avenue | Reading | PA | 19605 |
| Stevens, MD William Grant | 926.88 | 0.72% | 13455 Ventura Blvd, STE 208 | Sherman Oaks | CA | 91423 |
| Stinson, Carlton | 1,505.84 | 1.18% | 1120 Tyne Blvd | Nashville | TN | 37220 |
| Tran, Anthony | 95.20 | 0.07% | 510 Gay Street, Apt. 1113 | Nashville | TN | 37219 |
| Traylor, Kip | 14.66 | 0.01% | 9000 Macauley Lane | Nolensville | TN | 37135 |
| Wall, Bill | 1,516.14 | 1.18% | 845 Middle Tennessee Blvd, STE B | Murfreesboro | TN | 37129 |
| Webb, William V. B. | 600.87 | 0.47% | 715 Belle Meade Blvd, APT C-1 | Nashville | TN | 37205 |
| Wiley Jr., David W. | 871.31 | 0.68% | 109 Clarendon Ave | Nashville | TN | 37205 |
| Wiley, Margaret H. | 290.44 | 0.23% | 109 Clarendon Ave | Nashville | TN | 37205 |
| Witt, Brad | 97.72 | 0.08% | 3791 Ross Park Dr | Hoover | AL | 35226 |
| Witzenberger, MD Thomas | 293.15 | 0.23% | 901 East Camino Real, APT 7B | Boca Raton | FL | 33432 |
| Wodock, Pete | 244.39 | 0.19% | 12106 Pebblepointe Pass | Carmel | IN | 46033 |
| Woodward, Sara B. | 629.10 | 0.49% | 1306 Elizabeth Blvd | Fort Worth | TX | 76110 |
| Wozniak, Chris | 97.76 | 0.08% | 4 Split Rock Road | Pittsford | NY | 14534 |
| Wright, Mark | 219.95 | 0.17% | 419 Prestwick Ct. | Nashville | TN | 37205 |

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Integrated Healing Technologies, LLC**                    Case No. _____
_____
                                    Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................     $        **20,000.00**

    Prior to the filing of this statement I have received ........................      $        **20,000.00**

    Balance Due ..........................................................................      $             **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Services normally and reasonably associated with this type of engagement which the Firm is requested and is
        able to provide and which are consistent with its ethical obligations.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of Debtor or anyone else in connection with chapter 5 actions that may be initiated in any
        bankruptcy case; any advice or other legal services relating to federal or state tax or securities laws.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July  9, 2018**_____          **/s/ JOHN C. TISHLER**
*Date*                                             **JOHN C. TISHLER 013441**
                                                   *Signature of Attorney*
                                                   **Waller Lansden Dortch & Davis LLP**
                                                   **511 Union Street**
                                                   **Suite 2700**
                                                   **Nashville, TN 37219-1791**
                                                   **615-244-6380   Fax: 615-244-6804**
                                                   *Name of law firm*

---

## United States Bankruptcy Court
### Middle District of Tennessee

In re    **Integrated Healing Technologies, LLC**              Case No. _____

Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Chair of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 9, 2018** _____        **/s/ Albert Rodewald** _____

                                                   **Albert Rodewald**/**Co-Chair of the Board**
                                                   Signer/Title

                                                   **/s/ Robert Lipman** _____

                                                   **Robert Lipman**/**Co-Chair of the Board**
                                                   Signer/Title

INTEGRATED HEALING TECHNOLOGIES, LLC
100A BETA DRIVE
FRANKLIN TN 37064

JOHN C. TISHLER
WALLER LANSDEN DORTCH & DAVIS LLP
511 UNION STREET
SUITE 2700
NASHVILLE, TN 37219-1791

ABIGO MEDICAL SB
SE-436
33EKONOMIVAGEN 5
SWEDEN

ACOG
EXHIBITS MANAGEMENT
409 12TH ST SW
WASHINGTON DC 20024-2188

ACTION BUSINESS CONSULTING
6051 RURAL PLAINS CIR, UNIT 301
FRANKLIN TN 37074

ADVANCED AMBULATORY INC
PO BOX 981047
HOUSTON TX 77098

AESTHETIC COMPONENTS
1200 WALD RD
ORLANDO FL 32806

AGASTI, JEN RN CWCA FACCWS
141 PINE AVE
FORCE PA 15841

ALABAMA ORTHOPAEDIC SOCIETY
1085 CHESSON HILL DR
FITZPATRICK AL 36029

ALEXANDER'S CATERING LLC
511 UNION ST, STE 2626
NASHIVLLE TN 37219

ALEXANDER, MALLORY
PO BOX 116450
ATLANTA GA 30368-6450

ALEXIARES LLC
208 CRAIGHEAD ST
NASHVILLE TN 37205

ALFREY MD, DAVID
22 WYNSTONE
NASHVILLE TN 37215

AMERICAN SOCIETY OF PLASTIC SURGEONS
ATTN: FINANCE DEPT
444 EAST ALGONQUIN RD
ARLINGTON HEIGHTS IL 60005

ANDERSON, STEFANIE
2728 BLUE HERON DR
FLORISSANT MO 63031

ANDREWS AGENCY LLC (THE)
209 10TH AVE S, STE 525
NASHVILLE TN 37203

ANDREWS, THOMAS
208 JACKSON BLVD
NASHVILLE TN 37205

ARKANSAS SECURITIES DEPT
HERITAGE WEST BLDG, STE 300
201 EAST MARKHAM ST
LITTLE ROCK AR 72201-1692

ARMACOST, JOHN
1692 S. WALNUT DR
WARSAW IN 46580

ATMOS ENERGY
PO BOX 790311
SAINT LOUIS MO 63179-0311

ATNIP, JOE
7316 OLD CLARKSVILLE PKE
JOELTON TN 37080

AWHONN
ATTN: MICHELE FLANAGAN RNC
9 MEDICAL PARK, STE 320
COLUMBIA SC 29203

BAIRD, IAN
175 BAYPOINTE PKWY, APT 422
SAN JOSE CA 95134

BAIRD, JAMES
5214 RUSTIC WAY
OLD HICKORY TN 37138

BARNEY, PAUL
PO BOX 842818
BOSTON MA 02284-2818

BASS, NANCY ANN
810 BELLEVUE RD UNIT 242
NASHVILLE TN 37221

BATEMAN, MARY
1200 GENERAL MCARTHUR DR
BRENTWOOD TN 37027

BATEMAN, SUZANNE
1200 GENERAL MCARTHUR DR
BRENTWOOD TN 37027

BATES, REEDA
497 WHISPERING HILLS DR
NASHVILLE TN 37211

BAURLE MD, ERIC J
1806 IVY CREST DR
BRENTWOOD TN 37027

BEAN REALTY PARTNERS LLC
3841 GREEN HILLS VILLAGE DR, STE 400
NASHVILLE TN 37215

BECHERT, KARI
1024 ASHLAND AVENUE
EVANSTON IL 60202

BENCE, STACI
497 WHISPERNG HILLS DR
NASHVILLE TN 37211

BENCHMARK INVESTORS GROUP
400 SUGARTREE LN, STE 310
FRANKLIN TN 37064

BENGEL LIVING TRUST
1107 FLEMING ST
KEY WEST FL 33040

BENRUD, CONSTANCE
510 W ERIE, #1901
CHICAGO IL 60654

BERGAN, JAMIE
5382 COBBLER WAY
CAMILLUS NY 13031

BES STUDIOS
5711 OLD OSBORNE TURNPIKE
HENRICO VA 23231

BETSY V MATLOCK REVOCABLE TRUST
353 CUDDY CT
NAPLES FL 34103

BICKEL, BECKY
1888 WILSON PIKE
FRANKLIN TN 37067

BLACK TIE MOVING NASHVILLE
320SEVEN SPRINGS WAY
BRENTWOOD TN 37027

BLOUNT, JOHN
212 LARKTON PL
FRANKLIN TN 37069

BLOUNT, SCOTT C
3001 DEL CUROTO RD, UNIT B
AUSTIN TX 78704

BOVENDER JR, JACK
520 BELLE MEADE BLVD
NASHVILLE TN 37205

BRINDLE, TOD
6165 BOOTSIE BLVD
HENRICO VA 23231

BRITTON, JIM
3 GIBSON
LITTLEROCK AR 72227

BROWN MD, PHILLIP
518 PARK CENTER DR
NASHVILLE TN 37205

BROWN, MICHELLE
3617 18TH ST NE
WASHINGTON DC 20018

BUCKEYE HOME HEALTH CARE
ATTN: BHHC WOUND FAIR
7700 PARAGON RD
SELKIRK NY 12158

BUFORD, MARK
1003 HEATHROW HILLS CT
BRENTWOOD TN 37027

BUMSTEAD, FRANK
PO BOX 340020
NASHVILLE TN 37203

BURD, PAUL
5516 STANFORD DR
NASHVILLE TN 37215

BURNS, BRANDON
3217 ROLLING STONE
OKLAHOMA CITY OK 73120

BURR, ROBERT
1314 FAIRVIEW AVE
BOWLING GREEN KY 42103

BUSINESS FURNITURE WAREHOUSE
706 19TH AVE N
NASHVILLE TN 37203

CALDWELL, MEREDITH
28 INVERARAY
NASHVILLE TN 37215

CALVETTI, MIKE
194 ESMER CT
NEWARK DE 19711

CAPITAL DISTRICT WOCN
ATTN: MICHELLE MURRAY
7700 PARAGON RD
DAYTON OH 45459

CARINO, PETE
1089 BROOKHAVEN SQ NE
ATLANTA GA 30319

CARMICHAEL, CROM
2605 ELM HILL PIKEM STE I
NASHVILLE TN 37214

CARPENTER, JOHN
20 FOX FARMS RD
FLORENCE MA 01062

CARR RIGGS & INGRAM
3011 ARMORY DRIVE STE190
NASHVILLE TN 37204

CASTELLO, CHRIS
104 BENNINGTON RD
GREER SC 29650

CASTRASIM HOLDINGS LLC
8600 FERN AVE
SHREVEPORT LA 71106

CATHOLIC HEALTH SYSTEM
ATTN: KRISTIE COLEMAN
2625 HARLEM RD, STE 120
CHEEKTOWAGA NY 14225

CHARLOTTE CONVENTION CTR
C/O SMART CITY NETWORKS
5795 W BADURA AVE, STE 110
LAS VEGAS NV 89118

CHURCH, DALLAS WARREN
95 CHRISTOPHER ST, APT 7I
NEW YORK NY 10014

CIT
21146 NETWORK PLACE
CHICAGO IL 60673-1211

CITY OF FRANKLIN
109 THIRD AVE S, STE 141
FRANKLIN TN 37064

CLARK-EVANS, CAROL P
1010 MANLEY LN
BRENTWOOD TN 37027

COBLE, G W II
5033 OLD HICKORY BLVD
NASHVILLE TN 37218

COBLE, GEORGE WILLIAM III
7620 OLD CHARLOTTE PIKE
NASHVILLE TN 37209

COLLINS, TIMOTHY
6933 GENTRY LN
MASON OH 45040

COMCAST
PO BOX 530098
ATLANTA GA 30353-0098

COMER, KEIA
PO BOX 306003
NASHVILLE TN 37230-6003

COMMERCIAL INSUR ASSOC LLC
103 POWELL CT, STE 100
BRENTWOOD TN 37027-5050

COMPLETE ANSWERING SERVICE
C/O ANSUR SYSTEMS LLS
5225 KATY FREEWAY, STE 409
HOUSTON TX 77077

CONCUR TECHNOLOGIES
62157 COLLECTIONS CENTER DR
CHICAGO IL 60693

CONWAY-WELCH, COLLEEN
C/O FRANK BUMSTEAD
PO BOX 340020
NASHVILLE TN 37203

COPY SOLUTIONS
4091 MALLORY LANE STE 128
FRANKLIN TN 37067

CORK MEDICAL
8050 CASTELWAY DR
INDIANAPOLIS IN 46250

COSMAS, RONALD
1302 GUILES HILL CT
BRANDON FL 33511

COYOTE LOGISTICS LLC
PO BOX 742636
ATLANTA GA 30374-2636

CRAIG, MARGARET C
27 LEXINGTON GREEN
NASHVILLE TN 37215

CRUMP LAW PC
PO BOX 604
NEW CASTLE IN 46552

CRYSTAL SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

CSI MEDICAL
170 COMMERCE WAY
GALLATIN TN 37066

DALTON, PAUL
1200 WALD RD
ORLANDO FL 32806

DARDEN, MATT
144 BAIN DR, STE 100
LA VERGNE TN 37086

DAVIS, JEFFREY K III
1235 BROADGATE DR
FRANKLIN TN 37067

DAVIS, PAM
1235 BROADGATE DR
FRANKLIN TN 37067

DELL
PAYMENT PROCESSING CTR
PO BOX 5275
CAROL STREAM IL 60197-5275

DEMPSEY, KRISSY
PO BOX 743699
ATLANTA GA 30374-3699

DICKE, JAMES F II
40 S WASHINGTON ST
NEW BREMEN OH 45869

DIXON, PAUL
1651 TAMMARRON AVE SE
GRAND RAPIDS MI 49546

DONNELLEY FINANCIAL SOLUTIONS
PO BOX 842282
BOSTON MA 02284-2282

DOWNS, DOUG
18723 BROOKSHADE LN
LOUISVILLE KY 40245

DRUG ENFORCEMENT ADMIN
ATTN: REGISTRATION SECTION/ODR
PO BOX 2639
SPRINGFIELD VA 22152-2639

DUDLEY MD, BUNYAN S
507 SANDPIPER CIR
NASHVILLE TN 37221

DUDLEY, JONATHAN
325 IDEAL WAY
CHARLOTTE NC 28203

DUNSTAN GROUP LLC (THE)
1200 E MOREHEAD ST #140
CHARLOTTE NC 28204

EAG INC
PO BOX 604
NEW CARLISLE IN 46552

EATON, KARIN C
2012 25TH AVE S
NASHVILLE TN 37212

ELCAM MEDICAL INC
2 UNIVERSITY PLAZA, STE 620
HACKENSACK NJ 07061

ELDRIDGE, WILLIAM C
DBA SURG & AESTHETIC LIGHT TECHNOLOGIES
11605 APRILBUD DR
HENRICO VA 23233

ELLSWORTH ADHESIVES
W129 N10825 WASHINGTON DR
GERMANTOWN WI 53022

EMERY PHARMA
1000 ATLANTIC AVE, STE 110
ALAMEDA CA 94501

ENTREKIN, HUGH
1432 TYNE BLVD
NASHVILLE TN 37215

ESKIND MD, JEFFREY
416 ELLENSDALE AVE
NASHVILLE TN 37205

ESKIND MD, STEVEN
2322 GOLF CLUB LN
NASHVILLE TN 37215

ET ASSOCIATES
ATTN: MARY ELLEN SCHRADER
PO BOX 617
NEW HARTFORD NY 13413

FED EX
PO BOX 371461
PITTSBURGH PA 15250-7461

FELL, KEITH
507 CARONDELET ST
MANDEVILLE LA 70448

FELLA, HENRY
1306 ELIZABETH BLVD
FORT WORTH TX 76110

FERGUSON, GARY
9233 OLD SMYRNA RD
BRENTWOOD TN 37027

FIRSTBANK
211 COMMERCE ST, STE 300
NASHVILLE TN 37201

FISHER, JACK
5867 FREDERICKSBURG DR
NASHVILLE TN 37215

FISHER, JEFF
539 CLOSE LN
NASHVILLE TN 37205

FISHER, PATRICK
15334 AZRA DR
ODESSA FL 33556

FIVE IRON TECHNOLOGIES
501 CORPORATE CTR, STE 510
FRANKLIN TN 37067

FIVE STAR VENTURE FUNDING
2002 TYNE BLVD
NASHVILLE TN 37215

FLASHBAY, INC
569 CLYDE AVE, UNIT 500
MOUNTAIN VIEW CA 94043

FLATT, STEPHEN F
1872 SANCTUARY PL
MURFREESBORO TN 37128

FLORIDA PLASTIC SURGERY SOCIETY (THE)
ATTN SUSAN RUSSELL
6300 SAGEWOOD DR STE H255
PARK CITY UT 84098

FLOSURE TECHNOLOGIES LLC
PO BOX 123
TARRYTOWN NY 10591

FOLLIN, KATHY
4416 GERALD PL
NASHVILLE TN 37205

FREEMAN EXHIBITOR SVCS
PO BOX 660613
DALLAS TX 75266-0613

FREIBERG MD, CRAIG
4021 OVERBROOK DR
NASHVILLE TN 37204

GABRIEL, ALLEN
785 NW VALLEY ST
CAMAS WA 98607

GALBRAITH, DOUG
931 ROLLING MEADOWS RD
WAYNESBURG PA 15370

GDSA LLC
1393 OLD HILLSBORO RD
FRANKLIN TN 37069-9132

GE VAN BREUKELEN
VLASAKKER 22
MONTEFORT    3417 XT

GEORGIA DEPT OF REVENUE
COMPLIANCE DIV - ARCS BANKRUPTCY
1800 CENTURY BLVD NE STE 9100
ATLANTA GA 30345-3202

GEURIN, CASSANDRA
2201 BOWMAN RD
FRANKLIN TN 37064

GILL, DON
3011 ARMORY DR, STE 190
NASHVILLE TN 37204

GINGRASS MD, MARY
1915 STATE ST
NASHVILLE TN 37203

GOAD, FRED
917 STUART LN
BRENTWOOD TN 37027

GRAHAM, RITCHEY
65 BROOKWOOD TER
NASHVILLE TN 37205

GRAYMAR INVESTORS
411 GREAT CIRCLE RD
NASHVILLE TN 37228

GREATER CINCINNATI WOUND OSTOMY ASSOC
WEST CHESTER HOSP ATTN: JACKIE BROWN
7700 HOSPITAL DR, OFFC 4003
WEST CHESTER OH 45069

GRIFFITH, CHARLES B
108 HARDING PL #203
NASHVILLE TN 37205

GRINDSTAFF, EDWARD D
6210 BELLE RIVE DR
BRENTWOOD TN 37027

GROTTING MD, JAMES C
2610 CALDWELL MILL LN
BIRMINGHAM AL 35243

GROWTHWRIGHT
ATTN: COLE GRIFFITH
301 PLUS PARK BLVD, STE 215
NASHVILLE TN 37217

GS1 US INC
DEPT 781271
PO BOX 7800
DETROIT MI 48278-1271

GSI US INC
DEPT 781271

GUTHRIE, STEPHEN D
32416 MARIA CT
LIVONIA MI 48152

HALL, WESLEY
937 FALLVIEW TRAIL
NASHVILLE TN 37211

HANNULA, DON
DEPT CH 19041
PALATINE IL 60055-9041

HAWS MD, MELINDA
35 ERWIN CT
NASHVILLE TN 37205

HEALTHCO SEARCH INTERATIONAL
C/O BOB HUTCHISON
879 PINE TREE RD W
LAKE ORION MI 48362

HEATH MD, ANDREW
1 CARLYLE MANSIONS
52 CHEYNE WALK
LONDON  SW3 5LS

HELL YEAH LLC
2518 37TH AVE NE
ST ANTHONY MN 55421

HMP COMMUNICATIONS
70 E SWEDESFORD RD, STE 100
MALVERN PA 19355

HOLMES, TAYLOR
112 WICKHAM CT
HENDERSONVILLE TN 37075

HOOPER, JOHN M III
4410 GERALD PL
NASHVILLE TN 37205

INGRAM POA, ORIN H
4400 HARDING RD
NASHVILLE TN 37205

INGRAM, ORIN H II
1475 MORAN RD
FRANKLIN TN 37069

INNOVATIVE RESOURCE INC
547 MEADOWVIEW DR
WAUCONDA IL 60084

INVICTA TECHNOLOGY LLC


JACKSON, CLAY
5819 HILLSBORO PKE
NASHVILLE TN 37215

JARAMILLO, ONESIMO
4114 TRINITY LA
FRANKLIN TN 37067

JOHJNSON, MAC
1380 OLD 122ND RD
LEBANON OH 45036

JOHNSON'S LOCK & KEY
413 INDEPENDENCE SQ
FRANKLIN TN 37064

JOHNSON, MARC
1380 OLD 122ND RD
LEBANON OH 45036

JP DISPLAY
327 WEST REDBERRY RD
DRAPER UT 84020

JUNK KING NASHVILLE
125 SPACE PARK S
NASHVILLE TN 37211

KELLEHER, KATHLEEN
6275 JONES RD
BURLINGTON WI 53105

KERTH, ANDREW
5150 E POINSETTIA DR
SCOTTSDALE AZ 85254

LBMC TECHNOLOGY SOLUTIONS
PO BOX 1869
BRENTWOOD TN 37024-1869

LIEN, BONNIE
2324 MUSTANG WAY
SPRING HILL TN 37179

```
LIPMAN, LARRY
5906 HILLSBORO PKE
NASHVILLE TN 37215

LIPMAN, ROBERT
411 GREAT CIRCLE RD
NASHVILLE TN 37228

LLOYD, MATT
PO BOX 251
THOMPSON STATION TN 37179

LOCH COMPANY
PO BOX 92
ARRINGTON TN 37014

LOUISIANA BD OF DRUGS
12091 BRICKSOME AVE, STE B
BATON ROUGE LA 70816

LYNCH, TIM
2125 ANTIGUA DR
LEXINGTON KY 40509

MANN, CHARLES
5853 GODWIN RD
SANTE FE TN 38482

MARTIN INVESTMENT HOLDINGS (SERIES 11)
40 BURTON HILLS BLVD, STE 100
NASHVILLE TN 37215

MARTIN, CHARLES
40 BURTON HILLS BLVD, STE 100
NASHVILLE TN 37215

MARY ELIZABETH FRANKLIN REVOCABLE TRUST
301 BOWLING AVE
NASHVILLE TN 37205

MASSEY, CINDY
PO BOX 751766
CHARLOTTE NC 28275-1766

MAXWELL MD, G PATRICK
C/O FRANK BUMSTEAD
PO BOX 340020
NASHVILLE TN 37203

MCCREARY, PAUL
W140 N9572 FREISTADT RD
GERMANTOWN WI 53022
```

MCMAHAN, JOE
219 LEONARD AVE
NASHVILLE TN 37205

MEDEXPRESS
PO BOX 7964
BELFAST ME 04915-7900

MEDFORD, ZACH
2211 NORFOLK, STE 403
HOUSTON TX 77098

MEDITOP
VLASAKKER 22
MONTFOORT  0 3417 XT

MEDLINE INDUSTRIES INC
LIBERTYVILLE-B02
1501 HARRIS RD
LIBERTYVILLE IL 60048

MEDRIO INC
PO BOX 398372
SAN FRANCISCO CA 94139-8372

MERCY SURGICAL DRESSING GROUP INC.
4 ZESTA DR
PITTSBURGH PA 15205

MICHIGAN SECTION ACOG
C/O KAREN CARTER
3031 W GRAND BLVD, STE 645
DETROIT MI 48202

MIDDLE TN ELECTRIC MEMBERSHIP CORP
555 NEW SALEM HWY
MURFREESBORO TN 37129

MIDEAST REGION KY WOCN
C/O BETH FANGMAN
3609 GLENCREEK LN
LOUISVILLE KY 40218

MITCHELL WILLIAMS SELIG GATES PLLC
425 W CAPITOL AVE, STE 1800
LITTLE ROCK AR 72201

MIXON, JOSH
PO BOX 13353
LEXINGTON KY 40583

MOORE, JANINE E
4650 EVERAL LN
FRANKLIN TN 37064

MOSS-DUDLEY, LAURIE
507 SANDPIPER CIR
NASHVILLE TN 37221

MULLINS, KEITH
301 PLUS PARK BLVD STE 500
NASHVILLE TN 37217

MULRON, TIMOTHY
717 BRESSLYN RD
NASHVILLE TN 37205

MURARI, CHOKSI
801 DEL RIO PKE APT A12
FRANKLIN TN 37064

MURPHY, SUSAN
500 DEADERICK ST
NASHVILLE TN 37242

MURRAY, CHRISTIAN
 116 HALLIARD DR
EATONTOWN NJ 07724

MY OFFICE SUPPLY
PO BOX 306003
NASHVILLE TN 37230-6003

NANCE, AMY CROSS
103 FORREST CROSSING BLVD, STE 205
FRANKLIN TN 37064

NATIONAL DISTRIBUTION AND CONTACTING
402 BNA DR STE 500
NASHVILLE TN 37217

NATIONAL REGISTERED AGENTS
2875 MICHELLE ST 100
IRVINE CA 92606-1024

NDC
DEPT 169 PO BOX 37904
CHARLOTTE NC 28237-7904

NELSON, MEREDITH B
2704 TYNE BLVD
NASHVILLE TN 37215

NER WOCN
1100 W CENTRE ST
SHENANDOAH PA 17976

NORTH, DAVID
14142 KINGS FARM CT
MIDLOTHIAN VA 23113

NOVACOPY
PO BOX 372 DEPT 200
MEMPHIS TN 38101

NOVASTYLE HEALTH
5999 AVENIDA ENCINAS STE 100
CARLSBAD CA 92008

O'SHAUGHNESSY MD, KRISTINA
2016 SUNSET HILLS TER
NASHVILLE TN 37215

OH BUREAU OF WORKER'S COMPENSATION
BWC STATE INSUR FUND
PO BOX 89492
CLEVELAND OH 44101-6492

OH TREASURER OF STATE
30 E. BROAD ST 9TH FL
COLUMBUS OH 43215

OHIO STATE UNIV
2020 BLANKENSHIP HALL
901 WOODY HAYES DR
COLUMBUS OH 43210

OLK INVESTMENTS LLC
3468 W BLUFF AVE
FRESNO CA 93711

OWEN, RHONDA
4113 HELENA BAY CT
HERMITAGE TN 37076

OXFORD UNIVERSITY PRESS
THE CASHIERS OFFC
GREAT CLARENDON ST
OXFORD  OX2 6DP

PACIFIC BIOLABS
551 LINUS PAULING DR
HERCULES CA 94547

PAOS
PO BOX 10781
GLENDALE AZ 85318

PARANET CORP SVCS INC
3675 CRESTWOOD PKWY STE 350
DULUTH GA 30096

PATTERSON INTELLECTUAL PROPERTY LAW PC
ROUNDABOUT PLAZA
1600 DIVISION ST
NASHVILLE TN 37203-2774

PEACE COMMUNICATIONS LLC
PO BOX 909
CHATTANOOGA TN 37401

PEARSON, LAURI
502 HUNTINGTON RIDGE DR
NASHVILLE TN 37211

PENSAR MEDICAL LLC
684 PARKRIDGE AVE
NORCO CA 92860

PHARMACO THERAPY CONSULTANTS LLC
101 FOREST CROSSING RD
1700 PMB STE 389
BRENTWOOD TN 37027

PIONEER MEDICAL INC
PO BOX 92545
NASHVILLE TN 37209

PLURIS RESEARCH
1254 WINDSONG CT
BRENTWOOD TN 37027

POE, ANTOINE
2223 KAVANAUGH BLVD
LITTLE ROCK AR 72205

PORTER, ROBERT STEPHEN
115 PENN WARREN DR STE 300-389
BRENTWOOD TN 37027

PORTER, STEPHEN
127 HABERSHAM RD
COLUMBIA TN 38401

POWELL, TRACY
150 3RD AVE S, STE 1100
NASHVILLE TN 37201

PREMIER HEALTHCARE ALLIANCE LP
PO BOX 847650
LOS ANGELES CA 90084-7650

PREMIER HEALTHCARE SOLUTIONS
5882 COLLECTIONS CENTER DR
CHICAGO IL 60693

PRINT WORKS
493 CAVE RD
NASHVILLE TN 37210

PROTECTION 1

PUPELIS, ROB
2211 NORFOLK STE 403
HOUSTON TX 77098

QUILL CORP
PO BOX 37600
PHILADELPHIA PA 19101-0600

R & B BUILDING MAINTENANCE
PO BOX 291652
NASHVILLE TN 37229

R & Q
2790 MOSSIDE BLVD STE 800
MONROEVILLLE PA 15146

R R DONNELLEY
7810 SOLUTION CTR
CHICAGO IL 60677-7008

REALSCENARIO INC
3745 SAN SIMEON CIR
WESTON FL 33331

REBROVICK, LINDA
5202 CLOSE CIR
NASHVILLE TN 37205

RED CARPET SELF STORAGE
108 WERTHAN CIR
FRANKLIN TN 37064

REDDY MD, V SREENATH
3513 WOODMONT BLVD
NASHVILLE TN 37215

REHBERG, KYLE
5370 N HILLBROOKE TRACE
ALPHARETTA GA 30005

REPUBLIC SVCS
PO BOX 9001099
LOUISVILLE KY 40290-1099

RESCHKE, GARY RICHARD
7193 25 MILE RD
SHELBY TOWNSHIP MI 48316

REYES ORTEGA, AMERELIS
7817 HEATON WAY
NASHVILLE TN 37221

RIDGEFIELD PROPERTIES
515 CHURCH ST, STE 3703
NASHVILLE TN 37219-3009

ROBERT HALF EXECUTIVE SEARCH
PO BOX 743295
LOS ANGELES CA 90074-3295

RODEWALD, ALBERT
4814 BYRD LN
COLLEGE GROVE TN 37046

ROEHLING, CHAD
17125 BRUMBELOW RD
NEEDVILLE TX 77461

ROLAND'S PHOTOGRAPHY
2817 WEST END AVE #126-129
NASHVILLE TN 37203

ROMANO, CRYSTAL
3108 DEERFIELD RIDGE DR
MCDONALD PA 15057

ROSS, JAY HARDIN
4420 GERALD PLACE
NASHVILLE TN 37205

RUSH FOUNDATION HOSPITAL
1314 9TH AVE
MERIDIAN MS 39301-4116

SAFE-DRY CARPET CLEANING
133 CITATION CT
BIRMINGHAM AL 35209

SALENE TRUST
3821 INLET ISLE DR
CORONA DEL MAR CA 92625

SALESFORCE.COM INC
PO BOX 203141
DALLAS TX 75320-3141

SAMRA, TJ
20 FOX FARMS RD
FLORENCE MA 01062

SANTI MD, STEVE F
1105 RADNOR GLEN DR
BRENTWOOD TN 37027

SARTORIUS
5 ORVILLE DR
BOHEMIA NY 11716

SCHWABER MD, MITCHELL
703 OVERTON PK
NASHVILLE TN 37215

```
SCR OF THE WOCN SOCIETY
ATTN: JANET FIELDS
5522 S DELAWARE CT
TULSA OK 74105

SECRETARY OF STATE, DELAWARE
DIV OF CORPORATIONS
PO BOX 5509
BINGHAMTON NY 13902-5509

SEEZEN, HANS
1204 SAXON DR
NASHVILLE TN 37215

SESLER, DEBBIE AND LYNETTE
301 ROSA L PARKS #411
NASHVILLE TN 37203

SHAREFILE
120 S WEST ST
RALEIGH NC 27603

SHEPARD EXPOSITION SVCS
1424 HILLS PL
ATLANTA GA 30318

SHERRARD ROE VOIGHT & HARBISON PLC
150 3RD AVE S
NASHVILLE TN 37201

SHIP MY ORDERS INC
1401 POPLAR LANE
NASHVILLE TN 37210-4519

SHIP MY ORDERS INC.
4031 INDUSTRIAL CTR DR STE 705
NORTH LAS VEGAS NV 89030

SHOCK, KAREN
682 CR 431
THORNDALE TX 76577

SIMONSEN, CHRISTOPHER M
4013 COPELAND DR
NASHVILLE TN 37215

SITAR, AMI
21304 S FORREST VIEW DR
SHOREWOOD IL 60404

SKYLINE EXHIBITOR SOURCE
144 BAIN DR, STE 100
LAVERGNE TN 37086
```

SMITH JR, GEORGE D
1207 NICHOL LN
NASHVILLE TN 37205

SMITH MD, DELL PARKER
1880 FILLMORE AVE N
TWIN FALLS ID 83301

SMITH, DAVID
735 EAST IRON HILL RD
BURNS TN 37029

SMITH, JOE
570 GRAND DR NE
CLEVELAND TN 37312

SMITH, JOSHUA
7002 WESTBELT DR
NASHVILLE TN 37209

SMOOT, DIANN
3605 POINCIANA AVE
READING PA 19605

SPI
LINCOLN TOWER PLAZA STE 505
524 S 2ND ST
SPRINGFIELD IL 62701

ST JUDE CHILDREN'S RESEARCH HOSP
PO BOX 1000 DEPT 142
MEMPHIS TN 38148-0142

STANFORD UNIVERSITY
PO BOX 44253
SAN FRANCISCO CA 94144-4253

STERICYCLE INC
PO BOX 6575
CAROL STREAM IL 60197-6575

STEVENS MD, WILLIAM GRANT
13455 VENTURA BLVD, STE 208
SHERMAN OAKS CA 91423

STINSON, CARLTON
1120 TYNE BLVD
NASHVILLE TN 37220

STITES & HARBISON PLLC
SUNBTRUST PLAZA
401 COMMERCE ST, STE 800
NASHVILLE TN 37219

TIMOTHY J PATTON TRUST
2100 LONDONDERRY
ANN ARBOR MI 48104

TITZER, SCOTT
5520 INDUSTRIAL RD
MOUNT VERNON IN 47620

TN DEPARTMENT OF REVENUE
TN ATTY GENERAL'S OFFC, BANKR DIV
PO BOX 20207
NASHVILLE TN 37202-0207

TN DEPT COMMERCE & INSUR
C/O TN ATTY GENERAL'S OFFC, BANKR DIV
PO BOX 20207
NASHVILLE TN 37243-0207

TN DEPT ENVIRONMENT & CONSERVATION
C/O TN ATTY GENERAL'S OFFC, BANKR DIV
PO BOX 20207
NASHVILLE TN 37202-0207

TN SEC OF STATE
C/O TN ATTY GENERAL'S OFFC, BANKR DIV
PO BOX 20207
NASHVILLE TN 37202-0207

TRAN, ANTHONY
510 GAY ST, APT 1113
NASHVILLE TN 37219

TRAYLOR, KIP
9000 MACAULEY LN
NOLENSVILLE TN 37135

TRK AESTHETIC CONSULTING
1302 GULLES HILL CT
BRANDON FL 33511

ULINE
PO BOX 88741
CHICAGO IL 60680-1741

UNIV OF ROCHESTER - CTR FOR EXP LEARNING
601 ELMWOOD AVE BOX 709
ROCHESTER NY 14642

UPS
28013 NETWORK PL
CHICAGO IL 60673-1280

UPS 6Y1855
LOCKBOX 577
CAROL STREAM IL 60132-0577

US BANK
TMS-C/M 9581
PO BOX 70870
SAINT PAUL MN 55170-9581

US STORAGE CTRS
7102 BAKERS BRIDGE AVE
BRENTWOOD TN 37027

VATA
308 S SEQUOIA PKWY
CANBY OR 97013

VENDORMATE
3445 PEACHTREE RD NE STE 300
ATLANTA GA 30326

VENTRESS DESIGN WORKS
PO BOX 158544
NASHVILLE TN 37215-8544

VERASONI
271 RT 46 W
H 202/203
FARIFIELD NJ 07004

VESTA
5400 W FRANKLIN DR
FRANKLIN WI 53132

WALL, BILL
845 MIDDLE TENNESSEE BLVD, STE B
NASHVILLE TN 37205

WEBB, NANCY
715 BELLE MEADE BLVD, APT C-1
NASHVILLE TN 37205

WELTY, TERRI
468 HUNT DR
LEWISVILLE TX 75067

WESLYN, JENNIFER
PO BOX 933027
ATLANTA GA 31193-3027

WETRICH GROUP
325 MIRON DR STE 140
SOUTHLAKE TX 76092

WILEY JR, DAVID W
109 CLARENDON AVE
NASHVILLE TN 37205

WILEY, MARGARET H
109 CLAREDON AVE
NASHVILLE TN 37205

WILLEMSEN, DONNA
11204 AVERY STATION LOOP
AUSTIN TX 78717

WILLIAMSON COUNTY TRUSTEE
PO BOX 1365
FRANKLIN TN 37065-1365

WILSON, PEGGY
2002 ORVILLE DR N
RONKONKOMA NY 11779

WITT, BRAD
3791 ROSS PARK DR
BIRMINGHAM AL 35226

WITZENBERGER MD, THOMAS
901 EAST AMINO REAL, APT 7B
BOAC RATON FL 33432

WOCN
ATTN CHRIS BROWN
1120 RTE 73, STE 200
MOUNT LAUREL NJ 08054

WODOCK, PETE
12106 PEBBLEPOINTE PASS
CARMEL IN 46033

WOODARD, SARA B
1306 ELIZABETH BLVD
FORT WORTH TX 76110

WOUND CARE CO UK LTD (THE)
201 CHAPEL ST
M3 5EQ MANCHESTER

WOUND CARE EDUCATION INST
25828 PASTORAL DR
PLAINFIELD IL 60585

WOUND SOURCE
KESTREL HEALTH INFORMATION INC
PO BOX 189
HINESBURG VT 05461

WOUNDEDUCATORS.COM LLC
ATTN LAURIE SWEZEY
4521 PGA BLVD #508
PALM BCH GARDENS FL 33418

WOZNIAK, CHRIS
4 SPLIT ROCK RD
PITTSFORD NY 14534

WRIGHT, MARK
419 PRESTWICK CT
NASHVILLE TN 37205

WU, ROY
2000 POWELL ST STE 1150
EMERYVILLE CA 94608

YAEGER, WAYNE
3234 RAMBLING HILL CT
ALLENWOOD NJ 08720

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Integrated Healing Technologies, LLC**

Case No. _____

Debtor(s)

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Integrated Healing Technologies, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ALBERT RODEWALD
4814 BYRD LN
COLLEGE GROVE, TN 37046**

**MARTIN INVESTMENT HOLDING LLC -SERIES 11
40 BURTON HILLS, STE 100
NASHVILLE, TN 37215**

☐ None [*Check if applicable*]

**July 9, 2018**

Date

/s/ JOHN C. TISHLER

**JOHN C. TISHLER 013441**

Signature of Attorney or Litigant

Counsel for  **Integrated Healing Technologies, LLC**

**Waller Lansden Dortch & Davis LLP**

**511 Union Street
Suite 2700
Nashville, TN 37219-1791
615-244-6380 Fax:615-244-6804**