IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEGRATED HEALING TECHNOLOGIES, ) | |
| LLC, ) | Case No: 3:18-bk-04526 |
| ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |

## ORDER TO EMPLOY COUNSEL

Upon consideration of the notice and motion of John C. McLemore, Trustee, for authority to employ Thompson Burton PLLC as counsel in connection with the above-styled matter, and it appearing that all members in the firm of Thompson Burton PLLC, are duly admitted to practice in this Court, and represent no interest adverse to this estate, and no objections having been filed;

And it appearing to the Court that employment of counsel in this matter is necessary;

It is hereby **ORDERED** that John C. McLemore, Trustee, is authorized to employ Thompson Burton PLLC to represent him as counsel in the above-styled estate.

Counsel for the Trustee will make application to the Court for approval of all fees.

**This Order was signed and entered electronically as indicated at the top of this page.**

**APPROVED FOR ENTRY:**

/s/ John C. McLemore
John C. McLemore, Trustee
2000 Richard Jones Road, Suite 250
Nashville, TN 37215
Telephone: 615-383-9495
jmclemore@gmylaw.com

Chapter 7 Trustee