UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| In re: | |
|---|---|
| Integrated Healing Technologies, LLC | Case No. 3:18-bk-04526 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I the undersigned, do hereby declare that on the date set forth below true and correct copies of the *Notice of Need to File Proof of Claim Due to Recovery of Assets* (Docket No. 22), were served via first class U.S. mail on August 8, 2018 to the following:

| CRUMP LAW PC | PORTER, ROBERT STEPHEN |
|---|---|
| 202 CRESCENT AVE | 101 CREEKSIDE CROSSING |
| KENDALLVILLE, IN 46755 | STE 1700 PMB 389 |
| | BRENTWOOD, TN 37027-1085 |

Dated: August 8, 2018

*/s/ John C. Tishler*
John C. Tishler (TN BPR No. 013441)
Tyler N. Layne (TN BPR No. 033401)
**Waller Lansden Dortch & Davis, LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
Telephone: 615.244.6380
Facsimile: 615.244.6804
John.tishler@wallerlaw.com
Tyler.layne@wallerlaw.com

*Attorneys for the Debtor,*
*Integrated Healing Technologies, LLC*