**Fill in this information to identify the case:**

Debtor Name  Integrated Healing Technologies, LLC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number:  18-04526-RM3-7

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  September, 2018

Date report filed:  10/15/18
MM / DD / YYYY

Line of business:  Medical Device Sales

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party  _____

Printed name of responsible party  John C. McLemore, Trustee

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 29,625.54

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 9,147.54

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 12,362.34

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -3,214.80

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 26,410.74

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ _____

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No.: 1

Case No.: 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
For the Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Date Filed (f) or Converted (c): 07/09/2018 (f)
§341(a) Meeting Date: 08/06/2018
Claims Bar Date: 10/22/2018

| Ref # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2 | FirstBank Checking 9397 | $35,500.00 | $35,500.00 | | $0.00 | $35,500.00 |
| 3 | FirstBank Payroll Account 0940 | $500.00 | $500.00 | | $0.00 | $500.00 |
| 4 | Office Lease Security Deposit | $2,850.00 | $2,850.00 | | $0.00 | $2,850.00 |
| 5 | MTEMC – Electricity Deposit | $350.00 | $350.00 | | $0.00 | $350.00 |
| 6 | Atmos Energy - Gas Deposit | $350.00 | $350.00 | | $0.00 | $350.00 |
| 7 | Credit on Comcast Account | $150.00 | $150.00 | | $0.00 | $150.00 |
| 8 | Accounts receivable 90 days old or less | $18,720.88 | $18,720.88 | $3,307.54 | $0.00 | $15,413.? |
| 9 | Accounts receivable Over 90 days old | $10,272.99 | $10,272.99 | | $0.00 | $10,272.? |
| 10 | NovaBay - 1,725 shares of NBY Common Stock | $4,347.00 | $4,347.00 | | $0.00 | $4,347.? |
| 11 | Finished goods, including goods held for resale See Attachment B.21, Q1 2017 $2,535,324.00 Recent cost | $2,535,324.00 | $2,535,324.00 | | $0.00 | $2,535,324.? |
| 12 | Other inventory or supplies FloSure and Chips provided in kits - Included in Finished Goods Attachment B.21, Q1 2017 $21,568.24 Recent cost | $21,568.24 | $21,568.24 | | $0.00 | $21,568.24 |
| 13 | Office furniture Up Front Costs for 7 Yearlink Headsets, furniture - bookshelf/end table, Desktop for Development, 4 Drawer Vertical File with Lock, (4) 2 Drawer Filing Cabinets, Pallet Truck, 10 Shelving Units, Exhibit Booth, Fellowes C-225CI Paper Shredder, Cubicles - Used, TV Monitor for Exhibit Booth, Herman Miller Chairs, Booths | $23,840.00 | $23,840.00 | | $0.00 | $23,840.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
For the Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Date Filed (f) or Converted (c): 07/09/2018 (f)
§341(a) Meeting Date: 08/06/2018
Claims Bar Date: 10/22/2018

Page No. 2

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Office equipment, including all computer equipment and communication systems equipment and software E5470 Dell Laptops: S/Ns F8CCPC2, 6DXFQF2, 6HXFQF2, HIJXFQF2, F87PSF2, CWTSSF2, 77MQSF2, 47ST1G2, 7ST1G2, F626ZG2, 4GST2H2, 3S93TG2, 1YK01G2, BLR01G2, CMM71G2, H98B3H2, 13GM9H2, F5GM9H2, and PowerEdge T330 Server S/N 442BJL2 | $29,521.00 | $29,521.00 | | $0.00 | $29,521.00 |
| 15 | Manufacturing Equipment - Stand Assy Flexible ARM, C115 UV Wand System 98850, Radiometer 7020 UV Wand Sys, Sngl Light Guide 1M x 5MM | $2,970.00 | $2,970.00 | $0.00 | $0.00 | $2,970.00 |
| 16 | Office Space $0.00 N/A 100A Beta Drive Franklin, TN 37064 Leased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Trademark: Integrated Healing Technologies See Attachment B.60 for list of Registered IP | $132,050.00 | $132,050.00 | $0.00 | $0.00 | $132,050.00 |
| 18 | Internet domain names and websites www.ihtwoundcare.com | Unknown | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Licenses, franchises, and royalties NovaBay | $368,045.00 | $368,045.00 | $0.00 | $0.00 | $368,045.00 |
| 20 | Other intangibles, or intellectual property 510K approvals: K142956 - NewEra Dome Kit K143301 – NewEra REVA Kit | Unknown | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | Other property of any kind not already listed - Used Med/Top pumps for demonstrations, evaluations and testing | $166,244.00 | $166,244.00 | $0.00 | $0.00 | $166,244.00 |
| 22 | Current - Accounts Receivable (u) | $0.00 | $0.00 | $5,840.00 | $0.00 | |
| 23 | Refunds (u) | $0.00 | $92.70 | $0.00 | $92.70 | $92.70 |

TOTALS (Excluding unknown value): $3,352,603.11 | $3,352,695.81 | | $9,147.54 | Gross Value of Remaining Assets $3,349,388.27

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No. 3

Case No.: 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
For the Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Date Filed (f) or Converted (c): 07/09/2018 (f)
§341(a) Meeting Date: 08/06/2018
Claims Bar Date: 10/22/2018

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TRUSTEE IS OPERATING BUSINESS. NEED TO FIND BUYER FOR PATENTS, TRADEMARK, LICENSES, STOCK, INVENTORY, SELL MISC. FURNITURE. | | | | | |

**Major Activities affecting case closing:**

| 10/15/2018 | Email to Bobby Colson re: appt. |
| 10/01/2018 | Filed Motion to shorten notice list for motion to sell misc. office furniture to top 20 by email notice. |
| 09/26/2018 | Motion to Employ Patterson Intellectual Property Law as special counsel filed. |
| 09/25/2018 | Filed August MOR |
| 09/13/2018 | Filed Motion to Sell Sorbect stock to ABIGO for $70,000. Sent email to top 20 re: same. |
| 09/11/2018 | Filed July MOR |
| 08/29/2018 | Filed Mt to Appt Kraft & Company. |
| 08/14/2018 | Email to Matt Woods @ McKesson re three ARs - matt.woods@mckesson.com |
| 07/31/2018 | Claims bar date is 10/22/18 |
| 07/23/2018 | Email from Paul Poole about bond in operating 7 |
| 07/17/2018 | Email to Phillip Young re insurance |
| 07/17/2018 | Heritage Contact info: Ty. Lindley |
| 07/12/2018 | Filed Mt to Appt JCM PLLC and Thompson Burton. |
| 07/10/2018 | Cast of Characters |

Initial Projected Date Of Final Report (TFR):  12/31/2019

Current Projected Date Of Final Report (TFR):  12/31/2019

/s/ JOHN C. MCLEMORE
JOHN C. MCLEMORE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-04526-RM3-7 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9167 | | Checking Acct #: | ******0160 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/1/2018 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 9/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2018 | (2) | Integrated Healing Technologies | FirstBank Balance (deposited 7-10-18) | 1129-000 | $43,000.00 | | $43,000.00 |
| 07/16/2018 | 3001 | Mike Curry | Reimbursement for Locks on Storage Units | 2420-000 | | $43.86 | $42,956.14 |
| 07/16/2018 | 3002 | US Storage Centers - Brentwood | Units C222 & G203 - July, 2018 Rent | 2410-000 | | $751.00 | $42,205.14 |
| 07/18/2018 | {8} | Multiple Checks | Accounts Receivable Captured in Mail | * | $5,317.03 | | $47,522.17 |
| | {8} | | DCH Regional Medical Center $728.00 | 1121-000 | | | $47,522.17 |
| | {8} | | RGH Enterprises, Inc. $332.22 | 1121-000 | | | $47,522.17 |
| | {8} | | Baptist Health System Services $328.32 | 1121-000 | | | $47,522.17 |
| | {8} | | McKesson Medical Surgical $282.72 | 1121-000 | | | $47,522.17 |
| | {8} | | McKesson Medical Surgical $133.92 | 1121-000 | | | $47,522.17 |
| | {8} | | Center for the Surgical Arts, LLC $620.00 | 1121-000 | | | $47,522.17 |
| | {8} | | Byram Healthcare Centers, Inc. $184.30 | 1121-000 | | | $47,522.17 |
| | {8} | | Medline Industries, Inc. $69.38 | 1121-000 | | | $47,522.17 |
| | {8} | | Medline Industries, Inc. $285.02 | 1121-000 | | | $47,522.17 |
| | {8} | | Medline Industries, Inc. $218.34 | 1121-000 | | | $47,522.17 |
| | {8} | | Centennial Medical Center $1,075.80 | 1121-000 | | | $47,522.17 |
| | {8} | | Dr. Suzanne Trott $221.00 | 1121-000 | | | $47,522.17 |
| | {8} | | Owens & Minor Distribution Inc. $339.01 | 1121-000 | | | $47,522.17 |
| | {8} | | Byram Healthcare Centers, Inc. $299.00 | 1121-000 | | | $47,522.17 |
| | {8} | | Unity Point Health $200.00 | 1121-000 | | | $47,522.17 |
| 07/23/2018 | (8) | Adam J. Rubinstein, M.D. PA | Accounts Receivable captured in mail | 1121-000 | $513.00 | | $48,035.17 |
| 07/23/2018 | 3003 | Ship My Orders Inc | Invoice # WOUND101104   Shipping, packaging charges | 2690-000 | | $266.33 | $47,768.84 |
| 07/23/2018 | 3004 | MIDDLE TENNESSEE ELECTRIC | Acct. #29 0205 7577   Utilities for 100 Beta Dr., Ste 100A | 2690-000 | | $159.97 | $47,608.87 |
| 07/23/2018 | 3004 | VOID: MIDDLE TENNESSEE ELECTRIC | Incorrect Amount | 2690-003 | | ($159.97) | $47,768.84 |
| 07/23/2018 | 3005 | MIDDLE TENNESSEE ELECTRIC | Acct. #29 0205 7577   Utilities for 100 Beta Dr., Ste 100A | 2690-000 | | $167.97 | $47,600.87 |
| 07/25/2018 | 3006 | Ship My Orders Inc. | Invoice #WOUND101101 (6/8/18 - 6/17/18) | 2690-000 | | $306.62 | $47,294.25 |
| 07/25/2018 | 3007 | Ship My Orders Inc. | Invoice #10102 (6/18/18 - 6/23/18) | 2690-000 | | $149.70 | $47,144.55 |
| 07/25/2018 | 3008 | Ship My Orders Inc. | Invoice #WOUND10103  (7/1/18 - 7/31/18) | 2690-000 | | $986.00 | $46,158.55 |
| | | | SUBTOTALS | | $48,830.03 | $2,671.48 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No. 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
Primary Taxpayer ID #: **-***9167
Co-Debtor Taxpayer ID #:
For Period Beginning: 9/1/2018
For Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Bank Name: Pinnacle Bank
Checking Acct #: ******0160
Account Title:
Blanket bond (per case limit): $720,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/26/2018 | {8} | Multiple Checks | Accounts Receivable captured in mail | * | $2,211.91 | | $48,370.40 |
| 07/26/2018 | | Catholic Health | $1,638.80 | 1121-000 | | | $48,370.40 |
| 07/26/2018 | {8} | Scottsdale McCormick Ranch Surgicenter LLC | $179.20 | 1121-000 | | | $48,370.40 |
| 07/26/2018 | {8} | Byram Healthcare Centers, Inc. | $54.20 | 1121-000 | | | $48,370.40 |
| 07/26/2018 | {8} | McKesson Medical Surgical | $141.36 | 1121-000 | | | $48,370.40 |
| 07/26/2018 | {8} | McKesson Medical Surgical | $198.35 | 1121-000 | | | $48,370.40 |
| 07/26/2018 | (8) | The Shaw Center | Accounts Receivable captured in mail | 1121-000 | $316.00 | | $48,686.46 |
| 07/26/2018 | | TN Department of Revenue | Sales Tax - 2nd Qtr., 2018 | 4110-000 | | $889.00 | $47,797.46 |
| 07/26/2018 | | State of Georgia - Sales Tax | Georgia Sales Tax - May, 2018 | 4800-000 | | $11.76 | $47,785.70 |
| 07/27/2018 | | State of Georgia - Sales Tax | Georgia Sales Tax - June, 2018 | 4800-000 | | $11.76 | $47,773.94 |
| 07/27/2018 | 3009 | Jerald Tharp | Assistance with moving from Franklin to Auction Way | 2990-000 | | $600.00 | $47,173.94 |
| 07/30/2018 | 3010 | Mike Curry | Contract Labor through 7/28/18 | 2990-000 | | $5,715.00 | $41,458.94 |
| 07/30/2018 | 3011 | Mike Curry | Travel 163.4 miles @ .545 | 2990-000 | | $89.05 | $41,369.89 |
| 07/30/2018 | 3012 | Staci Bence | Reimbursement for Cell Phone Purchase | 2990-000 | | $103.86 | $41,266.03 |
| 07/30/2018 | 3013 | Staci Bence | Travel 192.8 miles @ .545 | 2990-000 | | $105.08 | $41,160.95 |
| 07/30/2018 | 3014 | Staci Bence | Contract Labor through 7/28/18 | 2990-000 | | $3,405.00 | $37,755.95 |
| 07/30/2018 | 3015 | Grace Boughey | Contract Labor for bookkeeping through 7/28/18 | 2990-000 | | $1,072.50 | $36,683.45 |
| 07/30/2018 | 3016 | Ship My Orders Inc. | Invoice #WOUND10105 | 2690-000 | | $63.91 | $36,619.54 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $70.94 | $36,548.60 |
| 08/01/2018 | 3017 | Junk King Nashville | Job#JK906175 Assistance with moving | 2690-000 | | $426.00 | $36,122.60 |
| 08/01/2018 | 3018 | Red Carpet Storage - Franklin | Tenant #19977 August, 2018 Rent | 2410-000 | | $759.00 | $35,363.60 |
| 08/03/2018 | 3019 | Ship My Orders Inc. | Invoice #WOUND10106 | 2690-000 | | $1,037.00 | $34,326.60 |
| 08/06/2018 | (22) | Vector Professional Practices, LLC | Collection for sale of inventory | 1221-000 | $168.00 | | $34,494.60 |
| 08/06/2018 | 3020 | Ship My Orders Inc. | Invoice #WOUND10107 | 2690-000 | | $58.94 | $34,435.66 |
| 08/08/2018 | | Multiple Checks | Payments on A/R | * | $1,133.14 | | $35,568.80 |
| 08/08/2018 | {8} | Center for the Surgical Arts, LLC | $570.00 | 1121-000 | | | $35,568.80 |
| 08/08/2018 | {8} | Medline Industries, Inc. | $50.14 | 1121-000 | | | $35,568.80 |
| 08/08/2018 | {8} | Centennial Medical Center | $513.00 | 1121-000 | | | $35,568.80 |
| | | | SUBTOTALS | | $3,829.05 | $14,418.80 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.   18-04526-RM3-7
Case Name:   INTEGRATED HEALING TECHNOLOGIES, LLC
Primary Taxpayer ID #: **-***9167
Co-Debtor Taxpayer ID #:
For Period Beginning: 9/1/2018
For Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Bank Name: Pinnacle Bank
Checking Acct #: ******0160
Account Title:
Blanket bond (per case limit): $720,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check/Ref # | 3 Paid to/Received From | 4 Description of Transaction | 5 Uniform Tran Code | 6 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 08/08/2018 | (22) | Jack Fisher MD PLLC | Accounts Receivable | 1221-000 | $474.93 | | $36,043.77 |
| 08/08/2018 | (23) | The Ohio Bureau of Worker's Comp | Refund for Worker's Comp | 1290-000 | $92.70 | | $36,136.47 |
| 08/13/2018 | (23) | MIDDLE TENNESSEE ELECTRIC | Refund of Security Deposit less Current Amount Due | 1290-000 | $289.12 | | $36,425.59 |
| 08/13/2018 | 3021 | Ship My Orders Inc. | Inv #WOUND10108 | 2690-000 | | $179.25 | $36,246.34 |
| 08/13/2018 | 3022 | Jerald Tharp | Moving product from Ship My Orders to Red Carpet Storage 8-10-18 | 2990-000 | | $125.00 | $36,121.30 |
| 08/13/2018 | 3023 | Mike Curry | Reimb. garbage bags, fuel for truck for moving | 2420-000 | | $58.72 | $36,062.58 |
| 08/13/2018 | 3024 | Staci Bence | Labor through 8/11/18 | 2990-000 | | $3,630.00 | $32,432.58 |
| 08/13/2018 | 3025 | Staci Bence | To reimb. travel 296.7 @ .545 | 2990-000 | | $161.70 | $32,270.88 |
| 08/13/2018 | 3026 | Grace Boughey | Bookkeeping Through 8/1/18 | 2990-000 | | $645.00 | $31,625.88 |
| 08/15/2018 | (22) | Multiple Checks | A/R Received in Mail | * | $2,178.54 | | $33,804.42 |
| 08/15/2018 | {22} | | Centennial Medical Center  Inv 0889 | 1221-000 | $837.90 | | $33,804.42 |
| 08/13/2018 | {22} | | Centennial Medical Center  Inv 0888 | 1221-000 | $837.90 | | $33,804.42 |
| 08/13/2018 | {22} | | Centennial Medical Center  Inv 0891 | 1221-000 | $502.74 | | $33,804.42 |
| 08/15/2018 | (8) | Northeast Florida Plastic Surgery - Eric Weiss | Accounts Receivable received in mail | 1121-000 | $600.00 | | $34,404.42 |
| 08/15/2018 | 3027 | John C. McLemore | Reimb. for truck rental put on firm credit card | 2420-000 | | $266.17 | $34,138.25 |
| 08/15/2018 | 3028 | Red Carpet Storage - Franklin | Inv. RCF 2178 Storage | 2410-000 | | $1,044.00 | $33,094.25 |
| 08/20/2018 | (8) | Baptish Health | Accounts Receivable Payment | 1121-000 | $1,368.00 | | $34,462.25 |
| 08/20/2018 | (22) | G. Robert Meger MD | Accounts Receivable Payment | 1221-000 | $200.00 | | $34,662.25 |
| 08/22/2018 | (8) | Multiple Checks | Accounts Receivable Received in Mail | * | $2,539.60 | | $37,191.85 |
| 08/22/2018 | {8} | | Mercy Surgical Dressing Group, Inc. | 1121-000 | $1,489.60 | | $37,191.85 |
| 08/22/2018 | {8} | | Center for the Surgical Arts, LLC | 1121-000 | $435.00 | | $37,191.85 |
| | {8} | | Center for the Surgical Arts, LLC | 1121-000 | $605.00 | | $37,191.85 |
| 08/22/2018 | 3029 | Ship My Orders Inc. | Inv. #WOUND10109 | 2690-000 | | $265.46 | $36,926.39 |
| 08/22/2018 | 3030 | NDC, INC. | Storage - July, 2018 | 2410-000 | | $930.00 | $35,996.39 |
| 08/22/2018 | 3031 | NDC, INC. | Storage - August, 2018 | 2410-000 | | $930.00 | $35,066.39 |

SUBTOTALS   $7,732.89   $8,235.30

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
Primary Taxpayer ID #: **-***9167
Co-Debtor Taxpayer ID #:
For Period Beginning: 9/1/2018
For Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Bank Name: Pinnacle Bank
Checking Acct #: ******0160
Account Title:
Blanket bond (per case limit): $720,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2018 | | Misc. Checks | Accounts Receivable | * | $656.00 | | $35,722.39 |
| 08/27/2018 | {22} | Jack Fisher MD, PLLC | UnityPoint Health | 1221-000 | $256.00 | | $35,722.39 |
| 08/27/2018 | {22} | UnityPoint Health | | 1221-000 | $400.00 | | $35,722.39 |
| 08/27/2018 | {82} | Catholic Health | Accounts Receivable | 1121-000 | $175.60 | | $35,897.99 |
| 08/27/2018 | 3032 | Trey Davis | 4.5 Hrs. (disassembled kits) | 2990-000 | | $45.00 | $35,852.99 |
| 08/27/2018 | 3033 | Drew Gardner | 4.5 Hrs (Disassembled kits) | 2990-000 | | $45.00 | $35,807.99 |
| 08/27/2018 | 3034 | Pamela L. Davis | Work on retrieving accounting records and reports from Intacct | 2990-000 | | $800.00 | $35,007.99 |
| 08/27/2018 | 3035 | Staci Bence | Contract Labor through 8/25/18 | 2990-000 | | $3,410.00 | $31,597.99 |
| 08/27/2018 | 3036 | Staci Bence | Reimburse purchase for phone card | 2990-000 | | $39.40 | $31,558.59 |
| 08/27/2018 | 3037 | Staci Bence | Reimburse Travel | 2990-000 | | $108.01 | $31,450.58 |
| 08/27/2018 | 3038 | Grace Boughey | Bookkeeping through 8/26/18 | 2990-000 | | $712.50 | $30,738.08 |
| 08/27/2018 | 3039 | Ship My Orders Inc | Invoice #WOUND10110 | 2690-000 | | $118.09 | $30,619.99 |
| 08/27/2018 | 3040 | NDC, INC. | Storage - September, 2018 | 2410-000 | | $930.00 | $29,689.99 |
| 08/31/2018 | (8) | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $64.45 | $29,625.54 |
| 08/31/2018 | (8) | Medoamerica | Accounts Receivable | 1121-000 | $606.00 | | $30,231.54 |
| 09/04/2018 | (22) | Centennial Medical Center | Accounts Receivable | 1221-000 | $1,005.48 | | $31,237.02 |
| 09/04/2018 | (22) | Unitypoint Health | Accounts Receivable | 1221-000 | $190.00 | | $31,427.02 |
| 09/05/2018 | (22) | Bassett Healthcare Network | Accounts Receivable | 1221-000 | $1,766.60 | | $33,193.62 |
| 08/27/2018 | (8) | | Inv. 0716 | 1121-000 | $1,008.60 | | $33,193.62 |
| 09/10/2018 | (8) | | Inv #689 | 1121-000 | $758.00 | | $33,193.62 |
| 09/10/2018 | | Misc. Checks | Accounts Receivable – Current | * | $1,244.16 | | $34,437.78 |
| 09/10/2018 | (22) | | Seven Oaks Surgery Center | 1221-000 | $400.00 | | $34,437.78 |
| 09/10/2018 | (22) | | Ponte Vedra Ambulatory Surgery | 1221-000 | $680.00 | | $34,437.78 |
| 09/10/2018 | (22) | | Contemporary Plastic Surgery, LLC. | 1221-000 | $164.16 | | $34,437.78 |
| 09/10/2018 | 3041 | Mike Curry | Reimbursement for Travel | 2990-000 | | $57.27 | $34,380.51 |
| 09/10/2018 | 3042 | Mike Curry | Contract Labor through 9/08/18 | 2990-000 | | $5,520.00 | $28,860.51 |
| 09/10/2018 | 3043 | Staci Bence | Contract Labor through 9/08/18 | 2990-000 | | $800.00 | $28,060.51 |
| 09/10/2018 | 3044 | Staci Bence | Reimburse Travel | 2990-000 | | $32.70 | $28,027.81 |
| | | | **SUBTOTALS** | | **$5,643.84** | **$12,682.42** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
Primary Taxpayer ID #: **-***9167
Co-Debtor Taxpayer ID #:
For Period Beginning: 9/1/2018
For Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Bank Name: Pinnacle Bank
Checking Acct #: ******0160
Account Title:
Blanket bond (per case limit): $720,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | | 5 Uniform Tran Code | Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|---|
| 09/10/2018 | 3045 | Grace Boughey | Bookkeeping through 9/08/18 | | 2990-000 | | $727.50 | $27,300.31 |
| 09/10/2018 | 3046 | Ship My Orders Inc. | Inv. #WOUND10112 | | 2690-000 | | $94.77 | $27,205.54 |
| 09/12/2018 | 3047 | Republic Services | Inv. #0840-001442358 for Disposal of Expired Product | | 2990-000 | | $1,016.25 | $26,189.29 |
| 09/12/2018 | 3048 | U.S. Bankruptcy Court Clerk | Filing Fee - Motion to Sell Docket No. 57 | | 2700-000 | | $181.00 | $26,008.29 |
| 09/17/2018 | 3049 | Pamela L. Davis | Additional time worked | | 2990-000 | | $60.00 | $25,948.29 |
| 09/17/2018 | | Misc. Checks | Accounts Receivable Collected | | * | $2,539.50 | | $28,487.79 |
| | (22) | | UnityPoint Health | $1,970.00 | 1221-000 | | | |
| | (22) | | Oppenheimer Plastic Surgery, LLC | $200.00 | 1221-000 | | | |
| | (8) | | Byram Healthcare Centers, Inc. | $369.50 | 1121-000 | | | |
| 09/17/2018 | 3050 | Ship My Orders Inc. | Invoice #WOUND10113 | | 2690-000 | | $168.90 | $28,318.89 |
| 09/19/2018 | 3051 | Red Carpet Storage - Franklin | Units #1163, 2060, 2062 and 3090 - October, 2018 Storage | | 2410-000 | | $1,044.00 | $27,274.89 |
| 09/19/2018 | 3052 | NDC, INC. | Storage - October, 2018 | | 2410-000 | | $930.00 | $26,344.89 |
| 09/24/2018 | | Misc. Checks | Accounts Receivable Payments | | * | $995.80 | | $27,340.69 |
| | (8) | | McKesson Medical Surgical | $565.44 | 1121-000 | | | |
| | (22) | | Kachemeister & Kim Inc. | $240.36 | 1221-000 | | | |
| | (22) | | The Granvier Center PC | $190.00 | 1221-000 | | | |
| 09/24/2018 | 3053 | Staci Bence | Contract Labor through Sept. 9/21/18 | | 2990-000 | | $860.00 | $26,480.69 |
| 09/24/2018 | 3054 | Staci Bence - | Reimburse Supplies | | 2990-000 | | $8.24 | $26,472.45 |
| 09/24/2018 | 3054 | VOID: Staci Bence - | | | 2990-003 | | ($8.24) | $26,480.69 |
| 09/24/2018 | 3055 | Staci Bence - costs | Travel 43.6 miles @ .545 | | 2990-000 | | $23.76 | $26,456.93 |
| 09/24/2018 | 3056 | Ship My Orders Inc. | Inv. #WOUND10114 | | 2690-000 | | $73.79 | $26,383.14 |
| 09/24/2018 | 3057 | Grace Boughey | Bookkeeping Through 9/22/18 | | 2990-000 | | $690.00 | $25,693.14 |
| 09/24/2018 | 3058 | Staci Bence | Reimburse Supplies | | 2990-000 | | $82.40 | $25,610.74 |
| 09/25/2018 | (22) | Jason Pozner MD PA | Accounts Receivable per 9/27/18 invoice | | 1221-000 | $800.00 | | $26,410.74 |

SUBTOTALS: $4,335.30 | $5,952.37

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | | |
|---|---|---|
| Case No. | 18-04526-RM3-7 | Trustee Name: | John C. McLemore |
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9167 | Checking Acct #: | ******0160 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/1/2018 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 9/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**For the period of 9/1/2018 to 9/30/2018**

| | | |
|---|---|---|
| Total Compensable Receipts: | $9,147.54 | |
| Total Non-Compensable Receipts: | $0.00 | |
| Total Comp/Non Comp Receipts: | $9,147.54 | |
| Total Internal/Transfer Receipts: | $0.00 | |
| | | |
| Total Compensable Disbursements: | $12,362.34 | |
| Total Non-Compensable Disbursements: | $0.00 | |
| Total Comp/Non Comp Disbursements: | $12,362.34 | |
| Total Internal/Transfer Disbursements: | $0.00 | |

**For the entire history of the account between 07/10/2018 to 9/30/2018**

| | | |
|---|---|---|
| Total Compensable Receipts: | $70,371.11 | |
| Total Non-Compensable Receipts: | $0.00 | |
| Total Comp/Non Comp Receipts: | $70,371.11 | |
| Total Internal/Transfer Receipts: | $0.00 | |
| | | |
| Total Compensable Disbursements: | $43,960.37 | |
| Total Non-Compensable Disbursements: | $0.00 | |
| Total Comp/Non Comp Disbursements: | $43,960.37 | |
| Total Internal/Transfer Disbursements: | $0.00 | |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $70,371.11 | $43,960.37 | $26,410.74 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $70,371.11 | $43,960.37 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $70,371.11 | $43,960.37 | |

Case No.: 18-04526-RM3-7
Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC
Primary Taxpayer ID #: **-***9167
Co-Debtor Taxpayer ID #:
For Period Beginning: 9/1/2018
For Period Ending: 9/30/2018

Trustee Name: John C. McLemore
Bank Name: Pinnacle Bank
Checking Acct #: ******0160
Account Title:
Blanket bond (per case limit): $720,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|

**For the period of 9/1/2018 to 9/30/2018**

| | | |
|---|---|---|
| Total Compensable Receipts: | $9,147.54 | |
| Total Non-Compensable Receipts: | $0.00 | |
| Total Comp/Non Comp Receipts: | $9,147.54 | |
| Total Internal/Transfer Receipts: | $0.00 | |
| | | |
| Total Compensable Disbursements: | $12,362.34 | |
| Total Non-Compensable Disbursements: | $0.00 | |
| Total Comp/Non Comp Disbursements: | $12,362.34 | |
| Total Internal/Transfer Disbursements: | $0.00 | |

**TOTAL - ALL ACCOUNTS**

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCE |
|---|---|---|---|
| | $70,371.11 | $43,960.37 | $26,410.74 |

**For the entire history of the case between 07/09/2018 to 9/30/2018**

| | | |
|---|---|---|
| Total Compensable Receipts: | $70,371.11 | |
| Total Non-Compensable Receipts: | $0.00 | |
| Total Comp/Non Comp Receipts: | $70,371.11 | |
| Total Internal/Transfer Receipts: | $0.00 | |
| | | |
| Total Compensable Disbursements: | $43,960.37 | |
| Total Non-Compensable Disbursements: | $0.00 | |
| Total Comp/Non Comp Disbursements: | $43,960.37 | |
| Total Internal/Transfer Disbursements: | $0.00 | |

/s/ JOHN C. MCLEMORE
_____
JOHN C. MCLEMORE

# Pinnacle

Est Integrated Healing Technologies LLC
John C McLemore, Trustee
Case #18-04526
2000 Richard Jones Rd Ste 250
Nashville TN 37215

## Checking Account(s)

| | | | |
|---|---|---|---|
| Bankruptcy Trustee | | Number of Enclosures | 28 |
| Account Number | 9951040160 | Statement Dates  9/04/18 thru  9/30/18 | |
| Previous Balance | 36,062.04 | Days in the statement period | 27 |
| 7 Deposits/Credits | 9,147.54 | Average Ledger | 30,357.62 |
| 21 Checks/Debits | 16,749.05 | Average Collected | 30,018.82 |
| Serv Chg(in Debit ttl) | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 28,460.53 | | |

*Rec See Att. 10-8-18 KLR*

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 9/04 | Remote Deposit | 1,611.48 |
| 9/05 | Remote Deposit | 190.00 |
| 9/10 | Remote Deposit | 1,244.16 |
| 9/10 | Remote Deposit | 1,766.60 |
| 9/17 | Remote Deposit | 2,539.50 |
| 9/24 | Remote Deposit | 995.80 |
| 9/25 | Remote Deposit | 800.00 |

### --- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/18 | 3032 | 45.00 | 9/12 | 3041 | 57.27 | 9/14 | 3048 | 181.00 |
| 9/07 | 3034* | 800.00 | 9/12 | 3042 | 5,520.00 | 9/21 | 3050* | 168.90 |
| 9/04 | 3035 | 3,410.00 | 9/11 | 3043 | 800.00 | 9/28 | 3051 | 1,044.00 |
| 9/04 | 3036 | 39.40 | 9/11 | 3044 | 32.70 | 9/24 | 3053* | 860.00 |
| 9/04 | 3037 | 108.01 | 9/13 | 3045 | 727.50 | 9/24 | 3055* | 23.76 |
| 9/05 | 3039* | 118.09 | 9/21 | 3046 | 94.77 | 9/26 | 3057* | 690.00 |
| 9/04 | 3040 | 930.00 | 9/17 | 3047 | 1,016.25 | 9/24 | 3058 | 82.40 |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/04 | 33,186.11 | 9/11 | 34,636.08 | 9/17 | 29,673.56 |
| 9/05 | 33,258.02 | 9/12 | 29,058.81 | 9/18 | 29,628.56 |
| 9/07 | 32,458.02 | 9/13 | 28,331.31 | 9/21 | 29,364.89 |
| 9/10 | 35,468.78 | 9/14 | 28,150.31 | 9/24 | 29,394.53 |



Bankruptcy Trustee                    9951040160   (Continued)

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/25 | 30,194.53 | 9/26 | 29,504.53 | 9/28 | 28,460.53 |





Date 9/4/2018 Amount $1,611.48



Date 9/10/2018 Amount $1,766.60





Date 9/4/2018 Back



Date 9/10/2018 Back



Date 9/5/2018 Amount $190.00



Date 9/17/2018 Amount $2,539.50



Date 9/5/2018 Back



Date 9/17/2018 Back



Date 9/10/2018 Amount $1,244.16



Date 9/24/2018 Amount $995.80



Date 9/10/2018 Back



Date 9/24/2018 Back





Date 9/25/2018 Amount $800.00

Ch# 3035 Date 9/4/2018 Amount $3,410.00

Date 9/25/2018 Back

Check 3035 Back

Ch# 3032 Date 9/18/2018 Amount $45.00

Ch# 3036 Date 9/4/2018 Amount $39.40

Check 3032 Back

Check 3036 Back

Ch# 3034 Date 9/7/2018 Amount $800.00

Ch# 3037 Date 9/4/2018 Amount $108.01

Check 3034 Back

Check 3037 Back

# Pinnacle



Ch# 3039 Date 9/5/2018 Amount $118.09

Ch# 3042 Date 9/12/2018 Amount $5,520.00

Check 3039 Back

Check 3042 Back

Ch# 3040 Date 9/4/2018 Amount $930.00

Ch# 3043 Date 9/11/2018 Amount $800.00

Check 3040 Back

Check 3043 Back

Ch# 3041 Date 9/12/2018 Amount $57.27

Ch# 3044 Date 9/11/2018 Amount $32.70

Check 3041 Back

Check 3044 Back





Ch# 3045 Date 9/13/2018 Amount $727.50

Ch# 3048 Date 9/14/2018 Amount $181.00

Check 3045 Back

Check 3048 Back





Ch# 3046 Date 9/21/2018 Amount $94.77

Ch# 3050 Date 9/21/2018 Amount $168.90





Check 3046 Back

Check 3050 Back





Ch# 3047 Date 9/17/2018 Amount $1,016.25

Ch# 3051 Date 9/28/2018 Amount $1,044.00









Check 3047 Back

Check 3051 Back





Ch# 3053 Date 9/24/2018 Amount $860.00



Ch# 3058 Date 9/24/2018 Amount $82.40



Check 3053 Back

Check 3058 Back



Ch# 3055 Date 9/24/2018 Amount $23.76



Check 3055 Back



Ch# 3057 Date 9/26/2018 Amount $690.00

Check 3057 Back

Case Number: 18-04526-RM3-7          Trustee Name: John C. McLemore

Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC

Account Number: 9951040160          Bank Name: Pinnacle Bank

Account Type: Checking Account          Print Date: 10/8/2018

| Check | 3042 | 09/10/2018 | $5,520.00 | 09/12/2018 |
|-------|------|------------|-----------|------------|
| Check | 3043 | 09/10/2018 | $800.00 | 09/11/2018 |
| Check | 3044 | 09/10/2018 | $32.70 | 09/11/2018 |
| Check | 3045 | 09/10/2018 | $727.50 | 09/13/2018 |
| Deposit | 0 | 09/10/2018 | $1,766.60 | 09/10/2018 |
| Deposit | 0 | 09/10/2018 | $1,244.16 | 09/10/2018 |
| Check | 3046 | 09/10/2018 | $94.77 | 09/21/2018 |
| Deposit | 0 | 09/05/2018 | $190.00 | 09/05/2018 |
| Deposit | 0 | 09/04/2018 | $606.00 | 09/30/2018 |
| Deposit | 0 | 09/04/2018 | $1,005.48 | 09/30/2018 |

Outstanding Items

| Transaction Description | Transaction Number | Transaction Date | Transaction Amount |
|------------------------|--------------------|--------------------|--------------------|
| Check | 3008 | 07/25/2018 | $986.00 |

| Bank Data Summary | | TES Data Summary | |
|-------------------|---|-------------------|---|
| Starting Balance: | $36,062.04 | Form 2 Balance: | $26,410.74 ✓ |
| Statement Balance: | $28,460.53 ✓ | Cleared Balance: | $28,460.53 ✓ |
| Total Disbursements: | $16,749.05 | Total Disbursements: | $16,749.05 |
| Total Receipts: | $9,147.54 | Total Receipts: | $9,147.54 |

| Reconciliation Summary | |
|------------------------|---|
| Difference Balance: | $0.00 |
| Difference on Disbursements: | $0.00 |
| Difference on Receipts: | $0.00 |

*KLR*

Case Number: 18-04526-RM3-7     Trustee Name: John C. McLemore

Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC

Account Number: 9951040160     Bank Name: Pinnacle Bank

Account Type: Checking Account     Print Date: 10/8/2018

**Cleared Items**

| Transaction Description | Transaction Number | Cleared Date | Transaction Amount |
|---|---|---|---|
| DDA Inclearing Check | 3036 | 09/04/2018 | $39.40 |
| DDA Inclearing Check | 3035 | 09/04/2018 | $3,410.00 |
| Remote Deposit | 0 | 09/04/2018 | $1,611.48 |
| DDA Inclearing Check | 3040 | 09/04/2018 | $930.00 |
| DDA Inclearing Check | 3037 | 09/04/2018 | $108.01 |
| Remote Deposit | 0 | 09/05/2018 | $190.00 |
| DDA Inclearing Check | 3039 | 09/05/2018 | $118.09 |
| DDA Inclearing Check | 3034 | 09/07/2018 | $800.00 |
| Remote Deposit | 0 | 09/10/2018 | $1,766.60 |
| Remote Deposit | 0 | 09/10/2018 | $1,244.16 |
| DDA Inclearing Check | 3044 | 09/11/2018 | $32.70 |
| DDA Inclearing Check | 3043 | 09/11/2018 | $800.00 |
| DDA Inclearing Check | 3041 | 09/12/2018 | $57.27 |
| DDA Regular Check | 3042 | 09/12/2018 | $5,520.00 |
| DDA Inclearing Check | 3045 | 09/13/2018 | $727.50 |
| DDA Inclearing Check | 3048 | 09/14/2018 | $181.00 |
| Remote Deposit | 0 | 09/17/2018 | $2,539.50 |
| DDA Inclearing Check | 3047 | 09/17/2018 | $1,016.25 |
| DDA Inclearing Check | 3032 | 09/18/2018 | $45.00 |
| DDA Inclearing Check | 3050 | 09/21/2018 | $168.90 |
| DDA Inclearing Check | 3046 | 09/21/2018 | $94.77 |
| DDA Inclearing Check | 3053 | 09/24/2018 | $860.00 |
| DDA Inclearing Check | 3055 | 09/24/2018 | $23.76 |
| DDA Inclearing Check | 3058 | 09/24/2018 | $82.40 |
| Remote Deposit | 0 | 09/24/2018 | $995.80 |
| Remote Deposit | 0 | 09/25/2018 | $800.00 |
| DDA Inclearing Check | 3057 | 09/26/2018 | $690.00 |
| DDA Inclearing Check | 3051 | 09/28/2018 | $1,044.00 |

**Monthly Transaction Summary**

| Transaction Description | Transaction Number | Transaction Date | Transaction Amount | Cleared On |
|---|---|---|---|---|
| Deposit | 0 | 09/25/2018 | $800.00 | 09/25/2018 |
| Check | 3053 | 09/24/2018 | $860.00 | 09/24/2018 |
| Check | 3054 | 09/24/2018 | $8.24 | 09/24/2018 |
| Check | 3055 | 09/24/2018 | $23.76 | 09/24/2018 |
| Check | 3056 | 09/24/2018 | $73.79 | 10/01/2018 |
| Check | 3057 | 09/24/2018 | $690.00 | 09/26/2018 |
| Check | 3058 | 09/24/2018 | $82.40 | 09/24/2018 |
| Void Check | 3054 | 09/24/2018 | ($8.24) | 09/24/2018 |
| Deposit | 0 | 09/24/2018 | $995.80 | 09/24/2018 |
| Check | 3051 | 09/19/2018 | $1,044.00 | 09/28/2018 |
| Check | 3052 | 09/19/2018 | $930.00 | 10/01/2018 |
| Check | 3050 | 09/17/2018 | $168.90 | 09/21/2018 |
| Deposit | 0 | 09/17/2018 | $2,539.50 | 09/17/2018 |
| Check | 3047 | 09/12/2018 | $1,016.25 | 09/17/2018 |
| Check | 3048 | 09/12/2018 | $181.00 | 09/14/2018 |
| Check | 3049 | 09/12/2018 | $60.00 | |
| Check | | | | |

| | |
|---|---|
| Case Number: 18-04526-RM3-7 | Trustee: John C. McLemore |
| Case Name: INTEGRATED HEALING TECHNOLOGIES, LLC | Account Type: Checking Account |
| Print Date: 10/8/2018 | |

| Bank Statement Balance As Of 9/30/2018 | | | | $28,460.53 |
|---|---|---|---|---|

**Outstanding Disbursements**

| Date Transaction | Transaction Type | Transaction Number | Payee / Received From | Amount |
|---|---|---|---|---|
| 07/25/2018 | Check | 3008 | Ship My Orders Inc. | $986.00 |
| 09/12/2018 | Check | 3049 | Pamela L. Davis | $60.00 |
| 09/19/2018 | Check | 3052 | NDC, INC. | $930.00 |
| 09/24/2018 | Check | 3056 | Ship My Orders Inc. | $73.79 |
| | | | **Total Outstanding Disbursements** | **$2,049.79** |
| | | | **Adjusted Bank Balance As Of 9/30/2018** | **$26,410.74** |
| | | | **Form 2 Ending Balance As Of 9/30/2018** | **$26,410.74** |