IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| IN RE: | |
|---|---|
| INTEGRATED HEALING TECHNOLOGIES, LLC | CASE NO. 18-04526-RM3-7 <br> CHAPTER 7 <br> JUDGE RANDAL S. MASHBURN |
| DEBTOR. | |

## TRUSTEE'S STATEMENT OF SALE

  Comes now the Trustee, John C. McLemore, and makes the following statement of the sale of certain personal property of the above estate by a private sale on October 19, 2018. Notice of this sale was provided to all creditors and parties in interest by the Notice of Motion of Trustee to Sell Property and Motion of the Trustee to Sell Property mailed on September 11, 2018 [D.E. 57] and by Order to Sell Property signed and entered on October 3, 2018 [D.E. 68]. By signature below, the Trustee hereby certifies that no objections were properly made. The sale was advertised as follows: N/A.

  No property was abandoned subsequent to the sale, withdrawn from the sale, missing at the time of the sale, or sold for below its appraised value or reasonable value, except as follows: N/A.

  Attached to this statement are documents reflecting the number of bidders, items sold, name of purchaser and amount paid for each item or lot (or for the property as a whole if sold in bulk). Also attached are copies of vouchers or receipts for all claimed expenses. The gross proceeds totaled $70,000.00.

  The following parties have claimed a security interest in the proceeds of the sale: None

  The calculation of compensation allowable under the order of appointment and pursuant to Local Rule 6005-1 is as follows:

<u>Auctioneer's Commission:</u>    $<u>N/A</u>
25% Commission for Sale of Personal Property of the first $40,000
15% Commission on the Balance
  **TOTAL**    $<u>**N/A**</u>

Other deductions are as follows (detail each): N/A

Dated: October 25, 2018

      Respectfully submitted,

      */s/ John C. McLemore, Trustee*
      John C. McLemore, Trustee
      Tn. Bar No. 3430
      2000 Richard Jones Rd., Ste. 250
      Nashville, TN 37215
      (615) 383-9495 (phone)
      (615) 292-9848 (fax)
      **jmclemore@gmylaw.com**



**150 3rd Avenue South, Suite 900**
**Nashville, TN 37201**
**800.264.3613**

Wire Transfer of Funds Notice

Incoming Domestic Wire

Deposit Account

XXXXXXXXXXXXX0160

EST INTEGRATED HEALING TECHNOLOGIES
JOHN C MCLEMORE, TRUSTEE
CASE #18-04526
2000 RICHARD JONES RD STE 250
NASHVILLE, TN 37215

| | |
|---|---|
| Processing Date: | 10/18/2018 |
| Time: | 3:18PM |
| Batch: | 103 FEDLINE In - 103 |

The Following Information Was Received For: Regular Transfer of Funds

Originator: ID#: XXXXXXXXXXXXXX1805
BUTLER SNOW LLP
1020 HIGHLAND COLONY PKY #1400
RIDGELAND MS 39157

Wire Amount: $70,000.00

Beneficiary: ID#: XXXXXXXXXXXXX0160
BANKRUPTCY ESTATE OF INTEGRATED
HEALING TEHCNOLOGY LLC, JOHN C
MCLEMORE, TRUSTEE

Wire Credited To: XXXXXXXXXXXXX0160

IMAD: 20181018F2QCZ00C003013
Additional Wire Information:

Reference: 2018101800008823  Originator to Ben: PER ENTERED ORDER TO SELL PROPERTY (DN068)  Sending Bank:
0620-0569-0 REGIONS BK BHAM  OMAD: 20181018MMQFMPLX00059710181617FT03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br>DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

### TRUSTEE'S BILL OF SALE

**KNOW ALL MEN BY THESE PRESENTS** that John C. McLemore, as Trustee in Bankruptcy of this estate, party of the first part, for and in consideration of the sum of $70,000.00 to him in hand paid by:

ABIGO Medical AB
Ekonomivagen 5
SE-46366 ASKIM, Sweden

party of the second part, receipt whereof is hereby acknowledged, and notice of this sale having been given and no objection having been made, the party of the first part has bargained and sold and by these presents does hereby grant and convey to the party of the second part, its successors and assigns, all of his right, title and interest in and to the following described property:

------------------------------------------------------------------------------------------------------------------
Personal Property Description

Sorbact stock as defined in Exhibit 1

------------------------------------------------------------------------------------------------------------------

**TO HAVE AND TO HOLD** the same unto the party of the second part, its successors and assigns forever. This sale and conveyance is made without any representations or warranties of any kind.

**IN WITNESS WHEREOF**, the party of the first part has hereunto set his hand on this date: October 18, 2018.

_____
John C. McLemore, Trustee
As and only as Trustee in
Bankruptcy and not individually.
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

**STATE OF TENNESSEE** )
**COUNTY OF DAVIDSON** )

On the 18th day of October, 2018, before me personally appeared **John C. McLemore** to me known and known to me to be the person described in the foregoing instrument, and he duly acknowledged to me that he executed the same as Trustee in Bankruptcy and not individually.

_____
Notary Public

My Commission Expires: 1-4-2021

[Notary Seal: KRISTY L. RION, STATE OF TENNESSEE NOTARY PUBLIC]

Case 3:18-bk-04526    Doc 76    Filed 10/25/18    Entered 10/25/18 15:33:56    Desc Main
Document      Page 3 of 14



September 4, 2018

John C. McLemore, Trustee
2000 Richard Jones Road, Suite 250
Nashville, TN 37215, USA
Via Email transmission only: jmclemore@gmylaw.com

Re: Integrated Healing Technologies, LLC, Bankruptcy Case No. 18-04526-RM3-7

Dear Mr. McLemore:

ABIGO Medical AB is hereby placing a bid of $70,000 USD on the Sorbact stock, as defined by the enclosed inventory, at Integrated Healing Technologies. Shipment terms FOB IHT's Warehouse in Williamson County, TN. Our legal counsel in this matter is William R. O'Bryan, Jr. of Butler Snow LLP. We will deposit the necessary funds into Butler Snow's escrow account so that, after you provide the requisite notice and obtain an enabling court order, payment will be made and the inventory released.

Sincerely,

ABIGO Medical AB

Jan G. Smith
Chairman and CEO


Enclosure: Inventory list dated August 13, 2018
cc: William R. O'Bryan, Jr., Esq. (via email bill.obryan@butlersnow.com)

ABIGO Medical AB
Ekonomivagen 5
SE-43633 ASKIM, Sweden
+46 708 583470
Hans.rosen@abigo.com

43990453.v1

| Product # | Product | Units |
|---|---|---|
| 98118 Total | Sorbact® Ribbon Gauze 1 x 50 cm | 560 |
| 98119 Total | Sorbact® Ribbon Gauze 10 x 200 cm | 360 |
| 98120 Total | Sorbact® Ribbon Gauze 5 x 200 cm | 290 |
| 98121 Total | Sorbact® Ribbon Gauze 2 x 50 cm | 260 |
| 98125 Total | Sorbact® Compress 7 x 9 cm | 24,840 |
| 98126 Total | Sorbact® Round Swab (5pc x 14) 03 cm | (1 box) |
| 98128 Total | Sorbact® Compress 4 x 6 cm | 4,120 |
| 98136 Total | Sorbact® Gel Compress 7.5 x 7.5 cm | 2,780 |
| 98137 Total | Sorbact® Gel Compress 7.5 x 15 cm | 5,200 |
| 98140 Total | Sorbact® Surgical Dressing 5 x 7 2 cm | 18,300 |
| 98141 Total | Sorbact® Surgical Dressing 8 x 10 cm | 9,300 |
| 98142 Total | Sorbact® Surgical Dressing 8 x 15 cm | 3,600 |
| 98143 Total | Sorbact® Surgical Dressing 10 x 20 cm | 3,660 |
| 98144 Total | Sorbact® Surgical Dressing 10 x 25 cm | 25,160 |
| 98145 Total | Sorbact® Surgical Dressing 10 x 30 cm | 8,420 |
| 98146 Total | Sorbact® Surgical Dressing 10 x 35 cm | 9,280 |
| 98222 Total | Sorbact® Absorption Dressing 10 x 10 cm | 380 |
| 98223 Total | Sorbact® Absorption Dressing 10 x 20 cm | 280 |
| 98224 Total | Sorbact® Absorption Dressing 7 x 9 cm | 500 |
| 98501 Total | Sorbact® Superabsorbent 10 x 10 cm | 1,810 |
| 98502 Total | Sorbact® Superabsorbent 10 x 20 cm | 2,820 |
| 98503 Total | Sorbact® Superabsorbent 20 x 20 cm | 970 |
| 98504 Total | Sorbact® Superabsorbent 20 x 30 cm | 750 |
| 98531 Total | Sorbact® Foam Gentle Boarder 7.5 x 7.5 cm | 2,090 |
| 98532 Total | Sorbact® Foam Gentle Boarder 10 x 10 cm | 1,950 |
| 98533 Total | Sorbact® Foam Gentle Boarder 15 x 15 cm | 720 |

128,400.00 units

TOTALS of Product IN Transport Cases Palletized

| product | CASES | units |
|---|---|---|
| 98118 Total | 3 | 360 |
| 98119 Total | 5 | 300 |
| 98120 Total | 4 | 240 |
| 98121 Total | 2 | 240 |
| 98125 Total | 101 | 24,240 |
| 98128 Total | 16 | 3,840 |
| 98136 Total | 6 | 2,160 |
| 98137 Total | 22 | 4,620 |
| 98140 Total | 14 | 16,800 |
| 98141 Total | 37 | 8,880 |
| 98142 Total | 20 | 3,200 |
| 98143 Total | 13 | 3,120 |
| 98144 Total | 123 | 24,600 |
| 98145 Total | 49 | 7,840 |
| 98146 Total | 56 | 8,960 |
| 98222 Total | 2 | 160 |
| 98223 Total | 3 | 120 |
| 98224 Total | 3 | 240 |
| 98501 Total | 14 | 1,680 |
| 98502 Total | 45 | 2,700 |
| 98503 Total | 23 | 920 |
| 98504 Total | 16 | 640 |
| 98531 Total | 9 | 1,800 |
| 98532 Total | 9 | 1,800 |
| 98533 Total | 3 | 600 |
| Cases | 598 | 120,060.00 |

TOTALS of Product in boxes - no individual units

| product | BOXES | units |
|---|---|---|
| 98118 Total | 10 | 200 |
| 98119 Total | 6 | 60 |
| 98120 Total | 5 | 50 |
| 98121 Total | 1 | 20 |
| 98125 Total | 15 | 600 |
| 98126 Total | 1 | 0 |
| 98128 Total | 7 | 280 |
| 98136 Total | 62 | 620 |
| 98137 Total | 48 | 580 |
| 98140 Total | 15 | 1,500 |
| 98141 Total | 21 | 420 |
| 98142 Total | 20 | 400 |
| 98143 Total | 27 | 540 |
| 98144 Total | 28 | 560 |
| 98145 Total | 29 | 580 |
| 98146 Total | 16 | 320 |
| 98222 Total | 11 | 220 |
| 98223 Total | 13 | 160 |
| 98224 Total | 13 | 260 |
| 98501 Total | 13 | 130 |
| 98502 Total | 12 | 120 |
| 98503 Total | 5 | 50 |
| 98504 Total | 11 | 110 |
| 98531 Total | 29 | 290 |
| 98532 Total | 15 | 150 |
| 98533 Total | 12 | 120 |
| Boxes | 445 | 8,340.00 |

*This product is in boxes but not yet on pallets.*

*These are full ~~sealed~~ product boxes.*

*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/3/2018



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br>DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |
|---|---|

### ORDER TO SELL PROPERTY

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property:

Sorbact stock as defined in Exhibit 1 attached to the Motion to Sell

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

# BILL OF LADING

**BoL #: 101918**

## SHIP FROM

Red Carpet Storage
108 Werthan Cir
Franklin, TN 37064

CONTACT NAME: Staci Bence
CONTACT PHONE: 706.662.2933
CONTACT EMAIL: staci.bence@ihtwoundcare.com

## SHIP TO

ABIGO Medical AB
Vapenvägen 1
SE-69633 Askersund
SWEDEN

CONTACT NAME: Niklas Olsson
CONTACT PHONE: Mobil: +46 (0)73-4038716
CONTACT EMAIL: Niklas.Olsson@abigo.se

| QTY | TYPE | SIZE | WEIGHT | Comm |
|---|---|---|---|---|
| 5 | PLT | 122x61x150cm | | Medical |
| 8 | PLT | 122x122x150cm | | Medical |
| | | **TOTAL WEIGHT: 2090kg** | | |

Shipper Signature/Date:
This is to certify all materials are in proper condition for transportation.

Carrier Signature/Date:
Carrier acknowledges receipt of packages and that above is received in good order accept where noted.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br>DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |
|---|---|

**INVOICE**

Bill to:   ABIGO Medical AB
           Ekonomivagen 5
           SE-46366 ASKIM, Sweden

Description:   Sorbact stock as defined in Exhibit 1 attached

Balance Due:   $70,000

## PALLETIZED PRODUCT

| Pallet # | Product # | # Cases | Units per Case | Total Units |
|---|---|---|---|---|
| Pallet 1 | (US Skid - Standard) | | | |
| | 98140 | 5 | 1,200 | 6,000 |
| | 98143 | 1 | 240 | 240 |
| | 98144 | 7 | 200 | 1,400 |
| | 98145 | 7 | 160 | 1,120 |
| | 98146 | 5 | 160 | 800 |
| | 98128 | 5 | 240 | 1,200 |
| Pallet 2 | (Euro Skid) | | | |
| | 98125 | 53 | 240 | 12,720 |
| | 98128 | 2 | 240 | 480 |
| | 98136 | 3 | 360 | 1,080 |
| | 98137 | 15 | 210 | 3,150 |
| Pallet 3 | (US Skid - Standard) | | | |
| | 98118 | 3 | 120 | 360 |
| | 98119 | 5 | 60 | 300 |
| | 98120 | 4 | 60 | 240 |
| | 98121 | 2 | 120 | 240 |
| | 98125 | 48 | 240 | 11,520 |
| | 98128 | 9 | 240 | 2,160 |
| | 98136 | 3 | 360 | 1,080 |
| | 98137 | 7 | 210 | 1,470 |
| | 98222 | 2 | 80 | 160 |
| | 98223 | 1 | 40 | 40 |
| | 98224 | 2 | 80 | 160 |
| Pallet 4 | (Euro Skid) | | | |
| | 98141 | 21 | 240 | 5,040 |
| | 98144 | 13 | 200 | 2,600 |
| | 98146 | 6 | 160 | 960 |
| Pallet 5 | (US Skid - Standard) | | | |
| | 98501 | 9 | 120 | 1,080 |
| | 98502 | 23 | 60 | 1,380 |
| | 98531 | 9 | 200 | 1,800 |
| | 98532 | 9 | 200 | 1,800 |
| | 98533 | 3 | 200 | 600 |
| Pallet 6 | (US Skid - Standard) | | | |
| | 98144 | 36 | 200 | 7,200 |
| | 98502 | 8 | 60 | 480 |

| Pallet 7 | (US Skid - Standard) | | | |
|---|---|---|---|---|
| | 98144 | 36 | 200 | 7,200 |
| | 98502 | 8 | 60 | 480 |

| Pallet 8 | (Euro Skid) | | | |
|---|---|---|---|---|
| | 98144 | 6 | 200 | 1,200 |
| | 98145 | 15 | 160 | 2,400 |
| | 98501 | 5 | 120 | 600 |
| | 98502 | 6 | 60 | 360 |
| | 98223 | 2 | 40 | 80 |
| | 98224 | 1 | 80 | 80 |

| Pallet 9 | (US Skid - Standard) | | | |
|---|---|---|---|---|
| | 98141 | 16 | 240 | 3,840 |
| | 98142 | 12 | 160 | 1,920 |
| | 98143 | 3 | 240 | 720 |
| | 98144 | 9 | 200 | 1,800 |
| | 98145 | 6 | 160 | 960 |
| | 98503 | 4 | 40 | 160 |

| Pallet 10 | (US Skid - Standard) | | | |
|---|---|---|---|---|
| | 98145 | 21 | 160 | 3,360 |
| | 98146 | 13 | 160 | 2,080 |
| | 98503 | 19 | 40 | 760 |

| Pallet 11 | (Euro Skid) - In original shipment wrap | | | |
|---|---|---|---|---|
| | 98146 | 24 | 160 | 3,840 |

| Pallet 12 | (Euro Skid) - In original shipment wrap | | | |
|---|---|---|---|---|
| | 98140 | 9 | 1,200 | 10,800 |
| | 98142 | 8 | 160 | 1,280 |
| | 98143 | 9 | 240 | 2,160 |
| | 98144 | 4 | 200 | 800 |
| | 98146 | 8 | 160 | 1,280 |

| Pallet 13 | (US Skid - Standard) | | | |
|---|---|---|---|---|
| - PLEASE NOTE: Items from "Boxed Product" belwo will be included on this pallet | | | | |
| | 98144 | 12 | 200 | 2,400 |
| | 98504 | 16 | 40 | 640 |

## BOXED PRODUCT

| Box # | Product # | Lot # | # Boxes | Total Units |
|---|---|---|---|---|
| 1 | | | | |
| | 98125 | 7081 | 6 | 240 |
| | 98125 | 7163 | 9 | 360 |
| | 98128 | 7141 | 7 | 280 |
| | 98121 | 7151 | 1 | 20 |
| | 98126 | 7033 | 1 | 14(@5) |

| | | | |
|---|---|---|---|
| 98137 | 7053 | 25 | 350 |
| 98137 | 7021 | 5 | 50 |
| 98136 | 7073 | 7 | 70 |

**2**

| | | | |
|---|---|---|---|
| 98120 | 7341 | 5 | 50 |
| 98119 | 7224 | 5 | 50 |
| 98119 | 7172 | 1 | 10 |
| 98118 | 7141 | 4 | 80 |
| 98118 | 7432 | 6 | 120 |
| 98137 | 7021 | 18 | 180 |
| 98136 | 7073 | 49 | 490 |

**3**

| | | | |
|---|---|---|---|
| 98504 | 8033 | 4 | 40 |
| 98504 | 6483 | 6 | 60 |
| 98140 | 16100614 | 2 | 200 |
| 98136 | 6415 | 4 | 40 |
| 98136 | 7073 | 2 | 20 |

**4**

| | | | |
|---|---|---|---|
| 98145 | 16011463 | 20 | 400 |
| 98140 | 16100614 | 2 | 200 |

**5**

| | | | |
|---|---|---|---|
| 98145 | 16041936 | 8 | 160 |
| 98144 | 16011462 | 13 | 260 |
| 98140 | 16100614 | 2 | 200 |

**6**

| | | | |
|---|---|---|---|
| 98144 | 16011462 | 11 | 220 |
| 98144 | 16100617 | 4 | 80 |
| 98145 | 16011463 | 1 | 20 |
| 98143 | 16041934 | 6 | 120 |
| 98140 | 16100614 | 3 | 300 |

**7**

| | | | |
|---|---|---|---|
| 98143 | 16041934 | 21 | 420 |
| 98142 | 16041937 | 5 | 100 |
| 98140 | 16100614 | 2 | 200 |
| 98140 | 16043903 | 1 | 100 |

| 8 | | | |
|---|---|---|---|
| 98224 | 7163 | 8 | 160 |
| 98224 | 7053 | 1 | 20 |
| 98223 | 7093 | 3 | 60 |
| 98142 | 16041937 | 10 | 200 |
| 98140 | 16043903 | 2 | 200 |

| 9 | | | |
|---|---|---|---|
| 98223 | 7373 | 4 | 40 |
| 98223 | 7244 | 2 | 20 |
| 98222 | 7352 | 4 | 80 |
| 98222 | 7101 | 3 | 60 |
| 98142 | 16041937 | 5 | 100 |
| 98141 | 16041932 | 5 | 100 |

| 10 | | | |
|---|---|---|---|
| 98141 | 16041932 | 16 | 320 |
| 98531 | WO015155 | 24 | 240 |
| 98531 | WO014779 | 5 | 50 |
| 98532 | WO014780 | 8 | 80 |
| 98532 | WO015156 | 2 | 20 |

| 11 | | | |
|---|---|---|---|
| 98533 | WO015157 | 12 | 120 |
| 98532 | WO015156 | 5 | 50 |
| 98501 | 7014 | 10 | 100 |
| 98501 | 6474 | 3 | 30 |
| 98140 | 16043903 | 1 | 100 |

| 12 | | | |
|---|---|---|---|
| 98504 | 6265 | 1 | 10 |
| 98503 | 6485 | 2 | 20 |
| 98503 | 6263 | 2 | 20 |
| 98503 | 6182 | 1 | 10 |
| 98502 | 6476 | 12 | 120 |

| 13 | | | |
|---|---|---|---|
| 98224 | 7371 | 4 | 80 |
| 98223 | 8013 | 4 | 40 |
| 98222 | 7352 | 4 | 80 |
| 98146 | 15061086 | 16 | 320 |