| Case No.: | 18-04526 | Trustee Name: | John C. McLemore |
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | Date Filed (f) or Converted (c): | 07/09/2018 (f) |
| For the Period Ending: | 09/30/2018 | §341(a) Meeting Date: | 08/06/2018 |
| | | Claims Bar Date: | 10/22/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Cash on hand | $0.00 | $0.00 | | $0.00 | $0.00 |
| 2 | FirstBank Checking 9397 | $35,500.00 | $35,500.00 | | $43,000.00 | $0.00 |
| 3 | FirstBank Payroll Account 0940 | $500.00 | $500.00 | | $0.00 | $500.00 |
| 4 | Office Lease Security Deposit | $2,850.00 | $2,850.00 | | $0.00 | $2,850.00 |
| 5 | MTEMC - Electricity Deposit | $350.00 | $350.00 | | $0.00 | $350.00 |
| 6 | Atmos Energy - Gas Deposit | $350.00 | $350.00 | | $0.00 | $350.00 |
| 7 | Credit on Comcast Account | $150.00 | $150.00 | | $0.00 | $150.00 |
| 8 | Accounts receivable 90 days old or less | $18,720.88 | $18,720.88 | | $17,471.82 | $1,249.06 |
| 9 | Accounts receivable Over 90 days old | $10,272.99 | $10,272.99 | | $0.00 | $10,272.99 |
| 10 | NovaBay - 1,725 shares of NBY Common Stock | $4,347.00 | $4,347.00 | | $0.00 | $4,347.00 |
| 11 | Finished goods, including goods held for resale See Attachment B.21. Q1 2017 $2,535,324.00 Recent cost | $2,535,324.00 | $2,535,324.00 | | $0.00 | $2,535,324.00 |
| 12 | Other inventory or supplies FloSure and Qtips provided in kits - Included in Finished Goods Attachment B.21. Q1 2017 $21,568.24 Recent cost | $21,568.24 | $21,568.24 | | $0.00 | $21,568.24 |
| 13 | Office furniture Up Front Costs for 7 Yearlink Headsets, furniture - bookshelf/end table, Desktop for Development, 4 Drawer Vertical File with Lock, (4) 2 Drawer Filing Cabinets, Pallet Truck, 10 Shelving Units, Exhibit Booth, Fellowes C-225CI Paper Shredder, Cubicles - Used, TV Monitor for Exhibit Booth, Herman Miller Chairs, Booths | $23,840.00 | $23,840.00 | | $0.00 | $23,840.00 |

| Case No.: | 18-04526 | | Trustee Name: | John C. McLemore |
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | | Date Filed (f) or Converted (c): | 07/09/2018 (f) |
| For the Period Ending: | 09/30/2018 | | §341(a) Meeting Date: | 08/06/2018 |
| | | | Claims Bar Date: | 10/22/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Office equipment, including all computer equipment and communication systems equipment and software E5470 Dell Laptops: S/Ns F8CCPC2, 6DXFQF2, 6HXFQF2, HHXFQF2, F87PSF2, CWTSSF2, 77MQSF2, 475T1G2, 75T1G2, F6262G2, 4GST2H2, 3S931G2, 1YK01G2, BLR01G2, CMM71G2, H98B3H2, 13GM9H2, F5GM9H2; and PowerEdge T330 Server S/N 44ZBJL2 | $29,521.00 | $29,521.00 | | $0.00 | $29,521.00 |
| 15 | Manufacturing Equipment - Stand Assy Flexible ARM, C115 UV Wand System 98850, Radiometer 7020 UV Wand Sys, Sngl Light Guide 1M x 5MM | $2,970.00 | $2,970.00 | | $0.00 | $2,970.00 |
| 16 | 100A Beta Drive Franklin, TN 37064 Leased Office Space $0.00 N/A | $0.00 | $0.00 | | $0.00 | $0.00 |
| 17 | Trademark: Integrated Healing Technologies See Attachment B.60 for list of Registered IP | $132,050.00 | $132,050.00 | | $0.00 | $132,050.00 |
| 18 | Internet domain names and websites www.ihtwoundcare.com | Unknown | $0.00 | | $0.00 | $0.00 |
| 19 | Licenses, franchises, and royalties NovaBay | $368,045.00 | $368,045.00 | | $0.00 | $368,045.00 |
| 20 | Other intangibles, or intellectual property FDA 510K approvals: K142956 - NewEra Dome Kit K143301 - NewEra REVA Kit | Unknown | $0.00 | | $0.00 | $0.00 |
| 21 | Other property of any kind not already listed - Used MediTop pumps for demonstrations, evaluations and testing | $166,244.00 | $166,244.00 | | $0.00 | $166,244.00 |
| 22 | Current - Accounts Receivable (u) | $0.00 | $0.00 | | $9,517.47 | $0.00 |
| 23 | Refunds (u) | $0.00 | $92.70 | | $381.82 | $0.00 |
| 24 | Court Settlement (u) | $0.00 | $0.00 | | $0.00 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** 18-04526 | **Trustee Name:** John C. McLemore |
| **Case Name:** INTEGRATED HEALING TECHNOLOGIES, LLC | **Date Filed (f) or Converted (c):** 07/09/2018 (f) |
| **For the Period Ending:** 09/30/2018 | **§341(a) Meeting Date:** 08/06/2018 |
| | **Claims Bar Date:** 10/22/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $3,352,603.11 | $3,352,695.81 | | $70,371.11 | $3,299,631.29 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/31/2018 | TRUSTEE IS OPERATING BUSINESS. NEED TO FIND BUYER FOR PATENTS, TRADEMARK, LICENSES, STOCK, INVENTORY, SELL MISC. FURNITURE, |
| 10/25/2018 | Filed Statement of Sale re: Sorback Sale. |
| 10/15/2018 | Filed September MOR. |
| 10/01/2018 | Email to Bobby Colson re: appt. |
| 09/26/2018 | Filed Motion to shorten notice list for motion to sell misc. office furniture to top 20 by email notice. |
| 09/25/2018 | Motion to Employ Patterson Intellectual Property Law as special counsel filed. |
| 09/13/2018 | Filed August MOR. |
| 09/11/2018 | Filed Motion to Sell Sorbact stock to ABIGO for $70,000. Sent email to top 20 re: same. |
| 08/29/2018 | Filed July MOR. |
| 08/14/2018 | Filed Mt to Appt Kraft & Company. |
| 07/31/2018 | Email to Matt Woods @ McKesson re three ARs - matt.woods@mckesson.com |
| 07/23/2018 | Claims bar date is 10/22/18. |
| 07/17/2018 | Email from Paul Poole about bond in operating 7 |
| 07/17/2018 | Email to Phillip Young re insurance |
| 07/17/2018 | Heritage Contact info: Ty Lindley |
| 07/12/2018 | Filed Mt to Appt JCM PLLC and Thompson Burton. |
| 07/10/2018 | Cast of Characters |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2019 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 | /s/ JOHN C. MCLEMORE | |
| | | JOHN C. MCLEMORE | |

| | | |
|---|---|---|
| **Case No.** | 18-04526 | |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC | |
| **Primary Taxpayer ID #:** | **-***9167 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2017 | |
| **For Period Ending:** | 09/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/11/2018 | (2) | Integrated Healing Technologies | FirstBank Balance (deposited 7-10-18) | | 1129-000 | $43,000.00 | | $43,000.00 |
| 07/16/2018 | 3001 | Mike Curry | Reimbursement for Locks on Storage Units | | 2420-000 | | $43.86 | $42,956.14 |
| 07/16/2018 | 3002 | US Storage Centers - Brentwood | Units C222 & G203 - July, 2018 Rent | | 2410-000 | | $751.00 | $42,205.14 |
| 07/18/2018 | | Multiple Checks | Accounts Receivable Captured in Mail | | * | $5,317.03 | | $47,522.17 |
| | {8} | | DCH Regional Medical Center | $728.00 | 1121-000 | | | $47,522.17 |
| | {8} | | RGH Enterprises, Inc. | $332.22 | 1121-000 | | | $47,522.17 |
| | {8} | | Baptist Health System Services | $328.32 | 1121-000 | | | $47,522.17 |
| | {8} | | McKesson Medical Surgical | $282.72 | 1121-000 | | | $47,522.17 |
| | {8} | | McKesson Medical Surgical | $133.92 | 1121-000 | | | $47,522.17 |
| | {8} | | Center for the Surgical Arts, LLC | $620.00 | 1121-000 | | | $47,522.17 |
| | {8} | | Byram Healthcare Centers, Inc. | $184.30 | 1121-000 | | | $47,522.17 |
| | {8} | | Medline Industries, Inc. | $69.38 | 1121-000 | | | $47,522.17 |
| | {8} | | Medline Industries, Inc. | $285.02 | 1121-000 | | | $47,522.17 |
| | {8} | | Medline Industries, Inc. | $218.34 | 1121-000 | | | $47,522.17 |
| | {8} | | Centennial Medical Center | $1,075.80 | 1121-000 | | | $47,522.17 |
| | {8} | | Dr. Suzanne Trott | $221.00 | 1121-000 | | | $47,522.17 |
| | {8} | | Owens & Minor Distribution Inc. | $339.01 | 1121-000 | | | $47,522.17 |
| | {8} | | Byram Healthcare Centers, Inc. | $299.00 | 1121-000 | | | $47,522.17 |
| | {8} | | Unity Point Health | $200.00 | 1121-000 | | | $47,522.17 |
| 07/23/2018 | (8) | Adam J. Rubinstein, M.D. PA | Accounts Receivable captured in mail | | 1121-000 | $513.00 | | $48,035.17 |
| 07/23/2018 | 3003 | Ship My Orders Inc. | Invoice # WOUND10104    Shipping, packaging charges | | 2420-000 | | $266.33 | $47,768.84 |
| 07/23/2018 | 3004 | MIDDLE TENNESSEE ELECTRIC | Acct. #29 0205 7577   Utilities for 100 Beta Dr., Ste 100A | | 2420-003 | | $159.97 | $47,608.87 |
| | | | **SUBTOTALS** | | | $48,830.03 | $1,221.16 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 18-04526 |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC |
| **Primary Taxpayer ID #:** | **-***9167 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2017 |
| **For Period Ending:** | 09/30/2018 |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/23/2018 | 3004 | VOID: MIDDLE TENNESSEE ELECTRIC | Incorrect Amount | 2420-000 | | ($159.97) | $47,768.84 |
| 07/23/2018 | 3005 | MIDDLE TENNESSEE ELECTRIC | Acct. #29 0205 7577   Utilities for 100 Beta Dr., Ste 100A | 2420-000 | | $167.97 | $47,600.87 |
| 07/25/2018 | 3006 | Ship My Orders Inc. | Invoice #WOUND10101 (6/8/18 - 6/17/18) | 2420-000 | | $306.62 | $47,294.25 |
| 07/25/2018 | 3007 | Ship My Orders Inc. | Invoice #10102 (6/18/18 - 6/23/18) | 2420-000 | | $149.70 | $47,144.55 |
| 07/25/2018 | 3008 | Ship My Orders Inc. | Invoice #WOUND10103   (7/1/18 - 7/31/18) | 2420-000 | | $986.00 | $46,158.55 |
| 07/26/2018 | | Multiple Checks | Accounts Receivable captured in mail | * | $2,211.91 | | $48,370.46 |
| | {8} | | Catholic Health                                   $1,638.80 | 1121-000 | | | $48,370.46 |
| | {8} | | Scottsdale McCormick Ranch Surgicenter LLC        $179.20 | 1121-000 | | | $48,370.46 |
| | {8} | | Byram Healthcare Centers, Inc.                     $54.20 | 1121-000 | | | $48,370.46 |
| | {8} | | McKesson Medical Surgical                         $141.36 | 1121-000 | | | $48,370.46 |
| | {8} | | McKesson Medical Surgical                         $198.35 | 1121-000 | | | $48,370.46 |
| 07/26/2018 | (8) | The Shaw Center | Accounts Receivable captured in mail | 1121-000 | $316.00 | | $48,686.46 |
| 07/26/2018 | | TN Department of Revenue | Sales Tax - 2nd Qtr., 2018 | 4110-000 | | $889.00 | $47,797.46 |
| 07/26/2018 | | State of Georgia - Sales Tax | Georgia Sales Tax - May, 2018 | 4800-000 | | $11.76 | $47,785.70 |
| 07/26/2018 | | State of Georgia - Sales Tax | Georgia Sales Tax - June, 2018 | 4800-000 | | $11.76 | $47,773.94 |
| 07/27/2018 | 3009 | Jerald Tharp | Assistance with moving from Franklin to Auction Way | 2990-000 | | $600.00 | $47,173.94 |
| 07/30/2018 | 3010 | Mike Curry | Contract Labor through 7/28/18 | 2990-000 | | $5,715.00 | $41,458.94 |
| 07/30/2018 | 3011 | Mike Curry | Travel  163.4 miles @ .545 | 2990-000 | | $89.05 | $41,369.89 |
| 07/30/2018 | 3012 | Staci Bence | Reimbursement for Cell Phone Purchase | 2990-000 | | $103.86 | $41,266.03 |
| 07/30/2018 | 3013 | Staci Bence | Travel 192.8 miles @ .545 | 2990-000 | | $105.08 | $41,160.95 |
| 07/30/2018 | 3014 | Staci Bence | Contract Labor through 7/28/18 | 2990-000 | | $3,405.00 | $37,755.95 |
| 07/30/2018 | 3015 | Grace Boughey | Contract Labor for bookkeeping through 7/28/18 | 2990-000 | | $1,072.50 | $36,683.45 |
| | | | | **SUBTOTALS** | $2,527.91 | $13,453.33 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 18-04526 |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC |
| **Primary Taxpayer ID #:** | **-***9167 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2017 |
| **For Period Ending:** | 09/30/2018 |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| 07/30/2018 | 3016 | Ship My Orders Inc. | Invoice #WOUND10105 | | 2420-000 | | $63.91 | $36,619.54 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $70.94 | $36,548.60 |
| 08/01/2018 | 3017 | Junk King Nashville | Job#JK906175   Assistance with moving | | 2420-000 | | $426.00 | $36,122.60 |
| 08/01/2018 | 3018 | Red Carpet Storage - Franklin | Tenant #19977    August, 2018 Rent | | 2410-000 | | $759.00 | $35,363.60 |
| 08/03/2018 | 3019 | Ship My Orders Inc. | Invoice #WOUND10106 | | 2420-000 | | $1,037.00 | $34,326.60 |
| 08/06/2018 | (22) | Vector Professional Practices, LLC | Collection for sale of inventory | | 1221-000 | $168.00 | | $34,494.60 |
| 08/06/2018 | 3020 | Ship My Orders Inc. | Invoice #WOUND10107 | | 2420-000 | | $58.94 | $34,435.66 |
| 08/08/2018 | | Multiple Checks | Payments on A/R | | * | $1,133.14 | | $35,568.80 |
| | {8} | | Center for the Surgical Arts, LLC | $570.00 | 1121-000 | | | $35,568.80 |
| | {8} | | Medline Industries, Inc. | $50.14 | 1121-000 | | | $35,568.80 |
| | {8} | | Centennial Medical Center | $513.00 | 1121-000 | | | $35,568.80 |
| 08/08/2018 | (22) | Jack Fisher MD PLLC | Accounts Receivable | | 1221-000 | $474.93 | | $36,043.73 |
| 08/08/2018 | (23) | The Ohio Bureau of Worker's Comp | Refund for Worker's Comp | | 1290-000 | $92.70 | | $36,136.43 |
| 08/13/2018 | (23) | MIDDLE TENNESSEE ELECTRIC | Refund of Security Deposit less Current Amount Due | | 1290-000 | $289.12 | | $36,425.55 |
| 08/13/2018 | 3021 | Ship My Orders Inc. | Inv. #WOUND10108 | | 2420-000 | | $179.25 | $36,246.30 |
| 08/13/2018 | 3022 | Jerald Tharp | Moving product from Ship My Orders to Red Carpet Storage 8-10-18 | | 2990-000 | | $125.00 | $36,121.30 |
| 08/13/2018 | 3023 | Mike Curry | Reimb. garbage bags, fuel for truck for moving | | 2420-000 | | $58.72 | $36,062.58 |
| 08/13/2018 | 3024 | Staci Bence | Labor through 8/11/18 | | 2990-000 | | $3,630.00 | $32,432.58 |
| 08/13/2018 | 3025 | Staci Bence | To reimb. travel 296.7 @ .545 | | 2990-000 | | $161.70 | $32,270.88 |
| 08/13/2018 | 3026 | Grace Boughey | Bookkeeping Through 8/11/18 | | 2990-000 | | $645.00 | $31,625.88 |
| | | | | | **SUBTOTALS** | $2,157.89 | $7,215.46 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | 18-04526 | | | **Trustee Name:** | | John C. McLemore | |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC | | | **Bank Name:** | | Pinnacle Bank | |
| **Primary Taxpayer ID #:** | **-***9167 | | | **Checking Acct #:** | | ******0160 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | | |
| **For Period Beginning:** | 10/01/2017 | | | **Blanket bond (per case limit):** | | $720,000.00 | |
| **For Period Ending:** | 09/30/2018 | | | **Separate bond (if applicable):** | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2018 | | Multiple Checks | A/R Received in Mail | * | $2,178.54 | | $33,804.42 |
| | {22} | | Centennial Medical Center  Inv. 0889 | $837.90 | 1221-000 | | $33,804.42 |
| | {22} | | Centennial Medical Center  Inv. 0888 | $837.90 | 1221-000 | | $33,804.42 |
| | {22} | | Centennial Medical Center  Inv. 0891 | $502.74 | 1221-000 | | $33,804.42 |
| 08/15/2018 | (8) | Northeast Florida Plastic Surgery - Eric Weiss | Accounts Receivable received in mail | 1121-000 | $600.00 | | $34,404.42 |
| 08/15/2018 | 3027 | John C. McLemore | Reimb. for truck rental put on firm credit card | 2420-000 | | $266.17 | $34,138.25 |
| 08/15/2018 | 3028 | Red Carpet Storage - Franklin | Inv. RCF 2178  Storage | 2410-000 | | $1,044.00 | $33,094.25 |
| 08/20/2018 | (8) | Baptish Health | Accounts Receivable Payment | 1121-000 | $1,368.00 | | $34,462.25 |
| 08/20/2018 | (22) | G. Robert Meger MD | Accounts Receivable Payment | 1221-000 | $200.00 | | $34,662.25 |
| 08/22/2018 | | Multiple Checks | Accounts Receivable Received in Mail | * | $2,529.60 | | $37,191.85 |
| | {8} | | Mercy Surgical Dressing Group, Inc. | $1,489.60 | 1121-000 | | $37,191.85 |
| | {8} | | Center for the Surgical Arts, LLC | $435.00 | 1121-000 | | $37,191.85 |
| | {8} | | Center for the Surgical Arts, LLC | $605.00 | 1121-000 | | $37,191.85 |
| 08/22/2018 | 3029 | Ship My Orders Inc. | Inv. #WOUND10109 | 2420-000 | | $265.46 | $36,926.39 |
| 08/22/2018 | 3030 | NDC, INC. | Storage - July, 2018 | 2410-000 | | $930.00 | $35,996.39 |
| 08/22/2018 | 3031 | NDC, INC. | Storage - August, 2018 | 2410-000 | | $930.00 | $35,066.39 |
| 08/27/2018 | | Misc. Checks | Accounts Receivable | * | $656.00 | | $35,722.39 |
| | {22} | | Jack Fisher MD, PLLC | $256.00 | 1221-000 | | $35,722.39 |
| | {22} | | UnityPoint Health | $400.00 | 1221-000 | | $35,722.39 |
| 08/27/2018 | (8) | Catholic Health | Accounts Receivable | 1121-000 | $175.60 | | $35,897.99 |

SUBTOTALS  $7,707.74   $3,435.63

| | | |
|---|---|---|
| **Case No.** | 18-04526 | |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC | |
| **Primary Taxpayer ID #:** | **-***9167 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2017 | |
| **For Period Ending:** | 09/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/27/2018 | 3032 | Trey Davis | 4.5 Hrs. (disassembled kits) | | 2990-000 | | $45.00 | $35,852.99 |
| 08/27/2018 | 3033 | Drew Gardner | 4.5 Hrs. (Disassembled kits) | | 2990-000 | | $45.00 | $35,807.99 |
| 08/27/2018 | 3034 | Pamela L. Davis | Work on retrieving accounting records and reports from Intacct | | 2990-000 | | $800.00 | $35,007.99 |
| 08/27/2018 | 3035 | Staci Bence | Contract Labor through 8/25/18 | | 2990-000 | | $3,410.00 | $31,597.99 |
| 08/27/2018 | 3036 | Staci Bence | Reimburse purchase for phone card | | 2990-000 | | $39.40 | $31,558.59 |
| 08/27/2018 | 3037 | Staci Bence | Reimburse Travel | | 2990-000 | | $108.01 | $31,450.58 |
| 08/27/2018 | 3038 | Grace Boughey | Bookkeeping through 8/26/18 | | 2990-000 | | $712.50 | $30,738.08 |
| 08/27/2018 | 3039 | Ship My Orders Inc. | Invoice #WOUND10110 | | 2420-000 | | $118.09 | $30,619.99 |
| 08/27/2018 | 3040 | NDC, INC. | Storage - September, 2018 | | 2410-000 | | $930.00 | $29,689.99 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $64.45 | $29,625.54 |
| 09/04/2018 | (8) | Medoamerica | Accounts Receivable | | 1121-000 | $606.00 | | $30,231.54 |
| 09/04/2018 | (22) | Centennial Medical Center | Accounts Receivable | | 1221-000 | $1,005.48 | | $31,237.02 |
| 09/05/2018 | (22) | Unitypoint Health | Accounts Receivable | | 1221-000 | $190.00 | | $31,427.02 |
| 09/10/2018 | | Bassett Healthcare Network | Accounts Receivable | | * | $1,766.60 | | $33,193.62 |
| | {8} | | Inv. 0716 | $1,008.60 | 1121-000 | | | $33,193.62 |
| | {8} | | Inv. #689 | $758.00 | 1121-000 | | | $33,193.62 |
| 09/10/2018 | | Misc. Checks | Accounts Receivable - Current | | * | $1,244.16 | | $34,437.78 |
| | {22} | | Seven Oaks Surgery Center | $400.00 | 1221-000 | | | $34,437.78 |
| | {22} | | Ponte Vedra Ambulatory Surgery | $680.00 | 1221-000 | | | $34,437.78 |
| | {22} | | Contemporary Plastic Surgery, LLC. | $164.16 | 1221-000 | | | $34,437.78 |
| 09/10/2018 | 3041 | Mike Curry | Reimbursement for Travel | | 2990-000 | | $57.27 | $34,380.51 |
| 09/10/2018 | 3042 | Mike Curry | Contract Labor through 9/08/18 | | 2990-000 | | $5,520.00 | $28,860.51 |
| 09/10/2018 | 3043 | Staci Bence | Contract Labor through 9/08/18 | | 2990-000 | | $800.00 | $28,060.51 |

| | | | | SUBTOTALS | $4,812.24 | $12,649.72 |
|---|---|---|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-04526 | |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC | |
| **Primary Taxpayer ID #:** | **-***9167 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2017 | |
| **For Period Ending:** | 09/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/10/2018 | 3044 | Staci Bence | Reimburse Travel | 2990-000 | | $32.70 | $28,027.81 |
| 09/10/2018 | 3045 | Grace Boughey | Bookkeeping through 9/08/18 | 2990-000 | | $727.50 | $27,300.31 |
| 09/10/2018 | 3046 | Ship My Orders Inc. | Inv. #WOUND10112 | 2420-000 | | $94.77 | $27,205.54 |
| 09/12/2018 | 3047 | Republic Services | Inv. #0840-001442358 for Disposal of Expired Product | 2990-000 | | $1,016.25 | $26,189.29 |
| 09/12/2018 | 3048 | U.S. Bankruptcy Court Clerk | Filing Fee - Motion to Sell Docket No. 57 | 2700-000 | | $181.00 | $26,008.29 |
| 09/12/2018 | 3049 | Pamela L. Davis | Additional time worked | 2990-000 | | $60.00 | $25,948.29 |
| 09/17/2018 | | Misc. Checks | Accounts Receivable Collected | * | $2,539.50 | | $28,487.79 |
| | {22} | | UnityPoint Health      $1,970.00 | 1221-000 | | | $28,487.79 |
| | {22} | | Oppenheimer Plastic Surgery, LLC      $200.00 | 1221-000 | | | $28,487.79 |
| | {8} | | Byram Healthcare Centers, Inc.      $369.50 | 1121-000 | | | $28,487.79 |
| 09/17/2018 | 3050 | Ship My Orders Inc. | Invoice #WOUND10113 | 2420-000 | | $168.90 | $28,318.89 |
| 09/19/2018 | 3051 | Red Carpet Storage - Franklin | Units #1163, 2060, 2062 and 3090 - October, 2018 Storage | 2410-000 | | $1,044.00 | $27,274.89 |
| 09/19/2018 | 3052 | NDC, INC. | Storage - October, 2018 | 2410-000 | | $930.00 | $26,344.89 |
| 09/24/2018 | | Misc. Checks | Accounts Receivable Payments | * | $995.80 | | $27,340.69 |
| | {8} | | McKesson Medical Surgical      $565.44 | 1121-000 | | | $27,340.69 |
| | {22} | | Kachenmeister & Kim Inc.      $240.36 | 1221-000 | | | $27,340.69 |
| | {22} | | The Graivier Center PC      $190.00 | 1221-000 | | | $27,340.69 |
| 09/24/2018 | 3053 | Staci Bence | Contract Labor through Sept. 9/21/18 | 2990-000 | | $860.00 | $26,480.69 |
| 09/24/2018 | 3054 | Staci Bence - | Reimburse Supplies | 2990-000 | | $8.24 | $26,472.45 |
| 09/24/2018 | 3054 | VOID: Staci Bence - | | 2990-003 | | ($8.24) | $26,480.69 |
| 09/24/2018 | 3055 | Staci Bence - costs | Travel  43.6 miles @ .545 | 2990-000 | | $23.76 | $26,456.93 |
| 09/24/2018 | 3056 | Ship My Orders Inc. | Inv. #WOUND10114 | 2420-000 | | $73.79 | $26,383.14 |
| 09/24/2018 | 3057 | Grace Boughey | Bookkeeping Through 9/22/18 | 2990-000 | | $690.00 | $25,693.14 |
| | | | | **SUBTOTALS** | $3,535.30 | $5,902.67 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| | | |
|---|---|---|
| Case No. | 18-04526 | |
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | |
| Primary Taxpayer ID #: | **-***9167 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2017 | |
| For Period Ending: | 09/30/2018 | |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0160 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/24/2018 | 3058 | Staci Bence | Reimburse Supplies | 2990-000 | | $82.40 | $25,610.74 |
| 09/25/2018 | (22) | Jason Pozner MD PA | Accounts Receivable per 8/27/18 invoice | 1221-000 | $800.00 | | $26,410.74 |


| | | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| TOTALS: | | $70,371.11 | $43,960.37 | $26,410.74 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $70,371.11 | $43,960.37 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $70,371.11 | $43,960.37 | |

**For the period of 10/01/2017 to 09/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $70,371.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $70,371.11 |
| Total Internal/Transfer Receipts | $0.00 |
| Total Compensable Disbursements: | $43,960.37 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $43,960.37 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 07/10/2018 to 9/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $70,371.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $70,371.11 |
| Total Internal/Transfer Receipts | $0.00 |
| Total Compensable Disbursements: | $43,960.37 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $43,960.37 |
| Total Internal/Transfer Disbursements | $0.00 |

Case 3:18-bk-04526   Doc 77   Filed 10/31/18   Entered 10/31/18 12:41:20   Desc Main
Document    Page 10 of 11

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 18-04526 |
| **Case Name:** | INTEGRATED HEALING TECHNOLOGIES, LLC |
| **Primary Taxpayer ID #:** | **-***9167 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2017 |
| **For Period Ending:** | 09/30/2018 |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0160 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $70,371.11 | $43,960.37 | $26,410.74 |

**For the period of 10/01/2017 to 09/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $70,371.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $70,371.11 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $43,960.37 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $43,960.37 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 07/10/2018 to 9/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $70,371.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $70,371.11 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $43,960.37 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $43,960.37 |
| Total Internal/Transfer Disbursements | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE