IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEGRATED HEALING TECHNOLOGIES, ) | |
| LLC, ) | Case No: 3:18-bk-04526 |
| ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: <u>February 14, 2019</u>**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: <u>February 26, 2019</u>, 9:00 a.m.**
**Courtroom 1, U.S. Bankruptcy Court, Customs House, 701 Broadway, Nashville, TN**

<u>NOTICE OF FIRST INTERIM MOTION OF
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.,
SPECIAL COUNSEL TO THE TRUSTEE,
FOR ALLOWANCE OF COMPENSATION</u>

Patterson Intellectual Property Law, P.C., special counsel to John C. McLemore, Trustee, has asked the Court for the following:

Permission of the Court to approve the attached Motion for Attorney's Fees.

**YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before <u>February 14, 2019</u>, you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is February 14, 2019, the date of the scheduled hearing is February 26, 2019, and the motion to which you are responding is the *First Interim Motion of Patterson Intellectual Property Law, P.C., Special Counsel to the Trustee, for Allowance of Compensation.***

3.	You must serve your response or objection by electronic service through the Electronic Filing system described above.  You must also mail a copy of your response or objection to:

| John C. McLemore | United States Trustee | Patterson Intellectual Property Law, P.C. |
| --- | --- | --- |
| 2000 Richard Jones Rd. | 701 Broadway, Customs House Suite 318 | 1600 Division Street, Ste. 500 |
| Suite 250 | Nashville, TN 37203 | Nashville, TN 37203 |
| Nashville, TN 37215 | | |

If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above.  **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**.  You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated this 24th day of January, 2019.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTEGRATED HEALING TECHNOLOGIES, LLC, | ) ) ) ) ) | Case No: 3:18-bk-04526 Chapter 7 Judge Mashburn |
| DEBTOR. | ) | |

**FIRST INTERIM MOTION OF PATTERSON INTELLECTUAL PROPERTY LAW, P.C., SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION**

Patterson Intellectual Property Law, P.C., ("Applicant"), special counsel to John C. McLemore, Trustee, respectfully represents:

1. By application filed on September 26, 2018, and order entered on October 19, 2018, Applicant was appointed and employed as special counsel for the Trustee.

2. All services for which compensation is requested herein were performed for, or on behalf of the Trustee and the estate, and were not performed on behalf of any committee, creditor, or any other person. This motion covers attorney's fees for the period September 26, 2018, through December 31, 2018, and seeks final approval for all compensation paid the Applicant in this case.[1]

3. The Trustee recommends the approval of the fee requested.

4. Attached are copies of all bills which include an itemization of time spent in this proceeding. A summary of the requested compensation follows:

| Name | Hourly Rate | Total Hours | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Hilary D. Lang | $400.00 | 10.70 | $4,280.00 | $0.00 | $4,280.00 |

---

[1] On the Applicant's timesheets there are references to expenses which have been paid by "Trust Funds Applied." In order to maintain both domestic and European patents, it has been necessary for the Trustee to pay fees. The Trustee paid these fees to the Applicant which in turn paid them to the correct patent authority.

5. Applicant submits this application as a detailed summary of the services performed and would state that the services rendered were reasonable and necessary for the administration of this estate.

6. This is the Applicant's first interim fee application. No agreement or understanding exists between Applicant and any other person for sharing the compensation for services rendered in or in connection with this case.

7. The award of the fee will not prejudice the rights of any creditor of equal or higher priority.

8. During the time period covered by this fee application, Applicant has performed substantial services on behalf of the Trustee and the estate, including:

- Assisted the Trustee with intellectual property issues.

## CASE STATUS

9. As of January 24, 2019, the Trustee was holding $93,760.21 on deposit in this bankruptcy estate.

10. The Trustee has filed a notice of assets and request for proof of claims. At this time, the amount of claims is $13,898,001.10. That includes secured claims of $3,197.00, priority claims of $254,363.98 and general unsecured claims of $13,640,440.12. The deadline for filing claims was October 22, 2018.[2]

11. Current unpaid administrative expenses are as follows:

| **Expense** | **Estimated Amount** |
|---|---|
| Trustee's Estimated Unpaid Commission | $12,977.00 |
| Trustee's Expenses | $2,500.00 |
| Attorney Fees & Expenses for Thompson Burton, PLLC | $unknown |
| Attorney Fees & Expenses for Patterson Intellectual | $4,280.00 |
| Attorney Fees & Expenses for John C. McLemore, PLLC | unknown |
| Accounting Fees | unknown |
| TOTAL | $19,757.00 |

---

[2] This amount is subject to change. Such disclosure of this amount does not bar the Trustee from objecting to the allowance of filed claims.

12. The proposed distribution to creditors is as follows:

| Current Funds on Hand | Distribution Amount if all Expenses and Fees Allowed | Amount of Claimed Priority Debt[3] | Anticipated % of Priority Debt to be Paid | Amount of Claimed Unsecured Debt[4] | Anticipated % of Unsecured Debt to be Paid |
|---|---|---|---|---|---|
| $93,760.21 | $74,003.21 | $254,363.98 | 29% | $13,640,440.12 | 0% |

13. The amounts and percentages disclosed in Paragraph 12 are subject to change. At this time, the Trustee cannot predict the amount of the final distribution to the allowed priority creditors and allowed non-priority unsecured creditors.

**WHEREFORE,** Applicant prays for an order (i) awarding Patterson Intellectual Property Law, P.C., special counsel to the Trustee, fees of $4,280.00; and (ii) for such other relief as may be necessary and appropriate.

Dated this 24th day of January, 2019.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

BY SIGNATURE BELOW, I, John C. McLemore, Trustee, declares under penalty of perjury that I have reviewed the application with the bill(s) and exhibit(s) and that the information contained therein is true and correct to the best of my knowledge, information and belief.

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee

---

[3] The amount of priority debt is the amount submitted at this time. This amount is subject to change. Such disclosure of this amount does not bar the Trustee from objecting to the allowance of filed claims.

[4] The amount of allowed non-priority unsecured debt is the amount submitted at this time. The amount is subject to change. Such disclosure of this amount does not bar the Trustee from objecting to the allowance of filed claims.

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  **Page 1**

Re: 009176 General Intellectual Property Law Matters

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 09/25/18 | HDL | Review of portfolio and attention to upcoming deadlines and correspondence with McLemore. | 0.50 | 200.00 |
| 10/04/18 | HDL | Attention to status of assignment of items in patent portfolio; email correspondence with McLemore concerning patent family. | 1.00 | 400.00 |
| 10/17/18 | HDL | Call with John and Hans; contact Rodewald; further search for documents. | 0.60 | 240.00 |
| **Total for Services** | | | **2.10** | **$840.00** |

Total This Matter $840.00

Re: 009190CON Continuation of PCT Application US13/25901 for Multi-Modal Wound Care Apparatus

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 10/09/18 | HDL | Attend to filing of continuation application. | 1.00 | 400.00 |
| **Total for Services** | | | **1.00** | **$400.00** |
| | | **Total This Matter** | | **$400.00** |

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  Page 3

Re: 009190US U.S. Patent App. No. 14/378,806 for "Multi-Modal Wound Care Apparatus"

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 10/03/18 | HDL | Attend to submission of the issue fee. | 1.00 | 400.00 |
| 10/04/18 | HDL | Attnetion to Galbraith letter concerning license agreement; email McLemore regarding the same. | 0.50 | 200.00 |
| **Total for Services** | | | **1.50** | **$600.00** |

| Date | Expenses | Amount |
|---|---|---|
| 10/04/18 | PTO Filing, Extension, Assignment, or Issue Fees USPTO -- Issue Fee - PNC Bank | 500.00 |
| **Total Expenses** | | **$500.00** |

**Sub Total this Matter**  $1,100.00

Pre-Paid funds Applied  -500.00

**Total This Matter**  $600.00

Matter Pre-Paid funds Balance: $0.00

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  Page 4

Re: 010427CON U.S. National Phase App. No. 14/425,570 for "Wound Dressing"

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 10/04/18 | HDL | Attend to filing of continuation application. | 1.00 | 400.00 |
| **Total for Services** | | | **1.00** | **$400.00** |

**Total This Matter**     $400.00

Matter Pre-Paid funds Balance: $0.00

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  Page 5

Re: 010427US U.S. National Phase App. No. 14/425,570 for "Wound Dressing"

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 10/04/18 | HDL | Prepare and submit Extension of Time. | 0.50 | 200.00 |
| **Total for Services** | | | **0.50** | **$200.00** |

| Date | Expenses | Amount |
|---|---|---|
| 10/05/18 | PTO Filing, Extension, Assignment, or Issue Fees USPTO -- 3 month Extension Fee - PNC Bank | 700.00 |
| **Total Expenses** | | **$700.00** |

**Sub Total this Matter** $900.00

Pre-Paid funds Applied -700.00

**Total This Matter** $200.00

Matter Pre-Paid funds Balance: $0.00

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  Page 6

Re: 011851 EP Application No, 06844464.5 for Wound Care System"

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 10/24/18 | HDL | Attention to correspondence concerning annuity deadline and forward to John McLemore for instruction. | 0.20 | 80.00 |
| 11/21/18 | HDL | Attenttion to deadline and fees for extension; follow up email with trustee concerning the same. | 0.20 | 80.00 |
| 11/29/18 | HDL | Follow up with trustee concerning annuity instructions; email correspondence with European counsel concerning payment. | 0.30 | 120.00 |

**Total for Services**　　　　　　　　　　　　　　　　　　　　　　　0.70　　$280.00

　　　　　　　　　　　　　　　　　**Total This Matter**　　　　　　$280.00

Matter Pre-Paid funds Balance: $0.00

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  Page 7

Re: 016982NP Wound Drain

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 10/09/18 | HDL | Telecon with Jake Neu; check status of assignments. | 0.20 | 80.00 |
| 12/17/18 | HDL | Attend to filing of missing parts and extension of time. | 0.80 | 320.00 |
| **Total for Services** | | | **1.00** | **$400.00** |

| Date | Expenses | Amount |
|---|---|---|
| 12/18/18 | PTO Filing, Extension, Assignment, or Issue Fees USPTO -- Utility Application filing fees with a 5 month Extension fee - PNC Bank | 2,210.00 |
| 12/20/18 | PTO Filing, Extension, Assignment, or Issue Fees USPTO D/A -- Surcharge - Director of US Patent & Trademark Office | 80.00 |
| **Total Expenses** | | **$2,290.00** |

**Sub Total this Matter** $2,690.00

Trust Funds Applied  -2,290.00

**Total This Matter** $400.00

Matter Pre-Paid funds Balance: $0.00

Matter Trust Funds Balance: $0.00

Client Ref:     19415 - Integrated Healing Technologies, LLC          January 16, 2019
**Invoice No. 227731**                                                          Page 8

Re:     017496 U.S. Patent App. No. 14/491,487 for "Wound Drain"

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 11/01/18 | HDL | Response to Office Action-Final Extension of 3 | 0.30 | 120.00 |
| **Total for Services** | | | **0.30** | **$120.00** |

| Date | Expenses | Amount |
|---|---|---|
| 11/01/18 | PTO Filing, Extension, Assignment, or Issue Fees USPTO -- 3 month Extension fee - PNC Bank | 700.00 |
| **Total Expenses** | | **$700.00** |

| | |
|---|---|
| **Sub Total this Matter** | **$820.00** |
| Pre-Paid funds Applied | -700.00 |
| **Total This Matter** | **$120.00** |

Matter Pre-Paid funds Balance: $0.00

Re:     017496CON U.S. Patent App. No. 14/491,487 for "Wound Drain"

| Date | | Services | Hours | Amount |
|---|---|---|---|---|
| 11/01/18 | HDL | Attend to continuation filing | 1.00 | 400.00 |
| **Total for Services** | | | **1.00** | **$400.00** |
| | | **Total This Matter** | | **$400.00** |

Matter Pre-Paid funds Balance: $0.00

Client Ref: 19415 - Integrated Healing Technologies, LLC  January 16, 2019
**Invoice No. 227731**  Page 10

Re: 017600NP Method for Treatment and Prevention of Biofilm Formation During Breast Augmentation Procedures

| Date | | Services | Hours | Amount |
|---|---|---|---:|---:|
| 10/04/18 | HDL | Check status of declarations and assignments; foward documents to John MCClemore to obtain required signatures from inventors. | 0.40 | 160.00 |
| 12/21/18 | HDL | Submit missing parts, extension of time and preliminary amendment to remove claims fees. | 1.20 | 480.00 |
| **Total for Services** | | | **1.60** | **$640.00** |

| Date | Expenses | Amount |
|---|---|---:|
| 12/26/18 | PTO Filing, Extension, Assignment, or Issue Fees USPTO -- Utility Application filing fees with a 5 month Extension - PNC Bank | 2,290.00 |
| **Total Expenses** | | **$2,290.00** |

**Sub Total this Matter** $2,930.00

Trust Funds Applied  -2,290.00

**Total This Matter** $640.00

Matter Pre-Paid funds Balance: $0.00

Matter Trust Funds Balance: $0.00

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEGRATED HEALING TECHNOLOGIES, ) | |
| LLC, ) | Case No: 3:18-bk-04526 |
| ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |

## FIRST INTERIM ORDER AWARDING COMPENSATION TO PATTERSON INTELLECTUAL PROPERTY LAW, P.C., SPECIAL COUNSEL TO THE TRUSTEE

This matter is before the Court upon the application of Patterson Intellectual Property Law, P.C., special counsel to the Trustee, for allowance of compensation/fees. Notice of the application having been served, and no objections to the requested compensation/fees having been filed,

It is, therefore, **ORDERED** that Patterson Intellectual Property Law, P.C., special counsel to the Trustee, shall be and is hereby awarded fees of $4,280.00.

It is further **ORDERED** that the Trustee shall be and is hereby authorized to disburse said monies from the assets of the estate.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEGRATED HEALING TECHNOLOGIES, ) | |
| LLC, ) | Case No: 3:18-bk-04526 |
| ) | Chapter 7 |
| ) | Judge Mashburn |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed electronically to the United States Trustee's Office and all parties requesting electronic notice in this matter, and by US Mail to the parties on the attached mailing matrix.

    This 24th day of January, 2019.

    Respectfully submitted,

*/s/ John C. McLemore, Trustee.*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

| | | |
|---|---|---|
| Integrated Healing Technologies, LLC<br>Case No. 18-04526-RM3-7 | John C. Tishler<br>Waller Lansden Dortch & Davis<br>511 Union Street, Ste. 2700<br>Nashville, TN 37219 | Gary Ferguson<br>9233 Old Smyrna Rd.<br>Brentwood, TN 37027 |
| FirstBank<br>211 Commerce St., Ste. 300<br>Nashville, TN 37201 | Five Star Venture Funding<br>2002 Tyne Blvd.<br>Nashville, TN 37215 | Fred Goad<br>917 Stuart Lane<br>Brentwood, TN 37027 |
| Graymar Investors<br>411 Great Circle Rd.<br>Nashville, TN 37228 | Robert Lipman<br>411 Great Circle Rd.<br>Nashville, TN 37228 | Keith Mullins<br>301 Plus Park Blvd. Ste. 215<br>Nashville, TN 37217 |
| Linda Rebrovick<br>5202 Close Cir.<br>Nashville, TN 37205 | Albert Rodewald<br>4814 Byrd Lane<br>College Grove, TN 37046 | Timothy J. Patton Trust<br>2100 Londonberry<br>Ann Arbor, MI 48104 |