**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

IN RE:

Integrated Healing Technologies, LLC

DEBTOR.

CASE NO. 18-04526-RM3-7
CHAPTER 7
JUDGE Randal S. Mashburn

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  4/8/19 (30 DAY NOTICE PERIOD)**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:  4/16/19, 9:00 A.M.,**
**COURTROOM ONE, U.S. CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TENNESSEE**

### NOTICE OF MOTION FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS

John C. McLemore, Trustee, has asked the court for the following:  to allow or disallow claims.

**YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before  4/8/19, you or your attorney must:

1.  File with the Court your response or objection explaining your position.  **PLEASE NOTE:  THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:  https://ecf.tnmb.uscourts.gov.**

    If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584.  You may also visit the Bankruptcy Court in person at:  U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2.  **Your response must state that the deadline for filing responses is 4/8/19, the date of the scheduled hearing is 4/16/19 and the motion to which you are responding is** *Motion for Allowance or Disallowance of Claims*.

3.  You must serve your response or objection by electronic service through the Electronic Filing system described above.  You must also mail a copy of your response or objection to:

    John C. McLemore, Trustee
    2000 Richard Jones Rd., Ste. 250
    Nashville, TN 37215

    United States Trustee
    701 Broadway, Customs House Suite 318
    Nashville, TN 37203

    If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above.  **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**.  You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

    This 7th day of March, 2019

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br>      DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

**CHAPTER 7 TRUSTEE'S MOTION FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS**

      The Chapter 7 Trustee, John C. McLemore, moves the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to this motion.

      All claims filed against this Chapter 7 Bankruptcy Estate before the claims bar deadline of October 22, 2018, have been reviewed and are included in the recommendations set forth in Exhibit A to this motion. If a creditor has not filed a claim, its name does not appear on Exhibit A and its claim is not allowed. Each claim is identified by the claim number and the creditor name. The "Claim Status" column indicates whether the Trustee recommends allowance or disallowance of a claim. If a claim is disallowed there will be a brief explanation on the line titled "Claim Notes." The "Amount Allowed" column states the amount of a claim to be allowed. It **does not** indicate the amount to be paid.

      The Trustee files this motion and recommendations pursuant to his duties under 11 U.S.C. §704(5). All recommendations are subject to review by the Court. The order resulting from this motion will be a final determination regarding the allowance or disallowance of all claims listed on Exhibit A.

      **WHEREFORE,** the Trustee prays for the entry of an order allowing or disallowing the claims as set forth in the attached Exhibit A, and for such other and further relief as is just.

      Dated this 7th day of March, 2019.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: | |
| Integrated Healing Technologies, LLC | CASE NO. 18-04526-RM3-7 |
| | CHAPTER 7 |
| DEBTOR. | JUDGE Randal S. Mashburn |

## ORDER ALLOWING AND DISALLOWING CLAIMS

The Trustee, John C. McLemore, has moved the Court to allow and disallow claims filed in this proceeding as set forth in Exhibit A to the motion.

A copy of the motion and accompanying exhibit were served on the Debtor, Debtor's counsel, U.S. Trustee, all creditors and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's recommendations regarding the allowance and disallowance of claims filed and the amounts of those claims are thereby **APPROVED.**

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed on Exhibit A attached to the Trustee's motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN  37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
jmclemore@gmylaw.com



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: | |
| Integrated Healing Technologies, LLC | CASE NO. 18-04526-RM3-7 |
| | CHAPTER 7 |
| DEBTOR. | JUDGE Randal S. Mashburn |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Integrated Healing Technologies, LLC, c/o Albert Rodewald, Co-Chair of the Board, 4814 Byrd Lane, College Grove, TN 37046; Robert Lipman, Co-Chair of the Board, 411 Great Circle Rd., Nashville, TN 37228; Debtor's attorney, John Charles Tishler, 511 Union Street, Ste. 2700, Nashville, TN 37219; all creditors, and all parties requesting notice, as reflected on the mailing matrix attached to the original of this pleading on file with the Clerk of this Court.

This 7th day of March, 2019.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

**Attachments:**

(1)  Notice of Chapter 7 Trustee's Motion for Allowance or Disallowance of Claims

(2)  Chapter 7 Trustee's Motion for Allowance or Disallowance of Claims

(3)  Proposed Order Allowing and Disallowing Claims

**Case No.** 18-04526-RM3-7     **Trustee Name:** John C. McLemore
**Case Name:** INTEGRATED HEALING TECHNOLOGIES, LLC     **Date:** 3/6/2019
**Taxpayer ID #:** 20-8449167
**Claims Bar Date:** 10/22/2018

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALDWELL, MEREDITH<br>28 INVERARAY<br>NASHVILLE TN 37215 | 08/06/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| **Claim Notes:** | Allow/Equity Security Holder | | | | | | | | | | | |
| 2 | CIT FINANCE, LLC<br>PO Box 593007<br>San Antonio TX 78259 | 08/06/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $7,220.19 | $7,220.19 | $0.00 | $0.00 | $0.00 | $7,220.19 |
| **Claim Notes:** | Allow/General Unsecured | | | | | | | | | | | |
| 3 | GARY B FERGUSON<br>2002 OVERHILL DRIVE<br>NASHVILLE TN 37215 | 08/09/2018 | Priority | Disallowed | 5800-000 | $0.00 | $218,702.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 3a | GARY B FERGUSON<br>2002 OVERHILL DRIVE<br>NASHVILLE TN 37215 | 08/09/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $218,702.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 4 | WOUND CARE CO UK LTD<br>201 CHAPEL ST<br>MANCHESTER M3 5EQ<br>UNITED KINGDOM | 08/13/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $9,392.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 5 | SHERRARD ROE VOIGT & HARBISON<br>150 Third Avenue South, Suite 1100<br>Nashville TN 37201 | 08/21/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $74,974.27 | $74,974.27 | $0.00 | $0.00 | $0.00 | $74,974.27 |
| **Claim Notes:** | Allow/General Unsecured | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Case No.** 18-04526-RM3-7
**Case Name:** INTEGRATED HEALING TECHNOLOGIES, LLC
**Taxpayer ID #:** 20-8449167
**Claims Bar Date:** 10/22/2018

**Trustee Name:** John C. McLemore
**Date:** 3/6/2019

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | THOMAS A MOORE AND JANINE E MOORE 4650 EVERAL LN FRANKLIN TN 37064 | 08/22/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| | **Claim Notes:** Allow/General Unsecured | | | | | | | | | | | |
| 6a | THOMAS A MOORE AND JANIE MOORE | 01/10/2019 | Unsecured | Allowed | 8200-052 | $0.00 | $59,579.00 | $59,579.00 | $0.00 | $0.00 | $0.00 | $59,579.00 |
| | **Claim Notes:** Allow/Equity Security Holder | | | | | | | | | | | |
| 7 | BUNYAN S DUDLEY 507 SANDPIPER CIRCLE NASHVILLE TN 37221 | 08/23/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| | **Claim Notes:** Allow/Equity Security Holder | | | | | | | | | | | |
| 8 | LAURA MOSS-DUDLEY 507 SANDPIPER CIRCLE NASHVILLE TN 37221 | 08/23/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |
| | **Claim Notes:** Allow/Equity Security Holder | | | | | | | | | | | |
| 9 | DAVID D ALFERY 22 WYNSTONE NASHVILLE TN 37215 | 08/28/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $293,476.00 | $293,476.00 | $0.00 | $0.00 | $0.00 | $293,476.00 |
| | **Claim Notes:** Allow/Equity Security Holder | | | | | | | | | | | |
| 10 | ULINE SHIPPING SUPPLIES 12575 ULINE DRIVE PLEASANT PRAIRIE WI 53158 | 08/29/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $168.49 | $168.49 | $0.00 | $0.00 | $0.00 | $168.49 |
| | **Claim Notes:** Allow/General Unsecured | | | | | | | | | | | |
| 11 | CRAIG, MARGARET C 27 LEXINGTON GREEN NASHVILLE TN 37215 | 08/31/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $70,636.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Notes:** Disallow/Inadequate Documentation | | | | | | | | | | | |

| Case No. | 18-04526-RM3-7 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | | Date: | 3/6/2019 |
| Taxpayer ID #: | 20-8449167 | | | |
| Claims Bar Date: | 10/22/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | NELSON, MEREDITH B<br>2704 TYNE BLVD<br>NASHVILLE TN 37215 | 09/04/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $64,892.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 13 | OXFORD UNIVERSITY PRESS<br>THE CASHIERS OFFC<br>GREAT CLARENDON ST<br>OXFORD OX2 6DP<br>UNITED KINGDOM | 09/05/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $17,204.19 | $17,204.19 | $0.00 | $0.00 | $0.00 | $17,204.19 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 14 | 600 MCCLURE<br>dba Boyd Corporation<br>Modesto CA 95382 | 09/06/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $60,162.08 | $57,162.00 | $0.00 | $0.00 | $0.00 | $57,162.00 |
| Claim Notes: | Allow/General Unsecured (Paid $3,000 for Warehouseman's Lien #3142 on 3/4/19) | | | | | | | | | | | |
| 15 | RIDGEFIELD PROPERTIES<br>515 CHURCH STREET<br>SUITE 3703<br>NASHVILLE TN 37219 | 09/07/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $725,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 16 | PATTERSON INTELLECTUAL PROPERTY LAW, P.C.<br>John D. Bowers c/o Patterson Intellectual Property<br>Roundabout Plaza<br>1600 Division Street, STE 500<br>Nashville TN 37203 | 09/13/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $47,801.56 | $47,801.56 | $0.00 | $0.00 | $0.00 | $47,801.56 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 17 | JEFFREY R FISHER<br>539 CLOSE LANE<br>NASHVILLE TN 37205 | 09/20/2018 | Priority | Disallowed | 5300-000 | $0.00 | $12,850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/No Documentation | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| Case No. | 18-04526-RM3-7 | |
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | |
| Taxpayer ID #: | 20-8449167 | |
| Claims Bar Date: | 10/22/2018 | |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Date: | 3/6/2019 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17a | JEFFREY R FISHER<br>539 CLOSE LANE<br>NASHVILLE TN 37205 | 09/20/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $222,150.00 | $201,645.56 | $0.00 | $0.00 | $0.00 | $201,645.56 |
| **Claim Notes:** Allow/General Unsecured | | | | | | | | | | | | |
| 18 | JAMES D BAIRD<br>5214 RUSTIC WAY<br>OLD HICKORY TN 37138 | 09/26/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $5,050.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallow/Inadequate Documentation | | | | | | | | | | | | |
| 19 | KEITH MULLINS<br>2421 CRESTMOOR RD<br>NASHVILLE TN 37215 | 09/28/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $350,000.00 | $350,000.00 | $0.00 | $0.00 | $0.00 | $350,000.00 |
| **Claim Notes:** Allow/General Unsecured | | | | | | | | | | | | |
| 19a | KEITH MULLINS | 01/10/2019 | General Unsecured | Disallowed | 7100-000 | $70,000.00 | $70,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallow/Inadequate Documentation | | | | | | | | | | | | |
| 20 | TN DEPARTMENT OF REVENUE<br>TN ATTY GENERAL'S OFFC,<br>BANKR DIV<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 10/02/2018 | Priority | Allowed | 5800-000 | $0.00 | $889.00 | $889.00 | $0.00 | $0.00 | $0.00 | $889.00 |
| **Claim Notes:** Allow/Priority 507(a)(8) | | | | | | | | | | | | |
| 21 | STEPHEN SANTI<br>1105 RADNOR GLEN DRIVE<br>BRENTWOOD TN 37027 | 10/05/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| **Claim Notes:** Allow/Equity Security Holder | | | | | | | | | | | | |
| 22 | CARR RIGGS & INGRAM LLC<br>3011 ARMORY DRIVE STE 190<br>NASHVILLE TN 37204 | 10/05/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $10,600.00 | $10,600.00 | $0.00 | $0.00 | $0.00 | $10,600.00 |
| **Claim Notes:** Allow/General Unsecured | | | | | | | | | | | | |
| 23 | CARR, RIGGS, &#038;<br>INGRAM, LLC<br>3011 Armory Dr, Suite 190<br>Nashville TN 37204 | 10/10/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $10,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallow/Duplicate of Claim #22 | | | | | | | | | | | | |

| Case No. | 18-04526-RM3-7 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | | Date: | 3/6/2019 |
| Taxpayer ID #: | 20-8449167 | | | |
| Claims Bar Date: | 10/22/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | MERCY SURGICAL DRESSING GROUP INC. 4 ZESTA DR PITTSBURGH PA 15205 | 10/15/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $6,990.26 | $6,990.26 | $0.00 | $0.00 | $0.00 | $6,990.26 |

**Claim Notes:**    Allow/General Unsecured

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | STATE OF DELAWARE DIVISION OF CORPORATIONS DELAWARE DIVISION OF CORPORATIONS 401 FEDERAL STREET STE 4 DOVER DC 19901 | 10/15/2018 | Priority | Allowed | 5800-000 | $0.00 | $156.16 | $156.16 | $0.00 | $0.00 | $0.00 | $156.16 |

**Claim Notes:**    Allow/Priority 507(a)(8)

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | KATHY FOLLIN c/o Roger Jones Bradley Arant Boult Cummings, LLP 1600 Division St., Ste. 700 Nashville TN 37203 | 10/15/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $166,500.00 | $142,822.78 | $0.00 | $0.00 | $0.00 | $142,822.78 |

**Claim Notes:**    Allow/General Unsecured $101,322.78
              Allow/General Unsecured $41,500.00

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | ORIN H. INGRAM II c/o Roger Jones Bradley Arant Boult Cummings, LLP 1600 Division St., Ste. 700 Nashville TN 37203 | 10/15/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $41,733.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    Disallow/Inadequate Documentation

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | ROBERT LIPMAN c/o Roger Jones Bradley Arant Boult Cummings, LLP 1600 Division St., Ste. 700 Nashville TN 37203 | 10/15/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $1,800,000.00 | $1,521,101.03 | $0.00 | $0.00 | $0.00 | $1,521,101.03 |

**Claim Notes:**    Allow/General Unsecured

| | | | |
|---|---|---|---|
| Case No. | 18-04526-RM3-7 | Trustee Name: | John C. McLemore |
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | Date: | 3/6/2019 |
| Taxpayer ID #: | 20-8449167 | | |
| Claims Bar Date: | 10/22/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | ROBERT LIPMAN<br>c/o Roger Jones<br>Bradley Arant Boult Cummings, LLP<br>1600 Division St., Ste. 700<br>Nashville TN 37203 | 10/15/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $991,667.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallow/Inadequate Documentation | | | | | | | | | | | | |
| 30 | GRAYMAR INVESTORS, LLC<br>c/o Roger Jones<br>Bradley Arant Boult Cummings, LLP<br>1600 Division St., Ste. 700<br>Nashville TN 37203 | 10/15/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $3,786,626.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** Disallow/Inadequate Documentation | | | | | | | | | | | | |
| 31 | JOHN E BLOUNT<br>1101 NORRIS DRIVE<br>PAWLEYS ISLAND SC 29585 | 10/16/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $12,965.00 | $12,965.00 | $0.00 | $0.00 | $0.00 | $12,965.00 |
| **Claim Notes:** Allow/General Unsecured | | | | | | | | | | | | |
| 32 | JOHN E BLOUNT<br>1101 NORRIS DRIVE<br>PAWLEYS ISLAND SC 29585 | 10/16/2018 | Priority | Allowed | 5300-000 | $0.00 | $8,916.67 | $8,916.67 | $0.00 | $0.00 | $0.00 | $8,916.67 |
| **Claim Notes:** Allow/Priority 507(a)(4) | | | | | | | | | | | | |
| 33 | JAMES F DICKE II<br>TRUST DATED APRIL 8 1994<br>AS AMENDED<br>JAMES F DICKE II<br>40 SOUTH WASHINGTON STREET<br>NEW BREMEN OH 45869 | 10/16/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| **Claim Notes:** Allow/Equity Security Holder | | | | | | | | | | | | |

| Case No. | 18-04526-RM3-7 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | | Date: | 3/6/2019 |
| Taxpayer ID #: | 20-8449167 | | | |
| Claims Bar Date: | 10/22/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | OLIVER C CARMICHAEL III 2605 ELM HILL PIKE SUITE I NASHVILLE TN 37214 | 10/16/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $208,645.56 | $201,645.56 | $0.00 | $0.00 | $0.00 | $201,645.56 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 35 | DAVID W WILEY JR 40 BURTON HILLS BLVD SUITE 350 NASHVILLE TN 37215 | 10/17/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $200,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 36 | STEPHEN F FLATT 1872 SANCTUARY PLACE MURFREESBORO TN 37128 | 10/17/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $69,287.50 | $69,287.50 | $0.00 | $0.00 | $0.00 | $69,287.50 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 37 | GEORGE D SMITH JR 1207 Nichol Lane NASHVILLE TN 37205 | 10/17/2018 | Unsecured | Allowed | 8200-052 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| Claim Notes: | Allow/Equity Security Holder | | | | | | | | | | | |
| 38 | SEPARATION DESIGN GROUP, LLC 931 Rolling Meadows Road Waynesburg PA 15370 | 10/19/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $197,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Inadequate Documentation | | | | | | | | | | | |
| 39 | 214 2ND AVE N STE 300 dba Charles Mann Nashville TN 37201 | 10/19/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $57,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Duplicate of Claim 40 | | | | | | | | | | | |
| 40 | ESTATE OF CHARLES O. MANN, JR. Erik O Thorngren 214 2nd Ave N Ste 300 Nashville TN 37201 | 10/19/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $57,750.00 | $57,750.00 | $0.00 | $0.00 | $0.00 | $57,750.00 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |

Case No. <u>18-04526-RM3-7</u>  Trustee Name: <u>John C. McLemore</u>
Case Name: <u>INTEGRATED HEALING TECHNOLOGIES, LLC</u>  Date: <u>3/6/2019</u>
Taxpayer ID #: <u>20-8449167</u>
Claims Bar Date: <u>10/22/2018</u>

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | RODEWALD, ALBERT 4814 BYRD LN COLLEGE GROVE TN 37046 | 10/19/2018 | Priority | Allowed | 5300-000 | $0.00 | $12,850.00 | $12,850.00 | $0.00 | $0.00 | $0.00 | $12,850.00 |
| Claim Notes: | Allow/Priority 507(a)(4) | | | | | | | | | | | |
| 41a | RODEWALD, ALBERT 4814 BYRD LN COLLEGE GROVE TN 37046 | 10/19/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $80,900.00 | $80,900.00 | $0.00 | $0.00 | $0.00 | $80,900.00 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 42 | RODEWALD, ALBERT 4814 BYRD LN COLLEGE GROVE TN 37046 | 10/19/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $634,000.00 | $640,406.41 | $0.00 | $0.00 | $0.00 | $640,406.41 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 43 | RODEWALD, ALBERT 4814 BYRD LN COLLEGE GROVE TN 37046 | 10/19/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $34,631.07 | $34,631.07 | $0.00 | $0.00 | $0.00 | $34,631.07 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 44 | SKYLINE EXHIBITOR SOURCE 144 BAIN DR, STE 100 LAVERGNE TN 37086 | 10/22/2018 | Secured | Disallowed | 4110-000 | $0.00 | $3,197.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Satisfied in Full | | | | | | | | | | | |
| 45 | RODEWALD, ALBERT 4814 BYRD LN COLLEGE GROVE TN 37046 | 10/22/2018 | General Unsecured | Allowed | 7100-000 | $0.00 | $2,368,086.84 | $2,368,086.84 | $0.00 | $0.00 | $0.00 | $2,368,086.84 |
| Claim Notes: | Allow/General Unsecured | | | | | | | | | | | |
| 46 | STACI BENCE 5014 8TH CT S BIRMINGHAM AL 35212 | 10/23/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $1,211.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| 47 | DR JACK FISHER 5867 FREDERICKSBURG DR NASHVILLE TN 37215 | 10/23/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $225,875.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |

| Case No. | 18-04526-RM3-7 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | INTEGRATED HEALING TECHNOLOGIES, LLC | | Date: | 3/6/2019 |
| Taxpayer ID #: | 20-8449167 | | | |
| Claims Bar Date: | 10/22/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | LBMC PC<br>201 FRANKLIN ROAD<br>SUITE 400<br>BRENTWOOD TN 37027 | 10/25/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $8,300.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| 49 | FIVE STAR VENTURE<br>FUNDING<br>JIM SOHR<br>2002 TYNE BLVD<br>NASHVILLE TN 37215 | 11/01/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $350,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| 50 | PEACE<br>COMMUNICATIONS<br>LLC<br>PO BOX 909<br>CHATTANOOGA TN 37401 | 11/30/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $9,981.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| 51 | MARK WRIGHT<br>PO BOX 335<br>ASHLAND CITY TN 37015 | 12/07/2018 | General Unsecured | Disallowed | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| 52 | COMMONWEALTH OF<br>KY DEPT. OF REVENUE<br>P.O. Box 5222<br>Frankfort KY 40602 | 02/27/2019 | Priority | Disallowed | 5800-000 | $0.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| 52a | COMMONWEALTH OF<br>KY DEPT. OF REVENUE<br>P.O. Box 5222<br>Frankfort KY 40602 | 02/27/2019 | Priority | Disallowed | 5800-000 | $0.00 | $2,590.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | Disallow/Late Filed Claim | | | | | | | | | | | |
| | | | | | | $14,430,131.08 | $6,770,199.79 | $117,157.18 | $0.00 | $0.00 | | $6,731,575.37 |

ABIGO MEDICAL SB
SE-436
33EKONOMIVAGEN 5
SWEDEN

ACOG
EXHIBITS MANAGEMENT
409 12TH ST SW
WASHINGTON DC 20024-2188

~~ACTION BUSINESS CONSULTING~~
~~6051 RURAL PLAINS CIR, UNIT 301~~
~~FRANKLIN TN 37064-1692~~

ADVANCED AMBULATORY INC
PO BOX 981047
HOUSTON TX 77098-8047

AESTHETIC COMPONENTS
1200 WALD RD
ORLANDO FL 32806-6355

AGASTI, JEN RN CWCA FACCWS
141 PINE AVE
FORCE PA 15841

ALABAMA ORTHOPAEDIC SOCIETY
1085 CHESSON HILL DR
FITZPATRICK AL 36029-2646

ALEXANDER'S CATERING LLC
511 UNION ST, STE 2626
NASHVILLE TN 37219-1794

ALEXANDER, MALLORY
PO BOX 116450
ATLANTA GA 30368-6450

ALEXIARES LLC
208 CRAIGHEAD ST
NASHVILLE TN 37205-2512

ALFREY MD, DAVID
22 WYNSTONE
NASHVILLE TN 37215-5800

AMERICAN SOCIETY OF PLASTIC SURGEONS
ATTN: FINANCE DEPT
444 EAST ALGONQUIN RD
ARLINGTON HEIGHTS IL 60005-4664

ANDERSON, STEFANIE
2728 BLUE HERON DR
FLORISSANT MO 63031-5513

ANDREWS AGENCY LLC (THE)
209 10TH AVE S, STE 525
NASHVILLE TN 37203-7102

ANDREWS, THOMAS
208 JACKSON BLVD
NASHVILLE TN 37205-3300

ARKANSAS SECURITIES DEPT
HERITAGE WEST BLDG, STE 300
201 EAST MARKHAM ST
LITTLE ROCK AR 72201-1627

ARMACOST, JOHN
1692 S. WALNUT DR
WARSAW IN 46580-7355

ATMOS ENERGY
PO BOX 790311
SAINT LOUIS MO 63179-0311

ATNIP, JOE
7316 OLD CLARKSVILLE PKE
JOELTON TN 37080-9402

AWHONN
ATTN: MICHELE FLANAGAN RNC
9 MEDICAL PARK, STE 320
COLUMBIA SC 29203

BAIRD, IAN
175 BAYPOINTE PKWY, APT 422
SAN JOSE CA 95134-1693

BAIRD, JAMES
5214 RUSTIC WAY
OLD HICKORY TN 37138-1344

~~BARNEY, PAUL~~
~~PO BOX 842818~~
~~BOSTON MA 02284-2818~~

~~BASS, NANCY ANN~~
~~810 BELLEVUE RD UNIT 242~~
~~NASHVILLE TN 37221-2736~~

BATEMAN, MARY
1200 GENERAL MCARTHUR DR
BRENTWOOD TN 37027-6609

BATEMAN, SUZANNE
1200 GENERAL MCARTHUR DR
BRENTWOOD TN 37027-6609

BATES, REEDA
497 WHISPERING HILLS DR
NASHVILLE TN 37211-5342

BAURLE MD, ERIC J
1806 IVY CREST DR
BRENTWOOD TN 37027-3821

BEAN REALTY PARTNERS LLC
3841 GREEN HILLS VILLAGE DR, STE 400
NASHVILLE TN 37215-2691

BECHERT, KARI
1024 ASHLAND AVENUE
EVANSTON IL 60202-1139

BENCE, STACI
5014 8th COURT S.
BIRMINGHAM, AL 35212

BENCHMARK INVESTORS GROUP
400 SUGARTREE LN, STE 310
FRANKLIN TN 37064-3074

BENGEL LIVING TRUST
1107 FLEMING ST
KEY WEST FL 33040-6909

BENRUD, CONSTANCE
510 W ERIE, #1901
CHICAGO IL 60654-6424

BERGAN, JAMIE
5382 COBBLER WAY
CAMILLUS NY 13031-4306

BES STUDIOS
5711 OLD OSBORNE TURNPIKE
HENRICO VA 23231-3059

BETSY V MATLOCK REVOCABLE TRUST
353 CUDDY CT
NAPLES FL 34103-4074

BICKEL, BECKY
1888 WILSON PIKE
FRANKLIN TN 37067-7506

BLACK TIE MOVING NASHVILLE
320SEVEN SPRINGS WAY
BRENTWOOD TN 37027-4537

BLOUNT, JOHN
1101 NORRIS DR.
PAWLEYS ISLAND, SC 29585

BLOUNT, SCOTT C
3001 DEL CUROTO RD, UNIT 13
AUSTIN TX 78704-5154

BOVENDER JR, JACK
520 BELLE MEADE BLVD
NASHVILLE TN 37205-3424

BRINDLE, TOD
6165 BOOTSIE BLVD
HENRICO VA 23231-7960

BRITTON, JIM
3 GIBSON
LITTLEROCK AR 72227-2205

BROWN MD, PHILLIP
518 PARK CENTER DR
NASHVILLE TN 37205-3430

BROWN, MICHELLE
3617 18TH ST NE
WASHINGTON DC 20018-2701

BUCKEYE HOME HEALTH CARE
ATTN: BHHC WOUND FAIR
7700 PARAGON RD
SELKIRK NY 12158

BUFORD, MARK
1003 HEATHROW HILLS CT
BRENTWOOD TN 37027-6838

BUMSTEAD, FRANK
PO BOX 340020
NASHVILLE TN 37203-0020

BURD, PAUL
1033 DEMONBREUN ST., STE. 500
NASHVILLE TN 37203

BURNS, BRANDON
3217 ROLLING STONE
OKLAHOMA CITY OK 73120-1839

BURR, ROBERT
1262 HAYES LN
BOWLING GREEN KY 42103-1459

BUSINESS FURNITURE WAREHOUSE
706 19TH AVE N
NASHVILLE TN 37203-1900

CALDWELL, MEREDITH
28 INVERARAY
NASHVILLE TN 37215-4129

CALVETTI, MIKE
194 ESMER CT
NEWARK DE 19711-8510

CAPITAL DISTRICT WOCN
ATTN: MICHELLE MURRAY
7700 PARAGON RD
DAYTON OH 45459-4081

CARINO, PETE
1089 BROOKHAVEN SQ NE
ATLANTA GA 30319-2878

CARMICHAEL, CROM
2605 ELM HILL PIKEM STE I
NASHVILLE TN 37214-3157

CARPENTER, JOHN
20 FOX FARMS RD
FLORENCE MA 01062-1335

CARR RIGGS & INGRAM
3011 ARMORY DRIVE STE190
NASHVILLE TN 37204-3746

CASTELLO, CHRIS
104 BENNINGTON RD
GREER SC 29650-3500

CASTRASIM HOLDINGS LLC
8600 FERN AVE
SHREVEPORT LA 71105-5639

CATHOLIC HEALTH SYSTEM
ATTN: KRISTIE COLEMAN
2625 HARLEM RD, STE 120
CHEEKTOWAGA NY 14225-4031

CHARLOTTE CONVENTION CTR
C/O SMART CITY NETWORKS
5795 W BADURA AVE, STE 110
LAS VEGAS NV 89118-4724

CHURCH, DALLAS WARREN
95 CHRISTOPHER ST, APT 7i
NEW YORK NY 10014-6627

CIT
21146 NETWORK PLACE
CHICAGO IL 60673-1211

CITY OF FRANKLIN
109 THIRD AVE S, STE 141
FRANKLIN TN 37064-2562

CLARK-EVANS, CAROL P
1010 MANLEY LN
BRENTWOOD TN 37027-5501

COBLE, G W II
5033 OLD HICKORY BLVD
NASHVILLE TN 37218-4020

COBLE, GEORGE WILLIAM III
7620 OLD CHARLOTTE PIKE
NASHVILLE TN 37209-5504

COLLINS, TIMOTHY
6933 GENTRY LN
MASON OH 45040-7591

COMCAST
PO BOX 530098
ATLANTA GA 30353-0098

COMER, KEIA
PO BOX 306003
NASHVILLE TN 37230-6003

COMMERCIAL INSUR ASSOC LLC
103 POWELL CT, STE 100
BRENTWOOD TN 37027-5050

COMPLETE ANSWERING SERVICE
C/O ANSUR SYSTEMS LLS
5225 KATY FREEWAY, STE 409
HOUSTON TX 77007-2252

CONCUR TECHNOLOGIES
62157 COLLECTIONS CENTER DR
CHICAGO IL 60693-0001

CONWAY-WELCH, COLLEEN
C/O FRANK BUMSTEAD
PO BOX 340020
NASHVILLE TN 37203-0020

COPY SOLUTIONS
4091 MALLORY LANE STE 128
FRANKLIN TN 37067-4850

CORK MEDICAL
8000 CASTEWAY DR
INDIANAPOLIS IN 46250-1943

COSMAS, RONALD
1302 GUILES HILL CT
BRANDON FL 33511-7612

COYOTE LOGISTICS LLC
PO BOX 742636
ATLANTA GA 30374-2636

CRAIG, MARGARET C
27 LEXINGTON GREEN
NASHVILLE TN 37215-2457

CRUMP LAW PC
202 CRESCENT AVE.
KENDALVILLE, IN 46755

CRYSTAL SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

CSI MEDICAL
170 COMMERCE WAY
GALLATIN TN 37066-4647

DALTON, PAUL
1200 WALD RD
ORLANDO FL 32806-6355

DARDEN, MATT
144 BAIN DR, STE 100
LA VERGNE TN 37086-3642

DAVIS, JEFFREY K III
1235 BROADGATE DR
FRANKLIN TN 37067-6517

DAVIS, PAM
1235 BROADGATE DR
FRANKLIN TN 37067-6517

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DEMPSEY, KRISSY
PO BOX 743699
ATLANTA GA 30374-3699

DICKE, JAMES F II
40 S WASHINGTON ST
NEW BREMEN OH 45869-1288

DIXON, PAUL
1651 TAMMARRON AVE SE
GRAND RAPIDS MI 49546-9734

DONNELLEY FINANCIAL SOLUTIONS
PO BOX 842282
BOSTON MA 02284-2282

DOWNS, DOUG
18723 BROOKSHADE LN
LOUISVILLE KY 40245-6222

DRUG ENFORCEMENT ADMIN
ATTN: REGISTRATION SECTION/ODR
PO BOX 2639
SPRINGFIELD VA 22152-0639

DUDLEY MD, BUNYAN S
507 SANDPIPER CIR
NASHVILLE TN 37221-4387

DUDLEY, JONATHAN
325 IDEAL WAY
CHARLOTTE NC 28203-5618

DUNSTAN GROUP LLC (THE)
1200 E MOREHEAD ST #140
CHARLOTTE NC 28204-2863

EAG INC
PO BOX 604
NEW CARLISLE IN 46552-0604

EATON, KARIN C
2012 25TH AVE S
NASHVILLE TN 37212-4203

ELCAM MEDICAL INC
2 UNIVERSITY PLAZA, STE 620
HACKENSACK NJ 07601-6224

ELDRIDGE, WILLIAM C
DBA SURG & AESTHETIC LIGHT
TECHNOLOGIES
11605 APRILBUD DR
HENRICO VA 23233-8709

ELLSWORTH ADHESIVES
W129 N10825 WASHINGTON DR
GERMANTOWN WI 53022-4446

EMERY PHARMA
1000 ATLANTIC AVE, STE 110
ALAMEDA CA 94501-1112

ENTREKIN, HUGH
1432 TYNE BLVD
NASHVILLE TN 37215-4416

ESKIND MD, JEFFREY
416 ELLENSDALE AVE
NASHVILLE TN 37205-3402

ESKIND MD, STEVEN
2322 GOLF CLUB LN
NASHVILLE TN 37215-1155

ET ASSOCIATES
ATTN: MARY ELLEN SCHRADER
PO BOX 617
NEW HARTFORD NY 13413-0617

FED EX
PO BOX 371461
PITTSBURGH PA 15250-7461

FELL, KEITH
507 CARONDELET ST
MANDEVILLE LA 70448-5002

FELLA, HENRY
1306 ELIZABETH BLVD
FORT WORTH TX 76110-2516

FERGUSON, GARY
9233 OLD SMYRNA RD
BRENTWOOD TN 37027-6110

FIRSTBANK
211 COMMERCE ST, STE 300
NASHVILLE TN 37201-1810

FISHER, JACK
5867 FREDERICKSBURG DR
NASHVILLE TN 37215-4817

FISHER, JEFF
539 CLOSE LN
NASHVILLE TN 37205-2702

FISHER, PATRICK
15334 AZRA DR
ODESSA FL 33556-1863

FIVE IRON TECHNOLOGIES
501 CORPORATE CTR, STE 510
FRANKLIN TN 37067-6453

FIVE STAR VENTURE FUNDING
2002 TYNE BLVD
NASHVILLE TN 37215-4705

FLASHBAY, INC
569 CLYDE AVE, UNIT 500
MOUNTAIN VIEW CA 94043-2257

FLATT, STEPHEN F
1872 SANCTUARY PL
MURFREESBORO TN 37128-4924

FLORIDA PLASTIC SURGERY SOCIETY (THE)
ATTN SUSAN RUSSELL
6300 SAGEWOOD DR STE H255
PARK CITY UT 84098-7502

FLOSURE TECHNOLOGIES LLC
PO BOX 123
TARRYTOWN NY 10591-0123

FOLLIN, KATHY
4416 GERALD PL
NASHVILLE TN 37205-3806

FREEMAN EXHIBITOR SVCS
PO BOX 660613
DALLAS TX 75266-0613

FREIBERG MD, CRAIG
4021 OVERBROOK DR
NASHVILLE TN 37204-4326

GABRIEL, ALLEN
785 NW VALLEY ST
CAMAS WA 98607-9198

GALBRAITH, DOUG
931 ROLLING MEADOWS RD
WAYNESBURG PA 15370-3469

GDSA LLC
1393 OLD HILLSBORO RD
FRANKLIN TN 37069-9132

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

GEURIN, CASSANDRA
2201 BOWMAN RD
FRANKLIN TN 37064-4918

GILL, DON
3011 ARMORY DR, STE 190
NASHVILLE TN 37204-3746

GINGRASS MD, MARY
1915 STATE ST
NASHVILLE TN 37203-2209

GOAD, FRED
917 STUART LN
BRENTWOOD TN 37027-5823

GRAHAM, RITCHEY
65 BROOKWOOD TER
NASHVILLE TN 37205-1409

GRAYMAR INVESTORS
411 GREAT CIRCLE RD
NASHVILLE TN 37228-1403

GREATER CINCINNATI WOUND OSTOMY
ASSOC
WEST CHESTER HOSP ATTN: JACKIE BROWN
7700 HOSPITAL DR, OFFC 4003
WEST CHESTER OH 45069

GRIFFITH, CHARLES B
108 HARDING PL #203
NASHVILLE TN 37205-3704

GRINDSTAFF, EDWARD D
6210 BELLE RIVE DR
BRENTWOOD TN 37027-5616

GROTTING MD, JAMES C
2610 CALDWELL MILL LN
BIRMINGHAM AL 35243-1714

GROWTHWRIGHT
ATTN: COLE GRIFFITH
301 PLUS PARK BLVD, STE 215
NASHVILLE TN 37217-1118

GS1 US INC
DEPT 781271
PO BOX 7800
DETROIT MI 48278-1271

GUTHRIE, STEPHEN D
32416 MARIA CT
LIVONIA MI 48152-4275

HALL, WESLEY
937 FALLVIEW TRAIL
NASHVILLE TN 37211-6839

HANNULA, DON
DEPT CH 19041
PALATINE IL 60055-9041

HAWS MD, MELINDA
35 ERWIN CT
NASHVILLE TN 37205-5006

HEALTHCO SEARCH INTERATIONAL
C/O BOB HUTCHISON
879 PINE TREE RED W
LAKE ORION, MI 48362

HELL YEAH LLC
2518 37TH AVE NE
ST ANTHONY MN 55421-3632

HMP COMMUNICATIONS
70 E SWEDESFORD RD, STE 100
MALVERN PA 19355-1476

HOLMES, TAYLOR
2134 LONG HOLLOW PIKE
GALLATIN, TN 37068-8528

HOOPER, JOHN M III
4410 GERALD PL
NASHVILLE TN 37205-3806

INGRAM POA, ORIN H
4400 HARDING RD
NASHVILLE TN 37205-2204

INGRAM, ORIN H II
1475 MORAN RD
FRANKLIN TN 37069-6301

INNOVATIVE RESOURCE INC
547 MEADOWVIEW DR
WAUCONDA IL 60084-2382

JACKSON, CLAY
5819 HILLSBORO PKE
NASHVILLE TN 37215-4601

JARAMILLO, ONESIMO
4114 TRINITY LA
FRANKLIN TN 37067-7716

JOHJNSON, MAC
1380 OLD 122ND RD
LEBANON OH 45036-9496

JOHN CHARLES TISHLER +
WALLER LANSDEN DORTCH & DAVIS PLLC
511 UNION STREET STE 2700
NASHVILLE, TN 37219-1791

JOHNSON'S LOCK & KEY
413 INDEPENDENCE SQ
FRANKLIN TN 37064-2128

JOHNSON, MARC
1380 OLD 122ND RD
LEBANON OH 45036-9496

JP DISPLAY
327 WEST REDBERRY RD
DRAPER UT 84020-9513

JUNK KING NASHVILLE
125 SPACE PARK S
NASHVILLE TN 37211-3119

~~KELLEHER, KATHLEEN~~
~~6275 JONES RD~~
~~BURLINGTON WI 53105-9049~~

KERTH, ANDREW
5150 E POINSETTIA DR
SCOTTSDALE AZ 85254-4661

LBMC TECHNOLOGY SOLUTIONS
PO BOX 1869
BRENTWOOD TN 37024-1869

LIEN, BONNIE
2324 MUSTANG WAY
SPRING HILL TN 37174-3506

LIPMAN, LARRY
5906 HILLSBORO PKE
NASHVILLE TN 37215-4604

LIPMAN, ROBERT
411 GREAT CIRCLE RD
NASHVILLE TN 37228-1403

LLOYD, MATT
PO BOX 251
THOMPSON STATION TN 37179-0251

LOCH COMPANY
PO BOX 92
ARRINGTON TN 37014-0092

LOUISIANA BD OF DRUGS
12091 BRICKSOME AVE, STE B
BATON ROUGE LA 70816-2774

LYNCH, TIM
2125 ANTIGUA DR
LEXINGTON KY 40509-9548

MANN, CHARLES
5853 GODWIN RD
SANTE FE TN 38482

MARTIN INVESTMENT HOLDINGS (SERIES 11)
40 BURTON HILLS BLVD, STE 100
NASHVILLE TN 37215-6291

MARTIN, CHARLES
40 BURTON HILLS BLVD, STE 100
NASHVILLE TN 37215-6291

~~MARY ELIZABETH FRANKLIN REVOCABLE~~
~~TRUST~~
~~301 BOWLING AVE~~
~~NASHVILLE TN 37205-2519~~

MASSEY, CINDY
PO BOX 751766
CHARLOTTE NC 28275-1766

MAXWELL MD, G PATRICK
C/O FRANK BUMSTEAD
PO BOX 340020
NASHVILLE TN 37203-0020

~~MCCREARY, PAUL~~
~~W140 N9572 FREISTADT RD~~
~~GERMANTOWN WI 53022~~

MCMAHAN, JOE
219 LEONARD AVE
NASHVILLE TN 37205-2425

MEDEXPRESS
PO BOX 7964
BELFAST ME 04915-7900

MEDFORD, ZACH
2211 NORFOLK, STE 403
HOUSTON TX 77098-4051

MEDLINE INDUSTRIES INC
LIBERTYVILLE-B02
1501 HARRIS RD
LIBERTYVILLE IL 60048-2433

MEDRIO INC
PO BOX 398372
SAN FRANCISCO CA 94139-8372

MERCY SURGICAL DRESSING GROUP INC.
4 ZESTA DR
PITTSBURGH PA 15205-9725

MICHIGAN SECTION ACOG
C/O KAREN CARTER
3031 W GRAND BLVD, STE 645
DETROIT MI 48202-5002

MIDDLE TN ELECTRIC MEMBERSHIP CORP
555 NEW SALEM HWY
MURFREESBORO TN 37129-3390

MIDEAST REGION KY WOCN
C/O BETH FANGMAN
3609 GLENCREEK LN
LOUISVILLE KY 40218-1520

MITCHELL WILLIAMS SELIG GATES PLLC
425 W CAPITOL AVE, STE 1800
LITTLE ROCK AR 72201-3527

MIXON, JOSH
PO BOX 13353
LEXINGTON KY 40583-3353

MOORE, JANINE E
4650 EVERAL LN
FRANKLIN TN 37064-7723

MOSS-DUDLEY, LAURIE
507 SANDPIPER CIR
NASHVILLE TN 37221-4387

MULLINS, KEITH
301 PLUS PARK BLVD STE 215
NASHVILLE TN 37217-1088

MULRON, TIMOTHY
717 BRESSLYN RD
NASHVILLE TN 37205-2601

MURARI, CHOKSI
801 DEL RIO PKE APT A12
FRANKLIN TN 37064-4232

MURPHY, SUSAN
500 DEADERICK ST
NASHVILLE TN 37242-0001

MURRAY, CHRISTIAN
116 HALLIARD DR
EATONTOWN NJ 07724-2182

MY OFFICE SUPPLY
PO BOX 306003
NASHVILLE TN 37230-6003

NANCE, AMY CROSS
103 FORREST CROSSING BLVD, STE 205
FRANKLIN TN 37064-5453

NATIONAL DISTRIBUTION AND CONTACTING
402 BNA DR STE 500
NASHVILLE TN 37217-2551

NATIONAL REGISTERED AGENTS
2875 MICHELLE ST 100
IRVINE CA 92606-1024

NDC
DEPT 169 PO BOX 37904
CHARLOTTE NC 28237-7904

NELSON, MEREDITH B
2704 TYNE BLVD
NASHVILLE TN 37215-4532

NER WOCN
1100 W CENTRE ST
SHENANDOAH PA 17976-1408

NORTH, DAVID
14142 KINGS FARM CT
MIDLOTHIAN VA 23113-3766

NOVACOPY
PO BOX 372 DEPT 200
MEMPHIS TN 38101-0372

NOVASTYLE HEALTH
5999 AVENIDA ENCINAS STE 100
CARLSBAD CA 92008-4460

O'SHAUGHNESSY MD, KRISTINA
708 ENQUIRER AVE.
NASHVILLE TN 37205-3724

OH BUREAU OF WORKER'S COMPENSATION
BWC STATE INSUR FUND
PO BOX 89492
CLEVELAND OH 44101-6492

OH TREASURER OF STATE
30 E. BROAD ST 9TH FL
COLUMBUS OH 43215-3461

OHIO STATE UNIV
2020 BLANKENSHIP HALL
901 WOODY HAYES DR
COLUMBUS OH 43210-4016

OLK INVESTMENTS LLC
3468 W BLUFF AVE
FRESNO CA 93711-0105

OWEN, RHONDA
4113 HELENA BAY CT
HERMITAGE TN 37076-3151

PACIFIC BIOLABS
551 LINUS PAULING DR
HERCULES CA 94547-1830

PAOS
PO BOX 10781
GLENDALE AZ 85318-0781

PARANET CORP SVCS INC
3675 CRESTWOOD PKWY STE 350
DULUTH GA 30096-5054

PATTERSON INTELLECTUAL PROPERTY LAW
PC
ROUNDABOUT PLAZA
1600 DIVISION ST
NASHVILLE TN 37203-2754

PEACE COMMUNICATIONS LLC
PO BOX 909
CHATTANOOGA TN 37401-0909

PEARSON, LAURI
502 HUNTINGTON RIDGE DR
NASHVILLE TN 37211-5995

PENSAR MEDICAL LLC
684 PARKRIDGE AVE
NORCO CA 92860-3124

PHARMACO THERAPY CONSULTANTS LLC
101 CREEKSIDE CROSSING RD
STE 1700 PMB 389
BRENTWOOD TN 37027-1085

PIONEER MEDICAL INC
PO BOX 92545
NASHVILLE TN 37209-8545

PLURIS RESEARCH
1254 WINDSONG CT
BRENTWOOD TN 37027-8487

POE, ANTOINE
2223 KAVANAUGH BLVD
LITTLE ROCK AR 72205-3935

PORTER, ROBERT STEPHEN
101 CREEKSIDE CROSSING
STE 1700 PMB 389
BRENTWOOD TN 37027-1085

PORTER, STEPHEN
127 HABERSHAM RD
COLUMBIA TN 38401-5706

POWELL, TRACY
150 3RD AVE S, STE 1100
NASHVILLE TN 37201-2037

PREMIER HEALTHCARE ALLIANCE LP
PO BOX 847650
LOS ANGELES CA 90084-7650

PREMIER HEALTHCARE SOLUTIONS
5882 COLLECTIONS CENTER DR
CHICAGO IL 60693-0058

PRINT WORKS
493 CAVE RD
NASHVILLE TN 37210-2301

PUPELIS, ROB
2211 NORFOLK STE 403
HOUSTON TX 77098-4051

QUILL CORP
PO BOX 37600
PHILADELPHIA PA 19101-0600

R & B BUILDING MAINTENANCE
PO BOX 291652
NASHVILLE TN 37229-1652

R R DONNELLEY
7810 SOLUTION CTR
CHICAGO IL 60677-7008

R&Q
2790 MOSSIDE BLVD STE 800
MONROEVILLLE PA 15146-2768

REALSCENARIO INC
3745 SAN SIMEON CIR
WESTON FL 33331-5050

REBROVICK, LINDA
5202 CLOSE CIR
NASHVILLE TN 37205-2716

RED CARPET SELF STORAGE
108 WERTHAN CIR
FRANKLIN TN 37064-4019

REDDY MD, V SREENATH
3513 WOODMONT BLVD
NASHVILLE TN 37215-1427

REHBERG, KYLE
5370 N HILLBROOKE TRACE
ALPHARETTA GA 30005-7236

REPUBLIC SVCS
PO BOX 9001099
LOUISVILLE KY 40290-1099

RESCHKE, GARY RICHARD
7193 25 MILE RD
SHELBY TOWNSHIP MI 48316-1822

REYES ORTEGA, AMERELIS
7817 HEATON WAY
NASHVILLE TN 37211-7053

RIDGEFIELD PROPERTIES
515 CHURCH ST, STE 3703
NASHVILLE TN 37219-3009

ROBERT HALF EXECUTIVE SEARCH
PO BOX 743295
LOS ANGELES CA 90074-3295

RODEWALD, ALBERT
4814 BYRD LN
COLLEGE GROVE TN 37046-9261

ROEHLING, CHAD
17125 BRUMBELOW RD
NEEDVILLE TX 77461-1715

ROLAND'S PHOTOGRAPHY
2817 WEST END AVE #126-129
NASHVILLE TN 37203-1453

ROMANO, CRYSTAL
3108 DEERFIELD RIDGE DR
MCDONALD PA 15057-1503

ROSS, JAY HARDIN
4420 GERALD PLACE
NASHVILLE TN 37205-3806

RUSH FOUNDATION HOSPITAL
1314 9TH AVE
MERIDIAN MS 39301-4116

SAFE-DRY CARPET CLEANING
133 CITATION CT
BIRMINGHAM AL 35209-6306

SALENE TRUST
3821 INLET ISLE DR
CORONA DEL MAR CA 92625-1603

SALESFORCE.COM INC
PO BOX 203141
DALLAS TX 75320-3141

SAMRA, TJ
20 FOX FARMS RD
FLORENCE MA 01062-1335

SANTI MD, STEVE F
1105 RADNOR GLEN DR
BRENTWOOD TN 37027-4135

SARTORIUS
5 ORVILLE DR
BOHEMIA NY 11716-2535

SCHWABER MD, MITCHELL
703 OVERTON PK
NASHVILLE TN 37215-2451

SCR OF THE WOCN SOCIETY
ATTN: JANET FIELDS
5522 S DELAWARE CT
TULSA OK 74105-7436

SECRETARY OF STATE, DELAWARE
DIV OF CORPORATIONS
PO BOX 5509
BINGHAMTON NY 13902-5509

SEEZEN, HANS
1204 SAXON DR
NASHVILLE TN 37215-4408

SESLER, DEBBIE AND LYNETTE
301 ROSA L PARKS #411
NASHVILLE TN 37203-3581

SHAREFILE
120 S WEST ST
RALEIGH NC 27603-1834

SHEPARD EXPOSITION SVCS
1424 HILLS PL
ATLANTA GA 30318-2821

SHERRARD ROE VOIGHT & HARBISON PLC
150 3RD AVE S
NASHVILLE TN 37201-2011

SHIP MY ORDERS INC
1401 POPLAR LANE
NASHVILLE TN 37210-4519

SHIP MY ORDERS INC.
4031 INDUSTRIAL CTR DR STE 705
NORTH LAS VEGAS NV 89030-0231

SHOCK, KAREN
682 CR 431
THORNDALE TX 76577-8752

SIMONSEN, CHRISTOPHER M
4013 COPELAND DR
NASHVILLE TN 37215-2201

SITAR, AMI
21304 S FORREST VIEW DR
SHOREWOOD IL 60404-8227

SKYLINE EXHIBITOR SOURCE
144 BAIN DR, STE 100
LAVERGNE TN 37086-3642

SMITH JR, GEORGE D
1207 NICHOL LN
NASHVILLE TN 37205-4419

SMITH MD, DELL PARKER
1880 FILLMORE AVE N
TWIN FALLS ID 83301-3015

SMITH, DAVID
735 EAST IRON HILL RD
BURNS TN 37029-5231

SMITH, JOE
570 GRAND DR NE
CLEVELAND TN 37312-5066

SMITH, JOSHUA
6325 PERCY DR
NASHVILLE TN 37205

SMOOT, DIANN
3605 POINCIANA AVE
READING PA 19605-1555

SPI
LINCOLN TOWER PLAZA STE 505
524 S 2ND ST
SPRINGFIELD IL 62701-1749

ST JUDE CHILDREN'S RESEARCH HOSP
PO BOX 1000 DEPT 142
MEMPHIS TN 38148-0142

STANFORD UNIVERSITY
PO BOX 44253
SAN FRANCISCO CA 94144-4253

STERICYCLE INC
PO BOX 6575
CAROL STREAM IL 60197-6575

STEVENS MD, WILLIAM GRANT
13455 VENTURA BLVD, STE 208
SHERMAN OAKS CA 91423-6123

STINSON, CARLTON
1120 TYNE BLVD
NASHVILLE TN 37220-1029

STITES & HARBISON PLLC
SUNTRUST PLAZA
401 COMMERCE ST, STE 800
NASHVILLE TN 37219-2490

TIMOTHY J PATTON TRUST
2100 LONDONDERRY
ANN ARBOR MI 48104-2804

TITZER, SCOTT
5520 INDUSTRIAL RD
MOUNT VERNON IN 47620-7200

TN DEPARTMENT OF REVENUE
TN ATTY GENERAL'S OFFC, BANKR DIV
PO BOX 20207
NASHVILLE TN 37202-4015

TN DEPT COMMERCE & INSUR
C/O TN ATTY GENERAL'S OFFC, BANKR D
PO BOX 20207
NASHVILLE TN 37202-4015

TN DEPT ENVIRONMENT & CONSERVATION
C/O TN ATTY GENERAL'S OFFC, BANKR D
PO BOX 20207
NASHVILLE TN 37202-4015

TN SEC OF STATE
C/O TN ATTY GENERAL'S OFFC, BANKR D
PO BOX 20207
NASHVILLE TN 37202-4015

TRAN, ANTHONY
510 GAY ST, APT 1113
NASHVILLE TN 37219-1239

TRAYLOR, KIP
9000 MACAULEY LN
NOLENSVILLE TN 37135-4014

TRK AESTHETIC CONSULTING
1302 GULLES HILL CT
BRANDON FL 33511-7612

ULINE
PO BOX 88741
CHICAGO IL 60680-1741

~~UNIV OF ROCHESTER - CTR FOR EXP
LEARNING
601 ELMWOOD AVE BOX 709
ROCHESTER NY 14642-0001~~

UPS
28013 NETWORK PL
CHICAGO IL 60673-1280

UPS 6Y1855
LOCKBOX 577
CAROL STREAM IL 60132-0577

US BANK
TMS-C/M 9581
PO BOX 70870
SAINT PAUL MN 55170-9581

US STORAGE CTRS
7102 BAKERS BRIDGE AVE
BRENTWOOD TN 37027-7985

VATA
308 S SEQUOIA PKWY
CANBY OR 97013-7825

VENDORMATE
3445 PEACHTREE RD NE STE 300
ATLANTA GA 30326-1234

VENTRESS DESIGN WORKS
PO BOX 158544
NASHVILLE TN 37215-8544

VERASONI
271 RT 46 W
H 202/203
FARIFIELD NJ 07004

VESTA
5400 W FRANKLIN DR
FRANKLIN WI 53132-8624

~~WALL, BILL~~
~~845 MIDDLE TENNESSEE BLVD, STE B~~
~~NASHVILLE TN 37205~~

WEBB, NANCY
715 BELLE MEADE BLVD, APT C-1
NASHVILLE TN 37205-3853

WELTY, TERRI
468 HUNT DR
LEWISVILLE TX 75067-8204

WESLYN, JENNIFER
PO BOX 933027
ATLANTA GA 31193-3027

WETRICH GROUP
325 MIRON DR STE 140
SOUTHLAKE TX 76092-7829

WILEY JR, DAVID W
109 CLARENDON AVE
NASHVILLE TN 37205-3301

WILEY, MARGARET H
109 CLAREDON AVE
NASHVILLE TN 37205-3301

WILLEMSEN, DONNA
11204 AVERY STATION LOOP
AUSTIN TX 78717-5052

WILLIAMSON COUNTY TRUSTEE
PO BOX 1365
FRANKLIN TN 37065-1365

~~WILSON, PEGGY~~
~~2002 ORVILLE DR N~~
~~RONKONKOMA NY 11779-7661~~

WITT, BRAD
3791 ROSS PARK DR
BIRMINGHAM AL 35226-6292

WITZENBERGER MD, THOMAS
901 EAST AMINO REAL, APT 7B
BOAC RATON FL 33432-6373

WOCN
ATTN CHRIS BROWN
1120 RTE 73, STE 200
MOUNT LAUREL NJ 08054-5113

WODOCK, PETE
12106 PEBBLEPOINTE PASS
CARMEL IN 46033-9678

WOODARD, SARA B
1306 ELIZABETH BLVD
FORT WORTH TX 76110-2516

WOUND CARE EDUCATION INST
25828 PASTORAL DR
PLAINFIELD IL 60585-2533

WOUND SOURCE
KESTREL HEALTH INFORMATION INC
PO BOX 189
HINESBURG VT 05461-0189

WOUNDEDUCATORS.COM LLC
ATTN LAURIE SWEZEY
4521 PGA BLVD #508
PALM BCH GARDENS FL 33418-3997

WOZNIAK, CHRIS
4 SPLIT ROCK RD
PITTSFORD NY 14534-1814

WRIGHT, MARK
419 PRESTWICK CT
NASHVILLE TN 37205-5016

WU, ROY
2000 POWELL ST STE 1150
EMERYVILLE CA 94608-1866

YAEGER, WAYNE
3234 RAMBLING HILL CT
ALLENWOOD NJ 08720-7024