IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| IN RE: | |
|---|---|
| INTEGRATED HEALING TECHNOLOGIES, LLC | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE RANDAL S. MASHBURN |
| DEBTOR. | |

### TRUSTEE'S STATEMENT OF SALE

    Comes now the Trustee, John C. McLemore, and makes the following statement of the sale of certain personal property of the above estate by public auction on Thursday, February 21, 2019 at 9:00 a.m. Notice of this sale was provided to all creditors and parties in interest by the Notice of Motion of Trustee to Sell Property and Motion of the Trustee to Sell Property mailed on January 10, 2019 [D.E. 93] and by Order to Sell Property signed and entered on March 20, 2019 [D.E. 111]. By signature below, the Trustee hereby certifies that no objections were properly made. The sale was advertised as follows: Signs, Radio, Newspaper Ads and Flyers.

    No property was abandoned subsequent to the sale, withdrawn from the sale, missing at the time of the sale, or sold for below its appraised value or reasonable value, except as follows: N/A.

    Attached to this statement are documents reflecting the number of bidders, items sold, name of purchaser and amount paid for each item or lot (or for the property as a whole if sold in bulk). Also attached are copies of vouchers or receipts for all claimed expenses. The gross proceeds totaled $1,392.50.

    The following parties have claimed a security interest in the proceeds of the sale: None

    The calculation of compensation allowable under the order of appointment and pursuant to Local Rule 6005-1 is as follows:

| | |
|---|---|
| <u>Auctioneer's Commission:</u> | $348.13 |
| 25% Commission for Sale of Personal Property of the first $40,000 | |
| **TOTAL** | **$<u>348.13</u>** |

Other deductions are as follows (detail each): N/A

Dated: March 21, 2019

                                                  Respectfully submitted,

                                                  */s/ John C. McLemore, Trustee*
                                                  John C. McLemore, Trustee
                                                  Tn. Bar No. 3430
                                                  2000 Richard Jones Rd., Ste. 250
                                                  Nashville, TN 37215
                                                  (615) 383-9495 (phone)
                                                  (615) 292-9848 (fax)
                                                  **jmclemore@gmylaw.com**

Integrated Healing
Expenses 18-04526

| | |
|---|---|
| Tennessean | $ 680.22 |
| Signs | $ 150.00 |
| Website | $ 150.00 |
| Wash car | $ 25.00 |
| Bookkeepers | $ 600.00 |
| Auctioneers | $ 800.00 |
| Security | $ 250.00 |
| Set up | 2805.22 |

```
BILL COLSON AUCTION                                              002794
& REALTY CO., INC.
ESCROW ACCOUNT                    PINNACLE
2012 BEECH AVE. 292-6619          NATIONAL BANK              2/25/2019
NASHVILLE, TN 37204               87-863/640
```

PAY TO THE   JOHN C MCLEMORE TRUSTEE                          $ **1,392.50
ORDER OF

One Thousand Three Hundred Ninety-Two and 50/100************************************************************
                                                                    DOLLARS

                                            BILL COLSON AUCTION & REALTY COMPANY, INC.
                                            ESCROW ACCOUNT
MEMO   PERSONAL PROP.
       PROCEEDS 2/21/19 SALE

⑈002794⑈ ⑆064008637⑆   ⑈1056466⑈

| Buyer | | Description | Qty | | Unit | Total |
|---|---|---|---|---|---|---|
| BUYER 11380 | JCM | 11380 | 1 | @ | $5.00 | $5.00 |
| BUYER 329 | JCM | 2 CLOCK & TAPE | 1 | @ | $2.00 | $2.00 |
| BUYER 13659 | JCM | 2 FILE CABINET/ 4 DRAW BLK & WHITE | 1 | @ | $10.00 | $10.00 |
| BUYER 5 | JCM | 2 LATTERAL FILE CABINETS | 1 | @ | $15.00 | $15.00 |
| BUYER 138 | JCM | 2 WHITE CHAINS | 1 | @ | $65.00 | $65.00 |
| BUYER 5 | JCM | 3 DRAW FILE CABINETS | 4 | @ | $10.00 | $40.00 |
| BUYER 16871 | JCM | 3 DRAW FILE CABINETS | 1 | @ | $5.00 | $5.00 |
| BUYER 11380 | JCM | 3 FILE CABINETS | 1 | @ | $10.00 | $10.00 |
| BUYER 3350 | JCM | 3 FISHING RODS | 1 | @ | $7.50 | $7.50 |
| BUYER 1070 | JCM | 3 LAMPS | 1 | @ | $5.00 | $5.00 |
| BUYER 11380 | JCM | 4 MONATERS | 1 | @ | $12.50 | $12.50 |
| BUYER 20569 | JCM | 5 BLUE CHAIRS | 1 | @ | $15.00 | $15.00 |
| BUYER 8609 | JCM | BINDERS/LAMP/RACK/TABLE | 1 | @ | $2.00 | $2.00 |
| BUYER 11380 | JCM | BLACK CHAIR | 1 | @ | $1.00 | $1.00 |
| BUYER 11152 | JCM | BOOKCASE | 1 | @ | $1.00 | $1.00 |
| BUYER 21631 | JCM | CABINET | 1 | @ | $1.00 | $1.00 |
| BUYER 8609 | JCM | CHAIN | 1 | @ | $15.00 | $15.00 |
| BUYER 1972 | JCM | CHAIRS | 2 | @ | $40.00 | $80.00 |
| BUYER 329 | JCM | COFFEE TABLE | 1 | @ | $1.00 | $1.00 |
| BUYER 20573 | JCM | DESK | 1 | @ | $1.00 | $1.00 |
| BUYER 20573 | JCM | DIVIDERS | 1 | @ | $1.00 | $1.00 |
| BUYER 406 | JCM | EX CHAINS | 1 | @ | $65.00 | $65.00 |
| BUYER 20569 | JCM | EX CHAINS | 6 | @ | $40.00 | $240.00 |
| BUYER 329 | JCM | FILE CABINET | 2 | @ | $7.50 | $15.00 |
| BUYER 425 | JCM | FILE CABINET & 2 DRAWER | 1 | @ | $10.00 | $10.00 |
| BUYER 3217 | JCM | FIRE PROOF FILE CABINET | 1 | @ | $25.00 | $25.00 |
| BUYER 3217 | JCM | GREESE BOARD | 1 | @ | $5.00 | $5.00 |
| BUYER 329 | JCM | KITCHEN ITEMS | 1 | @ | $1.00 | $1.00 |
| BUYER 16871 | JCM | LATTERAL FILE CABINET | 1 | @ | $10.00 | $10.00 |
| BUYER 16871 | JCM | LIGHT BULBS | 1 | @ | $2.00 | $2.00 |
| BUYER 1284 | JCM | MICROWAVE & HEATER | 1 | @ | $10.00 | $10.00 |
| BUYER 20106 | JCM | MOPS | 1 | @ | $5.00 | $5.00 |
| BUYER 11152 | JCM | SEALER & RACK BINDER | 1 | @ | $2.00 | $2.00 |
| BUYER 5 | JCM | SHREADER LARGE & SMALL | 1 | @ | $80.00 | $80.00 |
| BUYER 20106 | JCM | STACK OF CHAINS | 2 | @ | $13.00 | $26.00 |
| BUYER 20573 | JCM | TIMER | 1 | @ | $5.00 | $5.00 |
| BUYER 3617 | JCM | TRASH CANS | 1 | @ | $10.00 | $10.00 |
| BUYER 19165 | JCM | TV | 1 | @ | $380.00 | $380.00 |
| BUYER 20569 | JCM | WHIRPOOL FRIDGE | 1 | @ | $80.00 | $80.00 |

AUTO AUCTIONS INC.    (615) 262-5455    CheckNumber:    TOTAL SOLD ( 39 LOTS )    $1,266.00
                                                   AUCTION COMMISION (    $0.00 )

*THANK YOU FOR YOUR BUSINESS*

**BOBBY COLSON**     *AUCTIONEER*     Total Due Seller    $1,266.00

*handwritten:* +126.00
1392.00

JOHN C. MCLEMORE ATTY. TRUSTEE

**SELLER FINAL SETTLEMENT SHEET**        **PERSONAL PROPERTY**    Page 2

For Auction Date

**Thursday, February 21, 2019**     **JOHN C. MCLEMORE**     2/25/2019

I, (or we), the seller of goods, merchandise, motor vehicles, and / or propertky sold at public auction on the above date, acknowledge and accept this settlement of proceeds of sale. I (or we) agree to accept all respsonsibility for providing merchantable title to all goods, motor vehicles. merchandise, and / property sold, and for the delivery of good title to the purchaser.

_____       _____

**AUCTIONEER OR CASHIER'S SIGNATURE**       **SELLER'S SIGNATURE**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

| | | |
|---|---|---|
| John C. McLemore, Trustee<br>2000 Richard Jones Rd., Ste. 250<br>Nashville TN 37215 | Case #: 18-04526-RM3-7<br>INTEGRATED HEALING TECHNOLOGIES, LLC<br>Debtor(s). | PINNACLE NATIONAL BANK<br>211 Commerce Street, Suite 300<br>Nashville, TN - 37201   87-0863/0640 01 |

VOID AFTER 90 DAYS    DATE: 03/21/2019    CHECK NO: 3146

PAY: THREE HUNDRED FORTY-EIGHT AND 13 / 100     $348.13

TO THE ORDER OF: Bill Colson Auction & Realty Co., Inc.
2012 Beech Avenue
Nashville, TN 37204

VOID AFTER 90 DAYS

*[signature]*

Auctioneer Fee per Order of Employment 3-20-19

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈"000003146"⑈ ⑆064008637⑆ ⑈9951040160⑈

---

DATE: 03/21/2019    CHECK NO: 3146    CONTROL NO: 8968    $348.13

Auctioneer Fee per Order of Employment 3-20-19

**Payment Details**

$348.13

---

John C. McLemore, Trustee
2000 Richard Jones Rd., Ste. 250
Nashville TN 37215

Case #: 18-04526-RM3-7
INTEGRATED HEALING TECHNOLOGIES, LLC
Debtor(s).

PINNACLE BANK
211 Commerce Street, Suite 300
Nashville, TN - 37201

VOID AFTER 90 DAYS    DATE: 03/21/2019    CHECK NO: 3146    CONTROL NO: 8968

PAY: THREE HUNDRED FORTY-EIGHT AND 13 / 100     $348.13

TO THE ORDER OF: Bill Colson Auction & Realty Co., Inc.
2012 Beech Avenue
Nashville, TN 37204

Auctioneer Fee per Order of Employment 3-20-19

ACCT: ******0160

WL85111LN1    CHECKS FORMS & SUPPLIES 615-758-4022 / FAX 615-773-7171    PRINTED IN U.S.A.

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ABBAS | ABDUL JABBAR | 111230 | 735 GLENVIEW DRIVE | NASHVILLE | TN | 37206 |
| ABDULLAH | HAMID | 113864 | 3917 Brick Church Pk | NASHVILLE | TN | 37207 |
| ABED | KHALED YOUSEF | 111177 | 5901 OLD HICKORY BLVD OLD HICKORY | | TN | 37076 |
| ABUGUMIZA | KHALED | 111248 | 1535 MURFREESBORO RD. NASHVILLE | | TN | 37217 |
| ADAMS | ROBERT LEE | 10007 | 321 CEDAR CREEK DR HERMITAGE | | TN | 37207 |
| ADESHINA | ABIODUN | 111292 | 600 WHISPERING HILLS DR APT 1-2 NASHVILLE | | TN | 37211 |
| ADKINS | WENDEL C. | 111249 | 966 OLD LEBANON DIRT RD. HERMITAGE | | TN | 37211 |
| AHMED | HASEEN | 111294 | 3214 HILLCREST PL NASHVILLE | | TN | 37076 |
| AL ZUHAIRI | HUSSAIN ABDALAMIR M | 119285 | 4960 EDMONSON PK APT M1 NASHVILLE | | TN | 37203 |
| AL-ASADI | HAMMEED | 111295 | 1285 4TH AVE SOUTH APT A NASHVILLE | | TN | 37211 |
| AL-SORAIFY | ABDUL RIDHA | 111253 | 4325 CENTRAL WAY HERMITAGE | | TN | 37210 |
| ALANIS II | JUAN RAUL | 100031 | 5099 LINBAR DR. APT C 34 NASHVILLE | | TN | 37076 |
| ALBRIGHT | REBECCA JO | 118977 | 193 TOWNSHIP DR HENDERSONVILLE | | TN | 37211 |
| ALGARAWI | AHMAD JASSIM | 119715 | 524 CEDAR DR NASHVILLE | | TN | 37075 |
| ALI | LIBYAAN S. | 119976 | 2706 GLENROSE AVE APT C-10 NASHVILLE | | TN | 37211 |
| ALI | MEHA RAHEEM | 111264 | 1400 LILLIAN ST NASHVILLE | | TN | 37210 |
| ALKHUZAI | HAMED AZIZE | 119201 | 850 RICHARD RD APT M 8 ANTIOCH | | TN | 37013 |
| AMANKWAH | JUSTICE | 113689 | 200 PARAGON MILLS APT F12 NASHVILLE | | TN | 37013 |
| ANDERSON | KERRY | 113692 | 548 BROOKVIEW ESTATES ANTIOCH | | TN | 37211 |
| ANDZE | ISAAC | 113754 | 523 LINCOYA BAY DR NASHVILLE | | TN | 37013 |
| AYERS | STEVEN | 111213 | 2706 BRUNSWICK DR NASHVILLE | | TN | 37206 |
| BABB | SUSIE PEARL | 119521 | 1147 WALLER RD BRENTWOOD | | TN | 37214 |
| BALLONA-LOPEZ | JORGE L. | 10023 | 308 PLUS PARK BLVD APT S-6 NASHVILLE | | TN | 37027 |
| BARLOW | KELLY DANE | 113678 | 4717 COLEMONT PL ANTIOCH | | TN | 37217 |
| BASFORD | BOBBIE JEAN | 111297 | 517 RURAL HILL ROAD NASHVILLE | | TN | 37013 |
| BASSHAM | NAKIA TASHAWANA | 111318 | 3525 CHESAPEAKE DR NASHVILLE | | TN | 37217 |
| BAXTER | BILLIE JEAN | 10377 | 309 CORTLAND ST. NASHVILLE | | TN | 37207 |
| BEARD | SHANIKA BILON | 10086 | 510 HERITAGE DR APT 169 SHELBYVILLE | | TN | 37160 |
| BEAVERS | CLYDE WINFREY | 10028 | 1175 MUD HOLLOW RD MADISON | | TN | 37115 |
| BEDAWI | SAMMY RIFAAT | 111167 | 3304 ANDERSON ROAD HENDERSONVILLE | | TN | 37075 |
| | | | | ANTIOCH | TN | 37013 |

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BEECH | WILLA ANTIONETTE | 111163 | 2693 OLD MATTHEWS RD APT B | NASHVILLE | TN | 37207 |
| BEGLEY | DANNY DONNELL | 110005 | 2549 COMBS DR | NASHVILLE | TN | 37207 |
| BELL | THOMASENA | 111362 | 3301 CREEKWOOD DR APT M 100 | NASHVILLE | TN | 37207 |
| BENIMON | LEON WENDELL | 111139 | 3633 REDMON ATREET APT #D | NASHVILLE | TN | 37209 |
| BillA | ELVIS | 10036 | 127 BERELE SHEPSELE LN | NASHVILLE | TN | 37209 |
| BILLINGSLEY | CHRISTOPHER SCOTT | 119503 | 101 CEDAR CREST DR | LAVERGNE | TN | 37086 |
| BLACKSMITH | CARLOS LADELLE | 111186 | 6932 HWY 70 SOUTH APT 310 | NASHVILLE | TN | 37042 |
| BLAIR | JAMES | 111152 | 3825 EDWARDS AVE APT B | NASHVILLE | TN | 37221 |
| BOGLE | EDWARD | 100015 | 270 BOGLE RD | NASHVILLE | TN | 37216 |
| BONILLA-VAQUERA | LEANDRO | 10048 | 5101 LINDAR DR APT D-104 | SMYRNA | TN | 37167 |
| BOOKER | ERIC | 111243 | 1106 BELL GRIMES LN | NASHVILLE | TN | 37211 |
| BOONE | MICHAEL | 113708 | 4105 AMES DR | NASHVILLE | TN | 37218 |
| BORJAS | JUAN | 16297 | 5211 INDIANA AVENUE | NASHVILLE | TN | 37207 |
| BRACEY | MARY ANN | 10049 | 516 VANTREASE DR | NASHVILLE | TN | 37209 |
| BRADFORD | SAM WILLIAMS | 100030 | 2128 SCOTT AVENUE | MADISON | TN | 37115 |
| BRADLEY | JAMES DANDRIDGE | 113719 | 922 SHARPE AVE | NASHVILLE | TN | 37216 |
| BRANNOCK | BEAU A. | 10088 | 207 ENSLEY AVE APT C | NASHVILLE | TN | 37206 |
| BRAXTON | ROLANDO D. | 119107 | 516 SHELBY AVE | OLD HICKORY | TN | 37138 |
| BREWINGTON | WILLIAM N. | 10091 | 302 GRANDVIEW DR | NASHVILLE | TN | 37216 |
| BROOKER | ELLAZINE MINIX | 10070 | 5313 MONTHAVEN PARK PLACE | OLD HICKORY | TN | 37138 |
| BROOKS | BRUCE | 111357 | 600 HERTIAGE DR APT N 282 | HENDERSONVILLE | TN | 37075 |
| BROOKS | MILES | 111340 | 5701CLOVERLAND DR | MADISON | TN | 37115 |
| BROOKS | MONTIOA JASHA | 10018 | 2029 10TH AVE SO. | BRENTWOOD | TN | 37027 |
| Brooks | Vashaun Keith | 111271 | 1013 Pennock Ave. | NASHVILLE | TN | 37204 |
| BROWN | CLARENCE | 113693 | 3529 chesapeak dr | NASHVILLE | TN | 37207 |
| brown | james elliott | 10017 | 7904 rainey dr | ANTIOCH | TN | 37013 |
| BRYANT | TERRANCE C. | 10068 | 633 LEMONT DR | NASHVILLE | TN | 37216 |
| BURKS | TIMOTHY WAYNE | 111226 | 1301 NEELY BEND RD. | MADISON | TN | 37115 |
| BUTLER | KAREN | 111176 | 2430 UNDERWOOD | NASHVILLE | TN | 37208 |
| BUTTS | ARNETT | 111258 | 140 N.POOL ST. | NASHVILLE | TN | 37015 |
| CALDWELL | CLARENCE E. | 10098 | 910 MCCLARKIN AVE | ASHLAND CITY | TN | 37216 |
| CANTRELL | BUFORD ELLIOTT | 10058 | 427 COOPER LANE | NASHVILLE | TN | 37166 |
| CAREY | FLOYD | 111247 | 2609 MATTHEWS RD. | SMITHVILLE | TN | 37207 |
| | | | | NASHVILLE | | |

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CAREY | TORRIE | 111284 | 3149 GREGGWOOD DRIVE | NASHVILLE | TN | 37207 |
| CARNESOLTA | RAMON | 111351 | 1508 DICKERSON PK APT F 15 | NASHVILLE | TN | 37207 |
| CARTER | LAQUITA M. | 111148 | 300 EAST WEBSTER ST, APT P-20 | MADISON | TN | 37115 |
| CARTER II | EDWARD | 111246 | 727 BELL RD APT 420 | ANTIOCH | TN | 37013 |
| CARUTHERS | LACRISHA DOMONIQUE | 111309 | 920 BEXHILL COURT SOUTH | HERMITAGE | TN | 37076 |
| CATHEY | CLARK E. | 10010 | 3733 STEVENS LANE | NASHVILLE | TN | 37218 |
| CHACON-ALVAREZ | RAFAEL | 10045 | 524 HELTON DR | CLARKSVILLE | TN | 37042 |
| CHATMAN | ANTHONY TYRONE | 113672 | 103 EASTMORELAND ST | NASHVILLE | TN | 37209 |
| CHILDRESS | MICHAEL | 113741 | 1355 VALLEY VIEW RD | NASHVILLE | TN | 37207 |
| CHRISTIAN | MIO JUWAN | 113679 | 1220 LAURENT ST | ASHLAND CITY | TN | 37015 |
| CHRISTISON | TERRY FRANCIS | 10051 | 9442 OLD SMYRNA RD | BRENTWOOD | TN | 37027 |
| CLENDENING | DERRICK | 111336 | 327 33RD AVE N | NASHVILLE | TN | 37209 |
| CLOUSE | JAMES EARL | 10059 | 8485 OLD CHARLOTTE PK | PEGRAM | TN | 37143 |
| COCHRAN | DON | 100025 | 2365 WAYNE RD | BON AQUA | TN | 37025 |
| COCHRANE | CRAIG W. | 10097 | 994 RIDGECREST DR | KINGSTON SPRINGS | TN | 37082 |
| COLEMAN | LETONYA | 111261 | 1502 EAST DOUGLAS AV | NASHVILLE | TN | 37206 |
| COLLINS | LAFARRELL DERAY | 10004 | 324 PITTS DR | COLUMBIA | TN | 38401 |
| CONNOR | VINCE | 111267 | 310 TAMPA DRIVE | NASHVILLE | TN | 37208 |
| CONTRERAS | LUIS | 113684 | 714 DUE WEST AVE APT D-35 | MADISON | TN | 37115 |
| CONYERS | CHRISTOPHE LAMONT | 113677 | 310 ARRINGTON ST | NASHVILLE | TN | 37207 |
| COX | DAVID LOUIS | 113735 | 201 GRIZZARD AVE. LOT Q8 | NASHVILLE | TN | 37207 |
| crafton | JAMES L. | 113680 | 773 north farm ct | MURFREESBORO | TN | 37128 |
| CRAIG | TERRY JOE | 111208 | 925 SPAIN AVENUE | NASHVILLE | TN | 37206 |
| CRAWFORD | ALYSHIA | 113674 | 1721 WESTCHESTER DR | NASHVILLE | TN | 37207 |
| Crawford | David | 100028 | 3226 Leawood Dr. | NASHVILLE | TN | 37218 |
| CRAWFORD | JOSEPH | 111179 | 303 SETTLE CT | NASHVILLE | TN | 37207 |
| CRAWFORD | OMAR | 111220 | 116 NOCTURNE FOREST CT | NASHVILLE | TN | 37207 |
| CRAWFORD | ROBERT | 100016 | 239 MARTINGALE DR | OLD HICKORY | TN | 37138 |
| crawford | shawnita bernice | 113712 | 911 west ave. | NASHVILLE | TN | 37206 |
| crawley | michael a. | 111600 | 1717 3rd ave. n. | NASHVILLE | TN | 37200 |
| CROCHRELL | DWIGHT | 111038 | 839 W. TRINITY LN | NASHVILLE | TN | 37207 |
| CROMWELL | JOMO | 111239 | 947 MANSFIELD ST APT # B | NASHVILLE | TN | 37206 |
| CROSS | TIMOTHY W. | 10061 | 937 ROMAN STREET | CLARKSVILLE | TN | 37070 |

| LAST NAME | FIRST NAME | BD NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CRUES | ANTHONY D. | 111215 | 2404 BUCHANAN ST | NASHVILLE | TN | 37208 |
| DARDEN | CHARICE | 113707 | 411 HIGHLAND AVE | SMYRNA | TN | 37167 |
| DARTIS | HATTIE D. | 10037 | 1901 ASHTON AVE | NASHVILLE | TN | 37218 |
| DAVIS | HOWARD | 111263 | 3318 WALTON RD | NASHVILLE | TN | 37206 |
| DAVIS | LUGENE | 111364 | 2740 BOBBY AVE | NASHVILLE | TN | 37216 |
| DEBERRY | KAREN | 10026 | 620 MYRTLE ST | NASHVILLE | TN | 37206 |
| DEMONBREUM | DONALD LASHONE | 118674 | 928 WEST GREENWOOD AV | NASHVILLE | TN | 37206 |
| DENNIS | BOBBY J. | 111279 | 12558 OLD HICKORY BLVD. | NASHVILLE | TN | 37013 |
| DENNIS | CONNIE | 15883 | 12622 OLD HICKORY BLVD | ANTIOCH | TN | 37013 |
| DIA | MADIA I | 111203 | 4420 TENNESSEE AVE APT 5 | NASHVILLE | TN | 37209 |
| DILE | THOMAS RAY | 111206 | 213 QUEEN AVE. | NASHVILLE | TN | 37206 |
| DOUGLAS | ARISIA SHAUNTA | 10013 | 916 15TH AVE SOUTH | NASHVILLE | TN | 37212 |
| DRAKE | MICHAEL | 111277 | 901 LISCHEY AVE. | NASHVILLE | TN | 37202 |
| DRUMMOND | TASHIA SHANTEL | 119631 | 928 MORRISON ST | NASHVILLE | TN | 37208 |
| DURANT | CYNTHIA VICTORIA | 10015 | 3111 ALBION ST | NASHVILLE | TN | 37209 |
| DURRETT | KEITH L. | 111205 | 2520 HIGHLAND TRACE ST. | NASHVILLE | TN | 37207 |
| DYCUS | JOE L | 10002 | 704 GLENVIEW DR | NASHVILLE | TN | 37206 |
| DYER | CHRISTOPHER | 100001 | 1280 S.WATER AVE | GALLATIN | TN | 37066 |
| EADS | JOE DOUGLAS | 10056 | 258 OAK PLAINS RD | CLARKSVILLE | TN | 37043 |
| EADS | JOE DOUGLAS | 111974 | 258 OAK PLAINS RD | CLARKSVILLE | TN | 37043 |
| EIFLING | MELANIE G. | 10032 | 5661 WILKINS BRANCH RD. | FRANKLIN | TN | 37064 |
| ELAM | LYTRICE Y | 10043 | 903 CHICKASAW AVE | NASHVILLE | TN | 37207 |
| ELLISON | SHARON | 119632 | 2400 BUENA VISTA APT 90 | NASHVILLE | TN | 37218 |
| EVANS | CALVIN | 111216 | 1831 HAYNES ST | NASHVILLE | TN | 37207 |
| EVANS | OVATA VALERIE | 111310 | 3017 RICHMOND HILL DR | NASHVILLE | TN | 37207 |
| FANT | EVANS WARREN | 111223 | 211 WILDWOOD DR | SMYRNA | TN | 37167 |
| FERGUSON | VALERIE VANITA | 113697 | 507 TOWNSEND DR | NASHVILLE | TN | 37203 |
| FETAH | JIHAD | 100017 | 3729 TURLEY DR | NASHVILLE | TN | 37211 |
| FLEURIMOND | BECKEN GRACIER | 100002 | 2003 STRAIGHTWAY AVE #3 | NASHVILLE | TN | 37206 |
| FLORES | JOSE | 111236 | 1019 PATRICIA DR APT E 205 | NASHVILLE | TN | 37217 |
| FLOYD | MAURICE | 111201 | 204 DOUGLAS AVENUE | NASHVILLE | TN | 37207 |
| FORD | MARY HARDY | 111197 | 204 DOUGLAS AVENUE | NASHVILLE | TN | 37207 |
| FORD | RHONDA TRUMAN | 16169 | 1040 BURHNMAN DR. S. | HENDERSONVILLE | TN | 37075 |

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| FOSTER | KIMBERLY | 111161 | 908 MANILA DR | NASHVILLE | TN | 37206 |
| FRANKLIN | MICHELLE M. | 10093 | 3110 ELM HILL PIKE APT 303 | NASHVILLE | TN | 37214 |
| FUQUA | EDWARD TYRONE | 111273 | 2715 WHITE CREEK PK APTD-152 | NASHVILLE | TN | 37207 |
| gambrell | jackie | 111250 | 3706 hwy 76 | cottontown | TN | 37048 |
| GANAWAY | STEVE ALLISON | 111194 | 1003 PETWAY ST | NASHVILLE | TN | 37206 |
| GANT | JAMES MARK | 10079 | 2601 HILLSBORO PK APT E-4 | NASHVILLE | TN | 37212 |
| GARVIN | MANTILLAN ASE | 111296 | 4132 BUENA VIEW COURT | NASHVILLE | TN | 37218 |
| GIBBS | CALVIN | 10063 | 258 TOWNES DR | NASHVILLE | TN | 37211 |
| GIBSON | VERNON M. | 10016 | 4395 TARSUS RD | NASHVILLE | TN | 37211 |
| GIBSON JR | JOHN | 100000 | 3866 CROUCH DR | PALMYRA | TN | 37142 |
| GILMORE | COURTNEY MICHELLE | 113710 | 121 WELWORTH | NASHVILLE | TN | 37207 |
| GINN | JOHN S. | 10062 | 127 GENERALS WAY CT | MADISON | TN | 37115 |
| GIPSON | MARILYN | 119903 | 320 WESCH DRIVE APT K-3 | FRANKLIN | TN | 37064 |
| GIPSON | MICHEAL | 10027 | 3891 MACKZIE DR | NASHVILLE | TN | 37211 |
| Golden | Billy Joe | 111144 | 3823 Sam Boney Dr | CLARKSVILLE | TN | 37042 |
| GONZALEZ | TERESA DE JESUS TELLEZ | 10083 | 578 HARPETH BEND DR APT A | NASHVILLE | TN | 37211 |
| GOOCH | TRACY LEMONT | 10080 | 331 PLUS PARK BLVD APT 314 | NASHVILLE | TN | 37221 |
| GOOCH JR | DANIEL EUGENE | 119267 | 1600 4TH AVE NORTH APT 10 | NASHVILLE | TN | 37217 |
| GRADY | LATORYA NICOLE | 117512 | 2405 MEHARRY BLVD. APT-B | NASHVILLE | TN | 37208 |
| GREEN | GLORIA DAWN | 111265 | 910 THOMAS AVE | NASHVILLE | TN | 37208 |
| GREEN | WILBURN C | 111255 | 1014 STAIN BACK AVE | NASHVILLE | TN | 37216 |
| GREENLEE | RODERIQUEZ DARNELL | 111339 | 3258 BRICK CHURCH PK F127 | NASHVILLE | TN | 37207 |
| GREER | JOE EDWARD | 10067 | 1540 HWY 96 NORTH | FAIRVIEW, | TN | 37062 |
| GREY | JAMARI ANTONE | 111242 | 2941 BRANTLEY DR. | ANTIOCH | TN | 37013 |
| GUADARRAMA | GONZALO G. | 113726 | 201 GRIZZARD AVE #O-8 | NASHVILLE | TN | 37207 |
| GUPTON-KNIGHT | ANTOINETTE CHERI | 10039 | 1817 HERMOSA ST | NASHVILLE | TN | 37208 |
| GURLEY | JOHN EDWARD | 113690 | 1829 WESTCHESTER DRIVE | NASHVILLE | TN | 37207 |
| HADDOX | TRAVELL WARING | 119207 | 1432 LITTON AVE | NASHVILLE | TN | 37216 |
| HAMBRICK | DARREN | 111302 | 1521 ROSEDALE AVENUE | NASHVILLE | TN | 37207 |
| HARDMAN | MICHAEL D | 116365 | 198 W HARPER RD | NASHVILLE | TN | 37148 |
| HARDY | ROBERT | 111156 | 1428 ELM HILL DR. | PORTLAND | TN | 37040 |
| HAVEN JR | BOBBY JOE | 10001 | 6660 KEYSTONE DR. | CLARKSVILLE | TN | 37129 |
| HAWBAKER | TIMOTHY J. | 10092 | 6020 WOODLAND HILLS DR | MURFREESBORO | TN | 37211 |
|  |  |  |  | NASHVILLE |  |  |

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY/STATE | | ZIP |
|---|---|---|---|---|---|---|
| HAWKINS | ROCHELLE | 113709 | 1040 CHICAMAUGA AVE | NASHVILLE | TN | 37206 |
| HAYES | BRANDON JAMIL | 10042 | 9 TREEVIEW DR. APT-B LITHONIA | | GA | 30038 |
| HEADLEY | | 113724 | 1240 WH DAVIS DR | NASHVILLE | TN | 37208 |
| HEGGIE | CORNELIA C. | 10025 | 252 BROCK ROAD | CHARLOTTE | TN | 37036 |
| HENDRICKSON JR | BILLY RAY | 111166 | 5303 LOUISIANA AVE | NASHVILLE | TN | 37209 |
| HENDRIXSON | WILLIAM | 111209 | 176 luna drive | NASHVILLE | TN | 37211 |
| Hendrix | Barbara | 100012 | 2437 SNOW HILL RD | DOWELLTOWN | TN | 37059 |
| HERNANDEZ | LINDA | 10074 | 504 S. MABLE ST. | SPRINGFIELD | TN | 37172 |
| HILL | ISMAEL | 100010 | 135 BRINKHAVEN AVE APT J-132 | MADISON | TN | 37115 |
| HILL JR | JENNIFER | 111288 | 103 HART LANE APT 206 | NASHVILLE | TN | 37207 |
| HIRSCH SR | DANNY RAY | 100009 | 1405 BELLAVISTA BLVD | NASHVILLE | TN | 37207 |
| HOPKINS | RENARD A | 10038 | 1330 WILLIAMSON RD LOT-423 | GOODLETSVILLE | TN | 37072 |
| HOWARD | DOUGLAS | 111190 | 1029 31ST. AVE. N. | NASHVILLE | TN | 37209 |
| HOWARD | KALVIN | 111300 | 1028 MONROE AVE APT B | NASHVILLE | TN | 37208 |
| HOWARD | KEVIN DEON | 10012 | 917 ELVIRA AVE | NASHVILLE | TN | 37206 |
| HOWARD | SELENA HURST | 113683 | 3231 LINCOLN AVE | NASHVILLE | TN | 37218 |
| HUDSON | WILLIAM A. | 1111315 | 3318 CLEARVIEW APT B-14 | WHITE HOUSE | TN | 37188 |
| HUME | WILLIE JANE | 111137 | 10 TYREE SPGS. RD. BOX 46 | WHITE HOUSE | TN | 37188 |
| HUNT | HOWARD WAYNE | 113730 | 873 BEECH BEND DRIVE | NASHVILLE | TN | 37221 |
| HUTSON | JOE | 111174 | 2004 ZERMATT AVE. | NASHVILLE | TN | 37211 |
| HYATT | LESLIE R | 100003 | 600 RED INK LOT 8 | MT. JULIET | TN | 37121 |
| IMAFIDON | ALBERT | 114253 | 371 WALLACE RD. APT. V-151 | NASHVILLE | TN | 37211 |
| JACKSON | PAUL | 100020 | 705 HART AVE | NASHVILLE | TN | 37206 |
| JACKSON | mary | 111361 | 1040 CHICAMAUGA AV | NASHVILLE | TN | 37206 |
| JACKSON, JR. | RICHARD | 111251 | 2313 COPPER TERRACE | NASHVILLE | TN | 37216 |
| JAMAL | WALTER LEE | 113686 | 8181 N HWY 51 APT-434 | MILLINGTON | TN | 38053 |
| JEFFERSON JR | ABDULKADIR HUSSEIN | 113734 | 1439 EASTMORELAND AVE APT 1 | MEMPHIS | TN | 38104 |
| JEFFREY | TONY | 111319 | 50 EAST CALDWELL | MT. JULIET | TN | 37122 |
| JETTON | MARK LYNN | 113732 | 1013 SOUTH ST | NASHVILLE | TN | 37203 |
| JETTON | ANTHONY | 111285 | 1013 SOUTH ST | NASHVILLE | TN | 37203 |
| JOCK | STEPHANIE | 10044 | 2609 LEE DRIVE | PLEASANTVIEW, | TN | 37146 |
| JOHNSON | MARVIN WAYNE | 111222 | 1606 SHELBY AVE | NASHVILLE | TN | 37206 |
| JOHNSON | CARL | 115451 | 1013 S ST | NASHVILLE | TN | 37210 |
| JOHNSON | CHARLIE | | | | | |

| LAST NAME | FIRST NAME | ID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| JOHNSON | LOIS DEVONNE | 119274 | 1515 STRAIGHTWAY AVE | NASHVILLE | TN | 37206 |
| JOHNSON | MERINDA | 111219 | 276 MCGAVOCK PIKE | NASHVILLE | TN | 37214 |
| JOHNSON | NELDA | 100027 | 3911 JOHNSON HOLLOW RD | NASHVILLE | TN | 37218 |
| JOHNSON 3RD | | 117719 | 2918 MURRAY CIRCLE | THOMPSON STATION | TN | 37179 |
| JONES | GEORGE RODGER | 111187 | 113 LORAINE DRIVE | NASHVILLE | TN | 37216 |
| JONES | ANN MARIE | 113748 | 205 GATEWOOD AVE | GALLATIN | TN | 37066 |
| JONES | ANTONIO SANTIAL | 113671 | 1714 SEIFRIED DT | NASHVILLE | TN | 37207 |
| JONES | CHANUCHEY | 111138 | 828 HILLWOOD BLVD. | NASHVILLE | TN | 37208 |
| JONES | JAMES JEFFREY | 111214 | 305 CEDARCREEK DR. | NASHVILLE | TN | 37209 |
| JORDAN | KRISTAL LYNNA | 10050 | 860 MURFREESBORO RD APT -A3 | NASHVILLE | TN | 37211 |
| JUAREZ | ALFREDO | 115161 | 645 DEW ST | NASHVILLE | TN | 37217 |
| KELLY | SCHENITA ANN | 111184 | 4051 AMES DR. | NASHVILLE | TN | 37209 |
| KELTON | GREGORY DARNELL | 111240 | 952 GLASS ST. | NASHVILLE | TN | 37206 |
| KERSTETTER | RONALD | 113731 | 2117 LYLE CT APT #8 | FRANKLIN | TN | 37064 |
| KING | ANTHONY | 113739 | 577 RURAL HILL RD | NASHVILLE | TN | 37210 |
| KNIGHT | ROBERT J. | 11114863 | 3649 GEORGIA CT | NASHVILLE | TN | 37217 |
| KNIGHT | SCHARLOTTE | 111260 | 2804 ELLINGTON CIR | NASHVILLE | TN | 37209 |
| KODIROV | SAIDJON | 113701 | 31 LINDSLEY AVE | NASHVILLE | TN | 37207 |
| LANG | MATTHEW | 10035 | 1405 JONES AVE | NASHVILLE | TN | 37211 |
| LANIER | OSCAR G. | 113737 | 1223 JOSEPH AVE | NASHVILLE | TN | 37207 |
| LARA | ROSENDO VALENCIA | 111311 | 1508 DICKERSON RD LOT E17 | NASHVILLE | TN | 37207 |
| LAWSON | HAROLD | 111173 | 211 CAPITOL VIEW AVE | NASHVILLE | TN | 37206 |
| LEE | EMMA | 111257 | 107 N 9TH ST | NASHVILLE | TN | 37207 |
| lepez | raul sanchez | 1119285 | 640A OLD EZELL RD | NASHVILLE | TN | 37217 |
| LEWIS | CAMILLA | 111352 | 1223 JOSEPH AVE | NASHVILLE | TN | 37208 |
| LEWIS | HENRIETTA ELIZABETH | 113711 | 2535 ALLENWOOD DR. | NASHVILLE | TN | 37207 |
| lewis | ryon | 111165 | 1441 lebanon Rd | NASHVILLE | TN | 37210 |
| LEWIS | TIFFANY DAWN | 111293 | 2220 15TH. AVE. N. | NASHVILLE | TN | 37208 |
| LILES | KIMBERLY | 111352 | 180 BURNIG TREE DR | HERMITAGE | TN | 37076 |
| LOAFMAN | FREEMAN | 24 | 2722 HIGHWAY 41 SO | GREENBRIER | TN | 37073 |
| LOCKE | THELMA LOUISE | 111082 | 910 ST | FRANKLIN | TN | 37064 |
| LOPES | CARMELA BAUTISTA | 10011 | 260 HICKORY TRACE L-260 | NASHVILLE | TN | 37211 |
| LOPEZ | FLORENTINA | 111270 | 500 PICADILLY RD APT -90 | ANTIOCH | TN | 37013 |
| MAJOR JR | ROBERT A | 111210 | 261 WHITE BRIDGE RD APT 131 | NASHVILLE | TN | 37209 |

<mark>LAST NAME FIRST NAME ID NO ADDRESS CITY STATE ZIP</mark>

<mark>Monday, February 25, 2019 Page 7 of 13</mark>

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| MANGRUM | RANDALL CLARK | 111342 | 1401 8TH ST | OLD HICKORY | TN | 37138 |
| MANNS | ERICKA LAKETHA | 111306 | 1141 CAHAL AVE | NASHVILLE | TN | 37206 |
| Martin | Jammie | 100026 | 5800 Maudina Ave Apt X2 | NASHVILLE | TN | 37209 |
| MARTIN | KENNETH W. | 10065 | 1429 riverside dr apt #b | NASHVILLE | TN | 37206 |
| MARTINEZ | LEONEL | 111346 | 5512 PENNSYLVANIA AVE | NASHVILLE | TN | 37209 |
| MARTINEZ | THOMAS W. | 110085 | 2734 RICHLAND RD | MURFREESBORO | TN | 37130 |
| MASTERS | TONY E. | 10087 | 2338 NORTH RD | MURFREESBORO | TN | 37129 |
| MATHERS | VALIENCE D. | 113725 | 270 TAMPA DR. APT K-4 | NASHVILLE | TN | 37211 |
| MATTHEWS | ARTHUR | 111232 | 2103 SCOTT AVE | NASHVILLE | TN | 37216 |
| MAUPIN | ERICA DENISE | 119579 | 1411 HICKORY HIGHLANDS DR | ANTIOCH | TN | 37013 |
| Mayberry | Shasity | 111141 | 1019 Marilyn Rd. | NASHVILLE | TN | 37209 |
| MCDOWELL | CHRISTOPHE MICHAEL | 111238 | 6211 PENNSYLVANIA AVE | NASHVILLE | TN | 37209 |
| MCGILL | TYRONE DONNELL | 111207 | 501 BEN ALLEN RD. | NASHVILLE | TN | 37216 |
| MCINTYRE | NANCY J. | 10029 | 317 PAPPY DRIVE | OAK GROVE | KY | 42262 |
| MCKISSICK | LINDA | 113717 | 806 JOSEPHINE ST | SPRINGFIELD | TN | 37172 |
| MCLAUGHLIN | LOUISE PRICE | 119634 | 1306 KENMORE COURT | NASHVILLE | TN | 37216 |
| MCMILIAN | DAVID | 111193 | 1123 E. CAHAL AVENUE | NASHVILLE | TN | 37206 |
| MEHR | ETHY | 111234 | 146 GATONE DRIVE | NASHVILLE | TN | 37206 |
| MELGAR | JAIME | 119117 | 320 WELCH RD APT E-2 | HENDERSONVILLE | TN | 37075 |
| MELGOZA | GUSTAVO | 113687 | 511 HAGAN ST | NASHVILLE | TN | 37211 |
| MERRITT | KEISHA | 111233 | 3205 CLAPHAM RD | NASHVILLE | TN | 37203 |
| MERRITT | RODERICK L. | 10095 | 532 PHIPPS DR | ANTIOCH | TN | 37013 |
| MIDDLEBROOKS | ERNEST | 111191 | 903 RIVERSIDE DR | NASHVILLE | TN | 37218 |
| MILAN | LORENZIA | 113733 | 510 TANKSLEY AVE | NASHVILLE | TN | 37206 |
| MINTLOW | SHETIKA SHANTA | 10055 | 1037 CENTER POINT RD APT 1518 | NASHVILLE | TN | 37211 |
| MITCHELL | DEBORAH FREDERICA | 111345 | 141 DELLWAY DR | HENDERSONVILLE | TN | 37075 |
| MOFFITT | JIMMY MAURICE | 113673 | 906 HAVENHILL DR | NASHVILLE | TN | 37207 |
| MOFIELD | KENNETH G. | 10072 | 49 CIRCLE DR | LOBELVILLE | TN | 37217 |
| MONTGOMERY | DIANE ALBERTA | 119275 | 4538 BROOKE VALLEY DR | HERMITAGE | TN | 37097 |
| MOORE | DERRICK | 113713 | 2627 PENNINGTON AVE | NASHVILLE | TN | 37076 |
| MOORE | MILTON | 111372 | 2112 23RD AVE N | NASHVILLE | TN | 37208 |
| MOORE | SELENA DONTRELL | 113700 | 2617 JONES VIEW DR | NASHVILLE | TN | 37207 |
| MORGAN | WILLS NAPIER | 10020 | 6161 OLD HICKORY BLVD | WHITES CREEK | TN | 37189 |

| LAST NAME | FIRST NAME | BID NO | ADDRESS | | CITY/STATE/ZIP | |
|---|---|---|---|---|---|---|
| MULL | DARRYL LYNN | 113699 | 1236 LAKE SIDE DR | ASHLAND CITY | TN | 37015 |
| MUNIZ | ARNUFOLD TONY | 10071 | 2739 AMERICAN HORSE TR | MURFREESBORO | TN | 37127 |
| MYERS | PAUL KAVIN | 10040 | 44 MUSIC SQUARE WEST APT 701 | NASHVILLE | TN | 37203 |
| NABAA | WALLACE R | 111217 | 1305 JEFFERSON ST | NASHVILLE | TN | 37208 |
| NANCE | DONINIQUE N. | 10084 | 3317 OLSEN LN | NASHVILLE | TN | 37218 |
| NARTEY | CHARLES M. | 10046 | 3818 SYFERT LANE | NASHVILLE | TN | 37211 |
| NAVA | JUAN | 111373 | 104 ICKORY PK LN | NASHVILLE | TN | 37013 |
| NEAL | MONA RENEE | 118472 | 2900 HAMILTON CHURCH RD APT 818 | NASHVILLE | TN | 37013 |
| NEELY | LARRY | 100019 | 1202 PICKLE KNIGHT RD | ANTIOCH | TN | 37013 |
| NEVELS | RALPH | 111314 | 115 NORTH 7TH | JOELTON | TN | 37080 |
| NORFLEET | JEWELL | 111198 | 1227 CHESTER AVENUE | NASHVILLE | TN | 37207 |
| NORRIS | STEPHANIE BENINA | 10096 | 309 35TH AVE NO APT A | NASHVILLE | TN | 37209 |
| NOURVLE | NICOLE M. | 10089 | 2338 DEVONSHIRE DR | OLD HICKORY | TN | 37138 |
| ODEN | ROBBIE JAMES | 10057 | 211 ARCHWOOD DR APT-B | MADISON | TN | 37115 |
| OGHARO | AMIENHOMWAN | 111298 | 516 DANLEY CT | ANTIOCH | TN | 37013 |
| ORTIZ | HERMENE GILDO J | 111228 | 350 TREMONT DR APT.111 | NASHVILLE | TN | 37130 |
| OSBORNE | ROBERT D | 111274 | 1103 LISCHEY AVE | NASHVILLE | TN | 37207 |
| OWENS | GEORGE | 111180 | 316 ELBERTA ST | NASHVILLE | TN | 37210 |
| PARKS | JOHN LAMONT | 111172 | 2836 CLIFTON AVE | NASHVILLE | TN | 37209 |
| PARRISH | HENRY E. | 10041 | 3284 CAIN HARBOR DR | NASHVILLE | TN | 37214 |
| PARSON | READORE B. | 113755 | 1215 TREMONT AVE | NASHVILLE | TN | 37212 |
| PATTERSON | JERROD | 113675 | 625 ROCKY HILL RD | CLARKSVILLE | TN | 37042 |
| PATTON | GLORIA B | 111451 | 1211 SYCAMORE RD | NASHVILLE | TN | 37204 |
| PAYNE | GRANTLEY | 100023 | 515 BASSWOOD AVE APT L 111 | NASHVILLE | TN | 37209 |
| perez | jose manuel | 10069 | 13012 old hickory blvd | ANTIOCH | TN | 37013 |
| PHILIPPE | LINDA | 111269 | 7815 RAINEY DR | ANTIOCH | TN | 37013 |
| PHILLIPS | JAMES EDWARD | 10033 | 3920 SUSSEX DR. | NASHVILLE | TN | 37207 |
| PHILLIPS | VANESSA NICOLE | 117305 | 425 13TH AVE N | NASHVILLE | TN | 37203 |
| PHILLIPS, JR | WARREN EMMNAUEL | 111178 | 212 MANZAND DR | MADISON | TN | 37115 |
| PHILLIPS, JR | NATHANIEL | 113681 | 270 TAMPA DR APT 05 | NASHVILLE | TN | 37211 |
| PINSON | MAURICE ANTONE | 10054 | 2933 TORBERT ST | NASHVILLE | TN | 37209 |
| PITTMAN | DAISY VERONICA | 119638 | 2772 WATERVIEW DR | NASHVILLE | TN | 37217 |
| POLLARD | JAMES | 113704 | 144 OAK VALLEY DR | NASHVILLE | TN | 37207 |

| LAST NAME | FIRST NAME | ID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| POSANTES | ADIN | 113752 | 1114 LULA LANE P.O. BOX 37064 | FRANKLIN | TN | 37065 |
| PREWITT | CHRISTOPHER | 113729 | 950 COBURN RD | CLARKSVILLE | TN | 37042 |
| pryor | anthony m. | 10094 | 2929 old franklin rd apt 416 | ANTIOCH | TN | 37013 |
| Ramsey | Anthony | 111158 | 3352 Hospital Lane | NASHVILLE | TN | 37218 |
| RANSOM | WILLIAM HENRY | 10014 | 1216 NORTH 7TH ST. | NASHVILLE | TN | 37207 |
| RAYFORD | BRIA NICHELE | 111374 | 108 BELLA COURT | NASHVILLE | TN | 37207 |
| REAGON | PRENTICE CHARLES | 10090 | 918 DALEBROOK LN | NASHVILLE | TN | 37206 |
| REYNA | CESAR | 113706 | 1250 ANTIOCH PK | ANTIOCH | TN | 37211 |
| RILEY | BRENT | 113742 | 792 ROWAN DR | NASHVILLE | TN | 37207 |
| RIVERA | JUAN JOSE | 10073 | 505 PICADILLY ROW APT. 6 | ANTIOCH | TN | 37013 |
| ROBERTS | GARY | 111196 | 1400 MONTGOMERY | NASHVILLE | TN | 37207 |
| ROBERTSON | JENNIFER | 111181 | 1409B D. B. TODD BLVD. | NASHVILLE | TN | 37208 |
| ROBERTSON JR | BILLIE JOE | 111426 | 423 W TRINITY LN | NASHVILLE | TN | 37207 |
| ROBINSON | SHATIVA NASHA | 113696 | 610 S. 7TH ST | NASHVILLE | TN | 37208 |
| RODRIGUEZ | JOSE B. | 10076 | 5005 CHADFIELD WAY | ANTIOCH | TN | 37013 |
| ROSALEZ | OSCAR MARTINEZ | 118065 | 1524 E. BURT DRIVE LOT 81 | COLUMBIA | TN | 38401 |
| RUCKER | CYNTHIA YVETTE | 111369 | 3621 VILLAGE TRAIL | NASHVILLE | TN | 37207 |
| RUSSELL | CHERYL WATSON | 119541 | 1034 JEROME BATTS RD | CHAPMANSBORO | TN | 37035 |
| RUSSELL | CHRISTPONE | 111256 | 3706 RIDGE TOP DR | NASHVILLE | TN | 37207 |
| RUSSELL | JESSICA | 100021 | 1309 DAVISON ST | NASHVILLE | TN | 37206 |
| RUSSELL | LARRY | 100022 | 1309 DAVISON ST | NASHVILLE | TN | 37206 |
| RUST | VERNON WAYNE | 111224 | 2504 WHITE AVE | NASHVILLE | TN | 37209 |
| rutledge | devolia m | 10066 | 2505 gardner lane | NASHVILLE | TN | 37207 |
| SABRI | AZAD HAMED | 111313 | 4960 EDMONDSON PK APT S-6 | NASHVILLE | TN | 37211 |
| SALINAS | DANIEL | 113714 | 500 PICADILLY ROW APT 90 | ANTIOCH | TN | 37013 |
| SALMAN | ISMAIL | 100018 | 400 GLENPARK DR APT B | NASHVILLE | TN | 37035 |
| SANDERS JR | JOHN | 113676 | 527 YOKLEY DR | NASHVILLE | TN | 37217 |
| SANDERS MCINTOSH | JACQUELINE | 111169 | 1416 STRAFORD AVE | NASHVILLE | TN | 37207 |
| SANTANA | JAIME BENJAMIN | 111482 | 200 N TRIGG AVE APT 4 | NASHVILLE | TN | 37216 |
| SANTMARIA | ALEJANDRO | 113703 | 31 A LUTIE ST | GALLATIN | TN | 37066 |
| SARRIAS | JUAN CARLOS ZULETA | 111363 | 128 SPRING COURT | NASHVILLE | TN | 37210 |
| SAULSBERRY | BETTY JEAN | 111237 | 34 RAINBLOW LANE | NASHVILLE | TN | 37207 |
| SAXON | VIRGINIA FAYE | 10021 | 644 WEST GREEN LANE PILL COAST | NASHVILLE | FL | 32164 |
| | | | | NASHVILLE | TN | 37207 |

| LAST NAME | FIRST NAME | ID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| SCOTT | DONNIE | 111160 | 360 PEA RIDGE WESTMORELAND | | TN | 37186 |
| SEAGRAVES | PHILIP | 111183 | 628 DURRETT DR. | NASHVILLE | TN | 37207 |
| SEBASTIAN | JUANA | 111252 | 214 E 7TH AVE | BOWLING GREEN | KY | 42101 |
| SEIVENO | DENESE DANET | 119643 | 20107 CROWNE BROOK CR. | FRANKLIN | TN | 37067 |
| SHANNON | MIKE R. | 10082 | 1559 BRINKLEY BRANCH RD | HENDERSONVILLE | TN | 37075 |
| SHAW | TYLER JAMEL | 111320 | 6531 ANGIE | MILLINGTON | TN | 38053 |
| SHELTON | MARVIN CLIFTON | 111356 | 132 QUEENS LANE | NASHVILLE | TN | 37205 |
| SIDIQI | NASON | 111195 | 700 IDLEWILD | MADISON | TN | 37115 |
| SISCO | JASON | 100024 | 21 VAUGHS GAP RD APT 12 | NASHVILLE | TN | 37205 |
| SLONE | DONALD | 111262 | 122 MAUREEN DR | HENDERSONVILLE | TN | 37075 |
| SMITH | KRISTOFER ANTHONY | 100029 | 921 SPLIT OAK DRIVE | ANTIOCH | TN | 37013 |
| SMITH | NARADA MARTEZ AMIR | 118522 | 3253 HUMMINGBIRD DR | NASHVILLE | TN | 37218 |
| SMITH | ROBERT ALANZIO | 111235 | 1013 PENNOCK AVE | NASHVILLE | TN | 37207 |
| SMITH | SHATIKA RENEE | 119974 | 3319 CHESAPEAKE CIRCLE | NASHVILLE | TN | 37207 |
| SMITH | TAMARIA | 111159 | 601 HICKORY VIEW DR | ANTIOCH | TN | 37013 |
| SMITH | TIMIKA | 111337 | 469 PONDER PLACE 605 | NASHVILLE | TN | 37228 |
| SMITH | TWENCH | 111360 | 921 WEST DOUGLAS AVE | NASHVILLE | TN | 37206 |
| SMITH | WILLIAM PHILLIP | 100008 | 1205 NORTH 5TH | NASHVILLE | TN | 37207 |
| SMITHSON | GERRY | 113691 | 4942 BETHESDA-DEPLEX RD | COLLEGE GROVE | TN | 37046 |
| SOWELL | SHARMAN | 113738 | 135 BATEY CIRCLE | DICKSON | TN | 37055 |
| SPANN | SAMMY RAY | 10034 | 1906 HWY 46 | DICKSON | TN | 37055 |
| SPENCE | FABIAN | 111162 | 3549 CHESAPEAKE DR | NASHVILLE | TN | 37207 |
| STANNARD | NORMAN EARL | 111037 | 4015 MOSS ROSE DRIVE | NASHVILLE | TN | 37216 |
| STANTON | JUAN | 111316 | 2602 ALBION STREET | NASHVILLE | TN | 37208 |
| steger | carlton | 16102 | 857 longhunter court | NASHVILLE | TN | 37217 |
| STEWART | STEVIE W | 111244 | 308W WILBURN ST | NASHVILLE | TN | 37207 |
| STRANGE | TAMMY | 111140 | 215 CREEKSIDE DR | CLARKSVILLE | TN | 370142 |
| STUART | KATRINA DEVON | 10019 | 778 LEWIS ST. | NASHVILLE | TN | 37210 |
| SULLIVAN | LORI ANN | 10005 | 3107 LOUISE DR | NASHVILLE | TN | 37211 |
| SUMMERS | MARVIN DEVON | 113688 | 2412 N 16TH ST | NASHVILLE | TN | 37206 |
| SUTTON | MARC ANTONIO | 10030 | 2941 NAUTILUS DR. | NASHVILLE | TN | 37217 |
| SWANSON | DARYL DEMETRIUS | 118958 | 774-A SOUTH 7TH | NASHVILLE | TN | 37206 |
| SWEAT | JAMES | 119341 | 1706 LONG AVE | NASHVILLE | TN | 37206 |

Case 3:18-bk-04526    Doc 112    Filed 03/21/19    Entered 03/21/19 10:33:45    Desc Main
Document    Page 17 of 19

| LAST NAME | FIRST NAME | ID NO | ADDRESS | CITY/STATE/ZIP | | |
|---|---|---|---|---|---|---|
| TALLEY | KEVIN | 111344 | 525 CREIGHTON LANE | LEBANON | TN | 37087 |
| TALLEY | REGINALD MARCEL | 119230 | 3257 PRIESTWOODS DR | NASHVILLE | TN | 37214 |
| TATE | JAMES MELVIN | 111225 | 2202 SUMMIT AVE | NASHVILLE | TN | 37208 |
| TAYLOR | JESSICA V. | 10081 | 1210 SKYLINE DR | SPARTA | TN | 38583 |
| TAYLOR | SHANITA | 111375 | 3429 FAWNWOOD PLACE | NASHVILLE | TN | 37207 |
| TEAGUE | ELMINGO | 111358 | 1127 GREENFIELD AVE | NASHVILLE | TN | 37216 |
| THOMPSON | CHERYL YVONNE | 111376 | 3805 WOODWARD DR. | NASHVILLE | TN | 37207 |
| THOMPSON | VERA | 111272 | 1004 GILMORE AVE. S. | NASHVILLE | TN | 37204 |
| TROTTER | JUSTIN | 111379 | 1038 HORSESHOE DR | NASHVILLE | TN | 37216 |
| TUCKER | KENDALL | 111254 | 2126 GAINES ST | NASHVILLE | TN | 37207 |
| TUDEME | AUGUSTINE | 111350 | 5353 CANE RIDGE RD | ANTIOCH | TN | 37013 |
| TURNLEY | sandra | 113736 | 810 JOSEPHINE ST | SPRINGFIELD | TN | 37172 |
| UTLEY | GERTRUDE | 113715 | 2715 WHITES CREEK PK APT # 177 | NASHVILLE | TN | 37207 |
| VANDERPOOL | LAURA MAE | 10003 | 344 BELL RD APT F-95 | NASHVILLE | TN | 37217 |
| VARGAS | CARLOS | 111170 | 311 NATCHEZ CT APT A-13 | ANTIOCH | TN | 37211 |
| VEHONSKY | CHRISTINA | 111378 | 2905 CANNON HILL DR | MURFREESBORO | TN | 37129 |
| VELEZ | CARMEN | 10077 | 125 NORTH 6TH AVE | NASHVILLE | TN | 37206 |
| VILLANUEVA | JOEL FUENTES | 10047 | 917 ROSEWOOD HILLS | GARLAND | TX | 75040 |
| VONHOPFFGARTEN | PETER KLAUS | 10052 | 5864 CANE RIDGE RD | ANTIOCH | TN | 37013 |
| WAERING | BRET CHRISTOPHER | 10075 | 899 VIRGINIA AVE. | NASHVILLE | TN | 37216 |
| WALLACE | JOSEPH W. | 111135 | 211 PARK LN | CLARKSVILLE | TN | 37040 |
| WALLER | MYQUESILA | 117234 | 400 E NOCTURNE DR APT H-71 BOX H-3 | NASHVILLE | TN | 37207 |
| WARD | JANICE | 100011 | 1342 DRY CREEK RD | SMITHVILLE | TN | 37166 |
| WARDEN | LESLIE | 111317 | 1095 BRYANT RD | ASHLAND CITY | TN | 37015 |
| WATKINS | TIMOTHY DEWAYNE | 111307 | 1209 CEDAR LANE | ANTIOCH | TN | 37013 |
| watts | charles anthony d | 113698 | 1613 MARSDEN | NASHVILLE | TN | 37216 |
| WAYNE | RUSSELL DAVID | 10009 | 1097 WOODFERRY RD LOT 12 | GALLATIN | TN | 37066 |
| WEATHERFORD | KIMBERLY ANN | 119994 | 2311 BEARDEN RD | CLARKSVILLE | TN | 37043 |
| WEAVER | MARSHAL WILLAIM | 111241 | 1004 VIRGINIA AVE | NASHVILLE | TN | 37216 |
| WELCH JR | LEON | 113695 | 735 JOSEPH AVE | NASHVILLE | TN | 37207 |
| WELLS | GARY | 113705 | 211 HERMITAGE PARK DR APT 211 | HERMITAGE | TN | 37076 |
| WELLS | GARY LYNN | 113740 | 211 HERMITAGE AVE | HERMITAGE | TN | 37076 |
| WHEELER 111 | JAMES | 113721 | 3737 HILLBROCK CT | NASHVILLE | TN | 37211 |

| LAST NAME | FIRST NAME | BID NO | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| WHITE | NATHAN EARL | 10031 | 2833 SUMMERTREE LN | CLARKSVILLE | TN | 37042 |
| WHITE | WILLIE | 1111268 | 3332 COUNTRY HILL | ANTIOCH | TN | 37013 |
| WHITEHEAD | DONNELL | 110053 | 3124 WILMOTH RD | NASHVILLE | TN | 37207 |
| WHITEHEAD | JANICE | 111341 | 3117 BRICKDALE LN APT B | NASHVILLE | TN | 37207 |
| WHITLOW SR | JOE EARL | 10053 | 217 WILDGROVE CT | ANTIOCH | TN | 37013 |
| WHITSON | NICKLESS | 111287 | 1466 HILLSIDE AVE | NASHVILLE | TN | 37203 |
| WILKERSON | LAVONTE OCTAVIS | 10022 | 6944 HWY 70S APT 705 | NASHVILLE | TN | 37221 |
| WILKS | ANITA CAROLINE | 110062 | 1214 B NORTH 7TH ST. | NASHVILLE | TN | 37207 |
| WILLIAMS | ALVIN | 111370 | 2910 GLENMEADE DR. | NASHVILLE | TN | 37216 |
| WILLIAMS | ANTHONY L. | 113756 | 1715 26TH AVE N | NASHVILLE | TN | 37208 |
| WILLIAMS | IRA | 10064 | 904 OAK ST. | NASHVILLE | TN | 37216 |
| WILLIAMS | KIMBERLY | 16608 | 1503 B ROSEDALE AVE | NASHVILLE | TN | 37207 |
| WILLIAMS | LATASHA | 113716 | 1273 12TH AVE S | NASHVILLE | TN | 37203 |
| WILLIAMS | LATISHA CAMELIA | 111377 | 613 SO.9TH. APT.8 | NASHVILLE | TN | 37206 |
| WILLIAMS JR | WAYNE | 117020 | 627 E TRINTY LN | NASHVILLE | TN | 37207 |
| WILLIAMSON | TERRICK | 111359 | 512A LISCHEY AVE | NASHVILLE | TN | 37207 |
| WOODS | FRANKIE L | 113751 | 1017 HALCYON AVENUE | NASHVILLE | TN | 37204 |
| WOODS | TONY EUGENE | 119512 | 3114 MOOREWOOD DR | NASHVILLE | TN | 37207 |
| WOODS | TONYA NICHELLE | 10078 | 2809 ACADEMY DR APT A | HUNTSVILLE | AL | 35811 |
| WOODS | WAYNE | 119482 | 900 CAHAL ST | NASHVILLE | TN | 37216 |
| WRIGHT | DAVID | 111283 | 214 E. CLARKSVILLE BLVD. | MURFREESBO | TN | 37230 |
| YOUNG | CHARLES WILLIAM | 10060 | 2821 CLIFTON AVE | NASHVILLE | TN | 37209 |
| YOUNG | CHRISTOPHER JEROME | 10006 | 1500 HAMPSHIRE PK APT G-6 | COLUMBIA | TN | 38401 |
| ZIRIYAROVA | DILFUZA | 111278 | 5543 EDMONSON PIKE APT 6G | NASHVILLE | TN | 37211 |
| ZIRKER | VINCENT EDWARD | 111305 | 1810 14TH AVE NORTH | NASHVILLE | TN | 37208 |

**419 TOTAL REGISTERED BUYERS**