## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br><br>DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |
|---|---|

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  5/20/19 (30 DAY NOTICE PERIOD)**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:  5/28/19, 9:00 A.M.,**
**COURTROOM ONE, U.S. CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TENNESSEE**

### NOTICE OF AMENDED MOTION FOR ALLOWANCE OR DISALLOWANCE OF CLAIMS

John C. McLemore, Trustee, has asked the court for the following: to allow Claims 3, 3(a), 6, 11, 17, 29, 30 and 40.

**YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before 5/20/19, you or your attorney must:

1. File with the Court your response or objection explaining your position.  **PLEASE NOTE:  THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:  https://ecf.tnmb.uscourts.gov.**

    If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584.  You may also visit the Bankruptcy Court in person at:  U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 5/20/19, the date of the scheduled hearing is 5/28/19 and the motion to which you are responding is** *Amended Motion for Allowance or Disallowance of Claims*.

3. You must serve your response or objection by electronic service through the Electronic Filing system described above.  You must also mail a copy of your response or objection to:

    John C. McLemore, Trustee                    United States Trustee
    2000 Richard Jones Rd., Ste. 250             701 Broadway, Customs House Suite 318
    Nashville, TN 37215                          Nashville, TN 37203

    If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above.  ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***.  You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

    This 18th day of April, 2019

                                                                            Respectfully submitted,

                                                                            */s/ John C. McLemore, Trustee*
                                                                            John C. McLemore, Trustee
                                                                            Tn. Bar No. 3430
                                                                            2000 Richard Jones Rd., Ste. 250
                                                                            Nashville, TN  37215
                                                                            (615) 383-9495 (phone)
                                                                            (615) 292-9848 (fax)
                                                                            **jmclemore@gmylaw.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br>DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |

### TRUSTEE'S AMENDED MOTION FOR
### ALLOWANCE OF CLAIMS 3, 3(a), 6, 11, 17, 29, 30 AND 40

On March 7, 2019, the Trustee, John C. McLemore, filed the Trustee's Motion for Allowance or Disallowance of Claims. The motion was distributed to the Debtor, Debtor's Counsel, all creditors and parties in interest. Each was given 30 days in which to respond.

Several claims were disallowed because the creditors had failed to attach adequate documentation supporting their claims. Five creditors contacted the Trustee, determined what was needed to validate their claims and furnished the documentation direct to the Trustee.

One creditor contacted the Trustee and suggested to the Trustee that all claims involving notes payable by the Debtor be compared to company records to determine whether the notes were still outstanding or had been converted to an ownership interest in the Debtor. This was done. As a result, two claims that had been allowed as "General Unsecured" in the Trustee's original recommendation have been downgraded to "Allow/Equity Security Holder."

The following are the amendments to the Trustee's original recommendations:

| | | | |
|---|---|---|---|
| Claim No. 3 | Gary Ferguson | $218,702.15 | Allow/General Unsecured |
| Claim No. 3(a) | Gary Ferguson | $218,702.16 | Allow/General Unsecured |
| Claim No. 6 | Thomas & Janine Moore | $100,000.00 | Allow/Equity Security Holder |
| Claim No. 11 | Margaret Craig | $70,636.00 | Allow/General Unsecured |
| Claim No. 17 | Jeffrey R. Fisher | $12,850.00 | Allow/Priority 507(a)(4) |
| Claim No. 29 | Robert Lipman | $991,667.00 | Allow/General Unsecured |
| Claim No. 30 | Graymar Investors | $3,786,626.00 | Allow/General Unsecured |
| Claim No. 40 | Charles Mann | $57,750.00 | Allow/Equity Security Holder |

**WHEREFORE,** the Trustee prays that the Court enter an order allowing the Trustee's Recommendations Regarding the Allowance of Claims Filed as amended above.

The Trustee prays for such other and further relief as may be just.

Dated this 18th day of April, 2019.

Respectfully submitted,

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| IN RE: | |
|---|---|
| Integrated Healing Technologies, LLC | CASE NO. 18-04526-RM3-7 |
| | CHAPTER 7 |
| DEBTOR. | JUDGE Randal S. Mashburn |

## ORDER ALLOWING CLAIMS 3, 3(a), 6, 11, 17, 29, 30 AND 40

The Trustee filed an Amended Motion to change his original recommendations regarding Claim No. 3, 3(a), 6, 11, 17, 29, 30 and 40.

A copy of the amended motion was served on the Debtor, Debtor's counsel, U.S. Trustee, and Claimants 3, 3(a), 6, 11, 17, 29, 30 and 40 and parties in interest. Each was given 30 days in which to file a written objection with the Court. Neither the Trustee nor the U.S. Bankruptcy Court Clerk has received an objection.

It is the opinion of the Court that the Trustee's motion is well taken.

It is **ORDERED** that the Trustee's amended recommendations regarding the allowance of claims filed and the amounts of those claims listed below are thereby **APPROVED.**

The following are the amendments to the Trustee's original recommendations:

| Claim No. | Claimant | Amount | Classification |
|---|---|---|---|
| Claim No. 3 | Gary Ferguson | $218,702.15 | Allow/General Unsecured |
| Claim No. 3(a) | Gary Ferguson | $218,702.16 | Allow/General Unsecured |
| Claim No. 6 | Thomas & Janine Moore | $100,000.00 | Allow/Equity Security Holder |
| Claim No. 11 | Margaret Craig | $70,636.00 | Allow/General Unsecured |
| Claim No. 17 | Jeffrey R. Fisher | $12,850.00 | Allow/Priority 507(a)(4) |
| Claim No. 29 | Robert Lipman | $991,667.00 | Allow/General Unsecured |
| Claim No. 30 | Graymar Investors | $3,786,626.00 | Allow/General Unsecured |
| Claim No. 40 | Charles Mann | $57,750.00 | Allow/Equity Security Holder |

It is further **ORDERED** that this is a final determination as to the amount, allowance and disallowance of all claims listed in Trustee's amended motion.

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| IN RE:<br><br>Integrated Healing Technologies, LLC<br><br>    DEBTOR. | CASE NO. 18-04526-RM3-7<br>CHAPTER 7<br>JUDGE Randal S. Mashburn |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Integrated Healing Technologies, LLC, c/o Albert Rodewald, Co-Chair of the Board, 4814 Byrd Lane, College Grove, TN 37046; Robert Lipman, Co-Chair of the Board, 411 Great Circle Rd., Nashville, TN 37228; Debtor's attorney, John Charles Tishler, 511 Union Street, Ste. 2700, Nashville, TN 37219; Gary Ferguson, 2002 Overhill Drive, Nashville, TN 37215; Thomas and Janine Moore, 4650 Everal Ln, Franklin, TN 37064-7723; Margaret Craig, 27 Lexington Green, Nashville, TN 37215-2457; Jeffery R. Fisher, 539 Close Lane, Nashville, TN 37205-2702; Robert Lipman, c/o Roger Jones, Bradley Arant, 1600 Division St., Ste. 700, Nashville, TN 37023; Graymar Investors, c/o Roger Jones, Bradley Arant, 1600 Division St., Ste. 700, Nashville, TN 37023; Charles Mann, c/o Erik O. Thorngren; 214 2nd Avenue N., Ste. 300, Nashville, TN 37201; and all parties requesting notice.

This 18th day of April, 2019.

                                                  Respectfully submitted,

                                                  */s/ John C. McLemore, Trustee*
                                                  John C. McLemore, Trustee
                                                  Tn. Bar No. 3430
                                                  2000 Richard Jones Rd., Ste. 250
                                                  Nashville, TN 37215
                                                  (615) 383-9495 (phone)
                                                  (615) 292-9848 (fax)
                                                  **jmclemore@gmylaw.com**

**Attachments:**

    (1)    Notice of Chapter 7 Trustee's Amended Motion for Allowance or Disallowance of Claims

    (2)    Chapter 7 Trustee's Amended Motion for Allowance or Disallowance of Claims

    (3)    Proposed Order Allowing Claims 3, 3(a), 6, 11, 17, 29, 30 and 40